- 1 -

FILED

AUG 12 2022

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

Your Name: Michael Pectol

Address: 680 Lighthouse Ave 959

Phone Number: N/A

Fax Number: 831-582-4082

E-mail Address: Cache-Consul-PF3@Proton.me

Pro Se Plaintiff — I Do Not Acknowledge This Format, Coerced By Clerk 16TH Floor. RE: US Courts Western Division.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

CV22-4657

Michael Pectol, Et. Al.

Plaintiff, (s)

vs.

[ Insurgents ]

Brent Pectol, Et. Al.

Defendant. (s)

Case Number _[leave blank]_

SK

**COMPLAINT**

See: Reference 22-cv-04604 Re CV/CR-, Et. Al.

DEMAND FOR ~~JURY TRIAL~~

Yes ☐  No ☒

Non Negligent And Staff Based Criminal Hijacking Of Court(s)

**PARTIES**

1. Plaintiff. [_Write your name, address, and phone number. Add a page for additional plaintiffs._]

Name: Reference: See 22-cv-04604 [San Jose]

Address: St. Amelie, Papeete, Tahiti, P.F.

Telephone: N/A

COMPLAINT

PAGE 1 OF 3 [_JDC TEMPLATE – Rev. 05/2017_]

- 2 -

2.  Defendants. [*Write each defendant's full name, address, and phone number.*]

Defendant 1:

Name:  *See    22-CV-04604  [San Jose], Et. Al.*

Address:  _____

Telephone:  _____

Defendant 2:

Name:  *See   18-00717 (CV)  [San Francisco]*

Address:  *See   21-CV/CR- ~~00717~~  09489  [SF/Oak]*

Telephone:  _____

Defendant 3:

Name:  *See   22-00076 (CV/CR)  [OAHU]*

Address:  _____

Telephone:  _____

## JURISDICTION

[*Usually only two types of cases can be filed in federal court, cases involving "federal questions" and cases involving "diversity of citizenship." Check at least one box.*]

3.  My case belongs in federal court

☒ under <u>federal question jurisdiction</u> because it is involves a federal law or right.

[*Which federal law or right is involved?*] *See Reference Document: SF ~ Complaint Violations Last 18-CV-00717 & San Jose ~ 01706. (State)* (19-CV-)

☐ under <u>diversity jurisdiction</u> because none of the plaintiffs live in the same state as any of the defendants <u>and</u> the amount of damages is more than $75,000.

COMPLAINT

PAGE 2 OF 3 [*JDC TEMPLATE – Rev. 05/2017*]

## VENUE

[The counties in this District are: Alameda, Contra Costa, Del Norte, Humboldt, Lake, Marin, Mendocino, Monterey, Napa, San Benito, Santa Clara, Santa Cruz, San Francisco, San Mateo, or Sonoma. If one of the venue options below applies to your case, this District Court is the correct place to file your lawsuit. Check the box for each venue option that applies.]

4.  Venue is appropriate in this Court because:

☒ a substantial part of the events I am suing about happened in this district.

☐ a substantial part of the property I am suing about is located in this district.

☐ I am suing the U.S. government, federal agency, or federal official in his or her official capacity and I live in this district.

☐ at least one defendant is located in this District and any other defendants are located in California.

## INTRADISTRICT ASSIGNMENT

[This District has three divisions: (1) San Francisco/Oakland (2) San Jose; and (3) Eureka. First write in the county in which the events you are suing about happened, and then match it to the correct division. The San Francisco/Oakland division covers Alameda, Contra Costa, Marin, Napa, San Francisco, San Mateo, and Sonoma counties. The San Jose division covers Monterey, San Benito, Santa Clara, Santa Cruz counties. The Eureka division covers Del Norte, Humboldt, Lake, Mendocino counties, only if all parties consent to a magistrate judge.]

5.  Because this lawsuit arose in _____ County, it should be assigned to the _____ Division of this Court.

I DO NOT ACKNOWLEDGE "COUNTY" OUTSIDE OF INSURGENT ACTIVITY DIRECTED TOWARDS CITIZENS.

## STATEMENT OF FACTS

[Write a short and simple description of the facts of your case. Include basic details such as where the events happened, when things happened and who was involved. Put each fact into a separate, numbered paragraph, starting with paragraph number 6. Use more pages as needed.]

FILING IS ACTIONABLE IN CIVIL AND CRIMINAL AREAS, PREVIOUSLY ASSIGNED JUDGES MAY BE ADDED TO INSURGENT LISTS VIA NEGLIGENCE AND CORRUPTION.

Michael Pector
AUGUST 12, 2022

COMPLAINT
PAGE 3 OF 3 [JDC TEMPLATE – Rev. 05/2017]

21-CV-09489

United States District Court(s)
Northern District of California
San Francisco / Oakland

RE: 21-CV-09489, ET.AL.

Michael Pectol, Et. Al.,
Plaintiff(s)

Brett Pectol, Et. Al.
Defendant(s)

FILED

Supplemental Division / District Docs.
Oahu / San Jose Document Cache

159 Re: Filing Denials

Total Number of Pages ~~156~~ + 9×12 Envelopes (2)
2 Atypically Sized Brown Paper Documents

Note: Blank Forms Located In Oahu And
Other U.S.D.C. Locations Are For
My Personal Official Business Use Only /
Personal Business [Re: Other Copyright Protection
Processes]

Please Fwd To U.S. Attorney General, & N.S.A,
& White House; Re: Insurgent Lists [If Applicable - As
Foundation / Institute May Have Already Done So.]

Location: S.F. Federal Bldg

Capacities Inclusive

Day/Time: August 12, 2022

Michael Pectol [Birth Name]

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action   Form: [66.10.02]·P.A·3.7

# UNITED STATES DISTRICT COURT
### for the
### DISTRICT OF HAWAII

MICHAEL PECTOL, ET.AL.
_____
*Plaintiff*

v.

BREUT PECTOL, ET. AL.
_____
*Defendant*

)
)
)
)
)
)

Civil Action No. 1-22-CV-00076-DKW-KJM

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To: BRENT PECTOL [AND/OR CURRENT CUSTODIAN OF MINOR CHILDREN [PLAINTIFF(S)], ABDUCTED.

*(Name of person to whom this subpoena is directed)*

MINOR AND/OR REQUIRED]

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: MINOR CHILDREN [PLAINTIFF(S)], INSPECTION OF PREMISE(S), ALL MEDICAL AND IDENTIFICATION RECORDS, AND OTHER DOCUMENTS OF/FOR & TRAVEL.

| Place: UPON ACQUISITION OF ABDUCTED MINOR CHILDREN LOCATION: PREVIOUSLY SUBPEONAED: 1301 CLAY STREET, OAKLAND, CALIFORNIA | Date and Time: MARCH 8, 2022  1:30 PM P.S.T. |
|---|---|

☑ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: LOCATION OF ABDUCTED MINOR CHILDREN, LAST KNOWN LOCATION: 2520 SANDRA CT. REDDING, CA 96001 | Date and Time: UPON ARRIVAL, IF NECESSARY, NECESSARY AND AT ABOVE LISTED PLAINTIFF (M.P.) DISCRESION. |
|---|---|

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so. DISTRICT

MAR 07 2022

Date: March 7, 2022

MICHELLE RYNNE
*CLERK OF COURT*

_____
*Signature of Clerk or Deputy Clerk*

_____
*Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* MICHAEL PECTOL, ET. AL., who issues or requests this subpoena, are: VARIOUS, INCLUDING: 680 LIGHTHOUSE AVENUE 959 PACIFIC GROVE, CA. 93950 CACHE-CONSUL-PF2C PROTONMAIL.COM   PHONE: N/A [CYBER-INSURGENCY ATTACK]   RE:

### Notice to the person who issues or requests this subpoena
If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action ~~No.~~ M.P. NUMBER(S): 1-22-CV-00076-DKW-KJM ; ET. AL

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* [ABDUCTED MINOR CHILDREN, PLAINTIFF(S)]

on *(date)* MARCH, 7, 2022.

☑ I served the subpoena by delivering a copy to the named person as follows: PREVIOUSLY VIA CASE NUMBER(S): 21-09489, ET. AL. [S.F., NORTHERN DISTRICT OF CALIFORNIA]; AS WELL AS OTHER LOCATIONS AND * P.O.S. on *(date)* VARIOUS ; or

~~☐ I returned the subpoena unexecuted because:~~ M.P. — NOT APPLICABLE

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ 0.00 U.S.D. .

My fees are $ $ 0.00 U.S.D. for travel and $ 0.00 U.S.D. for services, for a total of $ 0.00 U.S.D.

I declare under penalty of perjury that this information is true.

Date: MARCH 7, 2022

_____
*Server's signature*

MICHAEL PECTOL, PRO-SE ATTORNEY [OTHER CAPACITIES APPLY]
PROCESS SERVER ; *Printed name and title* NOTAIRE, COMPTABLE, CONSUL, ETC.

S: AMELIE PAPEETE, TAHITI, POLYNESIA FRANCAIS
*Server's address*
M.P. OTHER ADDRESS(ES) CONFIDENTIAL / RESTRICTED ACCESS.

Additional information regarding ~~attempted~~ service, etc.:

SEE REFERENCE DOCUMENTS RE: CASE NUMBER(S): 21-09489 (S.F.), ET. AL.
INCLUSIVE DOCUMENTS STORAGE AND FILING LOCATIONS:
- UNITED STATES DISTRICT COURT(S): SAN FRANCISCO, LOS ANGELES, SAN JOSE, OAKLAND [CALIFORNIA]; PORTLAND, OR.
- UNITED STATES ATTORNEY GENERALS OFFICE(S): SAN FRANCISCO, CA ; RESTRICTED ACCESS
⚡REFERENCE: DEFENDANT NON-COMPLIANCE, ASSOCIATED ISSUANCE OF CRIMINAL CASE(S) BY S.F. N. DISTRICT OF CALIFORNIA
NOTE: SEVERAL AND VARIOUS PROOFS OF SERVICE HAVE BEEN SERVED TO DEFENDANTS.

(*) REFERENCE: 'P.O.S.' = PROOF(S) OF SERVICE

NOTE: PROTECTIVE TRANSPORT AND ABDUCTED CHILDREN ACQUISITION MAY BE REQUIRED, RE: DEATH THREATS, DISPLACE
REFERENCE: CRIMINAL ACTIVITY AND NON-COMPLIANCE OF DEFENDANT; SEE VIOLATIONS - 00717 [S.F.]
⚡REFERENCE: PLAINTIFF(S) AND DEFENDANT(S) REMAIN THE SAME IN CRIMINAL CASE(S), AS THIS CIVIL ACTION

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action(Page 3)

## Federal Rule of Civil Procedure 45 (c), (d), (e), and (g) (Effective 12/1/13)

**(c) Place of Compliance.**

**(1)** *For a Trial, Hearing, or Deposition.* A subpoena may command a person to attend a trial, hearing, or deposition only as follows:
   (A) within 100 miles of where the person resides, is employed, or regularly transacts business in person; or
   (B) within the state where the person resides, is employed, or regularly transacts business in person, if the person
      (i) is a party or a party's officer; or
      (ii) is commanded to attend a trial and would not incur substantial expense.

**(2)** *For Other Discovery.* A subpoena may command:
   (A) production of documents, electronically stored information, or tangible things at a place within 100 miles of where the person resides, is employed, or regularly transacts business in person; and
   (B) inspection of premises at the premises to be inspected.

**(d) Protecting a Person Subject to a Subpoena; Enforcement.**

**(1)** *Avoiding Undue Burden or Expense; Sanctions.* A party or attorney responsible for issuing and serving a subpoena must take reasonable steps to avoid imposing undue burden or expense on a person subject to the subpoena. The court for the district where compliance is required must enforce this duty and impose an appropriate sanction—which may include lost earnings and reasonable attorney's fees—on a party or attorney who fails to comply.

**(2)** *Command to Produce Materials or Permit Inspection.*
   (A) *Appearance Not Required.* A person commanded to produce documents, electronically stored information, or tangible things, or to permit the inspection of premises, need not appear in person at the place of production or inspection unless also commanded to appear for a deposition, hearing, or trial.
   (B) *Objections.* A person commanded to produce documents or tangible things or to permit inspection may serve on the party or attorney designated in the subpoena a written objection to inspecting, copying, testing, or sampling any or all of the materials or to inspecting the premises—or to producing electronically stored information in the form or forms requested. The objection must be served before the earlier of the time specified for compliance or 14 days after the subpoena is served. If an objection is made, the following rules apply:
      (i) At any time, on notice to the commanded person, the serving party may move the court for the district where compliance is required for an order compelling production or inspection.
      (ii) These acts may be required only as directed in the order, and the order must protect a person who is neither a party nor a party's officer from significant expense resulting from compliance.

**(3)** *Quashing or Modifying a Subpoena.*
   (A) *When Required.* On timely motion, the court for the district where compliance is required must quash or modify a subpoena that:
      (i) fails to allow a reasonable time to comply;
      (ii) requires a person to comply beyond the geographical limits specified in Rule 45(c);
      (iii) requires disclosure of privileged or other protected matter, if no exception or waiver applies; or
      (iv) subjects a person to undue burden.
   (B) *When Permitted.* To protect a person subject to or affected by a subpoena, the court for the district where compliance is required may, on motion, quash or modify the subpoena if it requires:
      (i) disclosing a trade secret or other confidential research, development, or commercial information; or

      (ii) disclosing an unretained expert's opinion or information that does not describe specific occurrences in dispute and results from the expert's study that was not requested by a party.
   (C) *Specifying Conditions as an Alternative.* In the circumstances described in Rule 45(d)(3)(B), the court may, instead of quashing or modifying a subpoena, order appearance or production under specified conditions if the serving party:
      (i) shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship; and
      (ii) ensures that the subpoenaed person will be reasonably compensated.

**(e) Duties in Responding to a Subpoena.**

**(1)** *Producing Documents or Electronically Stored Information.* These procedures apply to producing documents or electronically stored information:
   (A) *Documents.* A person responding to a subpoena to produce documents must produce them as they are kept in the ordinary course of business or must organize and label them to correspond to the categories in the demand.
   (B) *Form for Producing Electronically Stored Information Not Specified.* If a subpoena does not specify a form for producing electronically stored information, the person responding must produce it in a form or forms in which it is ordinarily maintained or in a reasonably usable form or forms.
   (C) *Electronically Stored Information Produced in Only One Form.* The person responding need not produce the same electronically stored information in more than one form.
   (D) *Inaccessible Electronically Stored Information.* The person responding need not provide discovery of electronically stored information from sources that the person identifies as not reasonably accessible because of undue burden or cost. On motion to compel discovery or for a protective order, the person responding must show that the information is not reasonably accessible because of undue burden or cost. If that showing is made, the court may nonetheless order discovery from such sources if the requesting party shows good cause, considering the limitations of Rule 26(b)(2)(C). The court may specify conditions for the discovery.

**(2)** *Claiming Privilege or Protection.*
   (A) *Information Withheld.* A person withholding subpoenaed information under a claim that it is privileged or subject to protection as trial-preparation material must:
      (i) expressly make the claim; and
      (ii) describe the nature of the withheld documents, communications, or tangible things in a manner that, without revealing information itself privileged or protected, will enable the parties to assess the claim.
   (B) *Information Produced.* If information produced in response to a subpoena is subject to a claim of privilege or of protection as trial-preparation material, the person making the claim may notify any party that received the information of the claim and the basis for it. After being notified, a party must promptly return, sequester, or destroy the specified information and any copies it has; must not use or disclose the information until the claim is resolved; must take reasonable steps to retrieve the information if the party disclosed it before being notified; and may promptly present the information under seal to the court for the district where compliance is required for a determination of the claim. The person who produced the information must preserve the information until the claim is resolved.

**(g) Contempt.**
The court for the district where compliance is required—and also, after a motion is transferred, the issuing court—may hold in contempt a person who, having been served, fails without adequate excuse to obey the subpoena or an order related to it.

For access to subpoena materials, see Fed. R. Civ. P. 45(a) Committee Note (2013).

United States District Court
Northern District of California

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

MICHAEL BRENT PECTOL, et al.,

Plaintiffs,

v.

BRENT ERNEST PECTOL, et al.,

Defendants.

Case No. 18-cv-00717-HSG

**ORDER DISMISSING PLAINTIFFS' COMPLAINT WITHOUT LEAVE TO AMEND**

On February 22, 2018, the Court denied Plaintiffs' application to proceed *in forma pauperis*, and dismissed Plaintiffs' complaint for failure to state a claim. Dkt. No. 19 at 3 ("Order"). On April 24, 2018, the Court issued a further order, noting that Plaintiffs did not correct the deficiencies that resulted in denial of Plaintiffs' application to proceed *in forma pauperis*. Dkt. No. 35 at 1. The Court advised Plaintiffs that, if they wished to proceed with this action, they would have to pay the $400.00 filing fee within ten days of the date of the Court's April 24 order. *Id.* The Court stated that, if Plaintiffs failed to pay the fee by the deadline, it would close the case.

Plaintiffs did not pay the filing fee by the ten-day deadline (Friday, May 4, 2018). Though Plaintiff Michael Brent Pectol filed an amended complaint on that date, that complaint suffers from the same deficiencies as does Plaintiffs' original filing. *See* Dkt. No. 42. For instance, the amended complaint lists without explanation over two dozen federal statutes as bases for jurisdiction. Plaintiff completes this statutory list with the phrase "etc, etc, etc. . ." Plaintiff then presents what appears to be an online description of some of these statutes, as well as numerous international treaties. As the Court's Order previously explained, these provisions do not provide a private right of action. Order at 2-3. There is similarly no federal cause of action that supports Plaintiff's requested relief, which includes an order ceasing and expunging "[a]ll process"

concerning Plaintiffs by "Superior Court Shasta County, Superior Court Humboldt County, Superior Court San Mateo County"; provision of a federal marshal or the "Federal Protection Service. . . as escort and transportation" for several of Plaintiffs from Shasta and San Mateo counties to the "French Consulate in Los Angeles"; and the issuance of restraining orders in relation to these processes. Plaintiff again estimates the amount of controversy to be $40,011,888,000,000,000.00. The amended complaint does not provide a factual basis for this amount, other than presenting it as an "estimate[] for international involvement and advocacy."

The above referenced portions of the amended complaint exemplify a continued inability to state a legally cognizable claim for relief. For the reasons set forth in the Court's orders of February 22 and April 24, the Court **DISMISSES** Plaintiffs' complaint **WITHOUT LEAVE TO AMEND**. The clerk is directed to enter judgment in accordance with this order in favor of Defendants and to close the case. The Court will not accept or review any further submissions in this closed case, and Plaintiffs are advised that emails or any other communications to Court staff will not be read.

**IT IS SO ORDERED.**

Dated:   5/7/2018

HAYWOOD S. GILLIAM, JR.
United States District Judge

2

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MICHAEL PECTOL,

           Plaintiff,

    v.

BRENT PECTOL, et al.,

           Defendants.

Case No. 21-cv-09489-HSG

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION REGARDING DISMISSAL WITH PREJUDICE**

Re: Dkt. No. 17

The Court has reviewed Magistrate Judge Westmore's Report and Recommendation Re Dismissal with Prejudice. The time for objections has passed and none were filed. On January 4, 2022, the copy of Judge Westmore's Report and Recommendation mailed to Plaintiff was returned as undeliverable because Plaintiff failed to ensure that the address on file was valid. *See* Dkt. No. 23. The Court finds the Report correct, well-reasoned and thorough, and adopts it in every respect. Accordingly,

IT IS HEREBY ORDERED that this case is dismissed with prejudice for lack of jurisdiction, and that all other pending motions be denied as moot. The Court will not accept or review any further submissions in this closed case, and Plaintiff is advised that emails or any other communications to Court staff will not be read.

**IT IS SO ORDERED.**

Dated: 1/6/2022

HAYWOOD S. GILLIAM, JR.
United States District Judge

*To FAKE Doc GENERATORS : "NoT YouR CAse BiTcH*

TRANSMISSION VERIFICATION REPORT

```
TIME  : 08/12/2022 10:34AM
NAME  : SAF TTL
FAX   : 14154407773
TEL   : 14155922766
SER.# : U63090K4N885919
```

```
DATE,TIME           08/12  10:01AM
FAX NO./NAME        8315824082
DURATION            00:32:12
PAGE(S)             39
RESULT              OK
MODE                STANDARD
```

TRANSMISSION VERIFICATION REPORT

```
TIME   : 08/12/2022 10:52AM
NAME   : SAF TTL
FAX    : 14154407773
TEL    : 14155922766
SER.#  : U63090K4N885919
```

```
DATE,TIME          08/12  10:34AM
FAX NO./NAME       8315824082
DURATION           00:17:48
PAGE(S)            40
RESULT             OK
MODE               STANDARD
```

TRANSMISSION VERIFICATION REPORT

```
TIME  : 08/12/2022 11:06AM
NAME  : SAF TTL
FAX   : 14154407773
TEL   : 14155922766
SER.# : U63090K4N885919
```

```
DATE,TIME              08/12  10:53AM
FAX NO./NAME           8315824082
DURATION               00:13:05
PAGE(S)                20
RESULT                 OK
MODE                   STANDARD
```

ADRMOP,CLOSED,ProSe

## U.S. District Court
## California Northern District (Oakland)
## CIVIL DOCKET FOR CASE #: 4:21-cv-09489-HSG
## Internal Use Only

Pectol v. Pectol et al
Assigned to: Judge Haywood S Gilliam, Jr
Cause: 42:1983 Civil Rights Act

Date Filed: 12/08/2021
Date Terminated: 01/06/2022
Jury Demand: None
Nature of Suit: 440 Civil Rights: Other
Jurisdiction: Federal Question

**Plaintiff**

**Michael Pectol**                    represented by  **Michael Pectol**
                                                      680 Lighthouse Avenue
                                                      Pacific Grove, CA 93950
                                                      PRO SE

V.

**Defendant**

**Brent Pectol**

**Defendant**

**Estate of Kathryn Nellist-Pectol**

| Date Filed | # | Docket Text |
|---|---|---|
| 12/08/2021 | 1 | COMPLAINT/MOTION for Magistrate Hearing against Estate of Kathryn Nellist-Pectol, Brent Pectol (Filing fee: IFPP). Filed by Michael Pectol. Consent/Declination due by 12/22/2021. (Attachments: # 1 Civil Cover Sheet)(slh, COURT STAFF) (Filed on 12/8/2021) (Entered: 12/08/2021) |
| 12/08/2021 | 2 | MOTION for Leave to Proceed in forma pauperis filed by Michael Pectol. (slh, COURT STAFF) (Filed on 12/8/2021) (Entered: 12/08/2021) |
| 12/08/2021 | 3 | CONSENT/DECLINATION to Proceed Before a US Magistrate Judge by Michael Pectol. (slh, COURT STAFF) (Filed on 12/8/2021) (Entered: 12/08/2021) |
| 12/08/2021 | 4 | Received Document: Proposed Subpoena submitted by Michael Pectol. (slh, COURT STAFF) (Filed on 12/8/2021) (Entered: 12/08/2021) |
| 12/08/2021 | 5 | **Initial Case Management Scheduling Order with ADR Deadlines: Case Management Statement due by 3/1/2022. Initial Case Management Conference set for 3/8/2022 01:30 PM in Oakland, - Courtroom: to be** |

| | | |
|---|---|---|
| | | determined. (Attachments: # 1 Standing Order, # 2 Standing Order) (slh, COURT STAFF) (Filed on 12/8/2021) |
| | | *Any non-CM/ECF Participants have been served by First Class Mail to the addresses of record listed on the Notice of Electronic Filing (NEF)* **(Entered: 12/08/2021)** |
| 12/08/2021 | 6 | **NOTICE AND ORDER REGARDING RESOURCES AVAILABLE TO PRO SE LITIGANTS. Signed by Judge Kandis A. Westmore on 12/8/21. (slh, COURT STAFF) (Filed on 12/8/2021)** *Any non-CM/ECF Participants have been served by First Class Mail to the addresses of record listed on the Notice of Electronic Filing (NEF)* **(Entered: 12/08/2021)** |
| 12/09/2021 | 🔒 | (Court only) ***Deadlines terminated. 3 Consent/Declination to Proceed Before a US Magistrate Judge filed by Michael Pectol. (wft, COURT STAFF) (Filed on 12/9/2021) (Entered: 12/09/2021) |
| 12/13/2021 | 7 | MOTION for Summary Judgment filed by Michael Pectol. Responses due by 12/27/2021. Replies due by 1/3/2022. (slh, COURT STAFF) (Filed on 12/13/2021) (Entered: 12/13/2021) |
| 12/15/2021 | 8 | ADDENDUM to Initial Case Filing Regarding Subpoenas and Scheduled Day and Time in Court filed by Michael Pectol. (wsn, COURT STAFF) (Filed on 12/15/2021) (Entered: 12/16/2021) |
| 12/15/2021 | 9 | ADDENDUM to Subpoenas Filed December 14, 2021 filed by Michael Pectol. (wsn, COURT STAFF) (Filed on 12/15/2021) (Entered: 12/16/2021) |
| 12/15/2021 | 10 | MOTION for Duplicates Regarding Case Filing 4:21-cv-09489 filed by Michael Pectol. Responses due by 12/29/2021. Replies due by 1/5/2022. (wsn, COURT STAFF) (Filed on 12/15/2021) (Entered: 12/16/2021) |
| 12/15/2021 | 11 | MOTION Federal Protection Services filed by Michael Pectol.(wsn, COURT STAFF) (Filed on 12/15/2021) (Entered: 12/16/2021) |
| 12/15/2021 | 12 | ADMINISTRATIVE MOTION Judicial Distinction of Interim Trustee Regarding Minor Children and Other Probate/Estate Processes filed by Michael Pectol.(wsn, COURT STAFF) (Filed on 12/15/2021) (Entered: 12/16/2021) |
| 12/15/2021 | 13 | MOTION in Limine filed by Michael Pectol.(wsn, COURT STAFF) (Filed on 12/15/2021) (Entered: 12/16/2021) |
| 12/15/2021 | 14 | MOTION to Centralize USDC Document(s) via Subpoena filed by Michael Pectol. (wsn, COURT STAFF) (Filed on 12/15/2021) (Entered: 12/16/2021) |
| 12/15/2021 | 15 | Statement/Disclosures by Michael Pectol. (wsn, COURT STAFF) (Filed on 12/15/2021) (Entered: 12/16/2021) |
| 12/16/2021 | 16 | PROOF OF SERVICE(S) Supplemental Docs [Records] by Michael Pectol. (wsn, COURT STAFF) (Filed on 12/16/2021) (Entered: 12/16/2021) |
| 12/17/2021 | 17 | **ORDER GRANTING IN FORMA PAUPERIS APPLICATION; ORDER REASSIGNING CASE TO A DISTRICT JUDGE; REPORT AND RECOMMENDATION TO DISMISS WITH PREJUDICE re 1** |

| | | |
|---|---|---|
| | | **Complaint filed by Michael Pectol. Signed by Judge Kandis A. Westmore on 12/17/2021. Objections due by 1/3/2022. (kc, COURT STAFF) (Filed on 12/17/2021)** <br><br> Any non-CM/ECF Participants have been served by First Class Mail to the addresses of record listed on the Notice of Electronic Filing (NEF) <br><br> **(Entered: 12/17/2021)** |
| 12/17/2021 | 18 | Received Document: Supplemental Documents by Michael Pectol. (wsn, COURT STAFF) (Filed on 12/17/2021) (Entered: 12/19/2021) |
| 12/20/2021 | 19 | Received Document: Letter/Notice to the United States Attorney General by Michael Pectol. (wsn, COURT STAFF) (Filed on 12/20/2021) (Entered: 12/20/2021) |
| 12/20/2021 | 20 | Received Document: Cover Page for Minor Childrens Testimony by Michael Pectol. (wsn, COURT STAFF) (Filed on 12/20/2021) (Entered: 12/20/2021) |
| 01/04/2022 | 21 | **ORDER REASSIGNING CASE. Case reassigned using a proportionate, random, and blind system pursuant to General Order No. 44 to Judge Haywood S Gilliam, Jr for all further proceedings. Magistrate Judge Kandis A. Westmore no longer assigned to case, Signed by the Clerk on 1/4/2022. (anj, COURT STAFF) (Filed on 1/4/2022)** <br><br> Any non-CM/ECF Participants have been served by First Class Mail to the addresses of record listed on the Notice of Electronic Filing (NEF) <br><br> **(Entered: 01/04/2022)** |
| 01/04/2022 | 22 | Received Document: Various by Michael Pectol. (Attachments: # 1 Part 2, # 2 Part 3)(wsn, COURT STAFF) (Filed on 1/4/2022) (Entered: 01/04/2022) |
| 01/04/2022 | 23 | Mail sent to Michael Pectol returned as undeliverable re 17 REPORT AND RECOMMENDATIONS. (slh, COURT STAFF) (Filed on 1/4/2022) (Entered: 01/04/2022) |
| 01/06/2022 | 24 | **ORDER by Judge Haywood S. Gilliam, Jr.ADOPTING MAGISTRATE JUDGE'S 17 REPORT AND RECOMMENDATION REGARDING DISMISSAL WITH PREJUDICE. \*\*The Court will not accept or review any further submissions in this closed case, and Plaintiff is advised that emails or any other communications to Court staff will not be read.\*\* (ndr, COURT STAFF) (Filed on 1/6/2022)** <br><br> Any non-CM/ECF Participants have been served by First Class Mail to the addresses of record listed on the Notice of Electronic Filing (NEF) <br><br> **(Entered: 01/06/2022)** |
| 01/06/2022 | 🔒 | (Court only) \*\*\*Civil Case Terminated, See Docket No. 24 .\*\* (ndr, COURT STAFF) (Filed on 1/6/2022) (Entered: 01/06/2022) |
| 01/14/2022 | 25 | Mail sent to Michael Pectol returned as undeliverable re 21 Order Reassigning Case. (mcl, COURT STAFF) (Filed on 1/14/2022) (Entered: 01/20/2022) |
| 01/20/2022 | 26 | |

| | | Mail sent to Michael Pectol returned as undeliverable re 24 Order on Report and Recommendations. (slh, COURT STAFF) (Filed on 1/20/2022) (Entered: 01/24/2022) |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MICHAEL PECTOL,

       Plaintiff,

      .v.

BRENT PECTOL,

       Defendant.

Case No.  21-cv-09489-KAW

NOTICE REGARDING RESOURCES AVAILABLE TO PRO SE LITIGANTS

you have any questions or need any assistance, please call Susan Imbriani, my courtroom deputy, at (510) 637-3525, and she will go over the process with you and send you a copy of the form if necessary.

4. **Electronic Filing:** If you have regular access to a computer, the internet, and an email address, you may satisfy the technical requirement for e-filing, which will allow you to file documents online instead of submitting hard copies to the Clerk's Office.  For more information, and to download a sample motion that you may submit for court approval, visit *http://cand.uscourts.gov/ECF/proseregistration*.  You must obtain court approval to e-file.

## SUMMARY JUDGMENT

No motion for summary judgment has been filed in your case, but this explains the process if a motion is filed:

If the other party in this case files a motion for summary judgment, that motion— if granted—will result in the dismissal of your case.  Generally, summary judgment must be granted

2

**4:21-cv-09489-HSG** Pectol v. Pectol et al
Haywood S Gilliam, Jr, presiding
**Date filed:** 12/08/2021
**Date terminated:** 01/06/2022
**Date of last filing:** 01/20/2022

Mobile Query

**Query**

Alias
   Associated Cases
   Attorney
   Calendar - Monthly...
   Case Assignment
   Case File Location...
   Case Summary
   Corporate Parents
   Deadlines/Hearings...
   Docket Report ...
   Filers
   History/Documents...
   Judge

Party
   Motions Report...
   Related Transactions...
   Status
   View a Document

**Selection Criteria for Query**

| Name Criteria | PECTOL |
|---|---|
| Name Matched | Michael Pectol |

3?

DEFENDANT'S COPY

JUSTIN F. KOLLAR 8894
Prosecuting Attorney
REBECCA LIKE 9256
Deputy Prosecuting Attorney
County of Kaua'i, State of Hawai'i
3990 Ka'ana Street, Suite 210
Lihu'e, Hawai'i 96766
Telephone: 808-241-1888
Fax: 808-241-1758
Email: opacriminal@kauai.gov

**Electronically Filed**
**FIFTH CIRCUIT**
**5DCW-20-0000890**
**28-AUG-2020**
**11:01 AM**

Attorneys for STATE OF HAWAI'I

IN THE DISTRICT COURT OF THE FIFTH CIRCUIT

STATE OF HAWAI'I

| | |
|---|---|
| STATE OF HAWAI'I, | ) CR. NO. _____ |
| | ) |
| vs. | ) DISOBEDIENCE OF GOVERNOR'S |
| | ) OR MAYOR'S PROCLAMATION |
| MICHAEL BRENT PECTOL, | ) DURING EMERGENCY |
| | ) MANAGEMENT PERIOD(C20-03350) |
| Defendant. | ) |
| | ) COMPLAINT |
| | ) |
| | ) |
| | ) |
| | ) |

COMPLAINT

The STATE OF HAWAII charges:

On or about the 21st day of July, 2020, in the County of Kaua'i, State of Hawai'i, MICHAEL BRENT PECTOL, being a person entering the State of Hawai'i, did intentionally or knowingly violate any rule of the governor prescribed and promulgated pursuant to Chapter 127A of the Hawaii Revised Statutes and having the force and effect of law, to wit: Section 2(a) of the Rules Relating to COVID-19, prescribed and promulgated by David Y. Ige, Governor of Hawai'i, on March 21, 2020, by

33

intentionally or knowingly failing to enter or remain within the confines of the quarantine location designated by the person to the Director of Emergency Management or the Director's authorized representative for the period of self-quarantine, thereby committing the offense of Misdemeanors, in violation of Section 127A-29 of the Hawaii Revised Statutes.

The following definitions apply to the above charge:

"County" means the city and county of Honolulu, and the counties of Hawaii, Kauai, and Maui; provided that the county of Maui shall include the county of Kalawao for the purposes of this chapter.

"Director" means the director of the Hawaii emergency management agency established by section 127A-3, and who is the same as the adjutant general as provided in section 26-21.

"Laws" includes ordinances, rules, regulations, and orders prescribed under federal, state, or county laws or ordinances and having the force and effect of law.

"States" include the several states, the District of Columbia, and the possessions of the United States, and also includes the State of Hawaii, and to the extent authorized by or under federal law, foreign countries and their provinces and states.

*"I, REBECCA LIKE, declare under penalty of law that the foregoing is true and correct to the best of my knowledge and belief."*

Dated: Lihue, Kaua'i, Hawaii  August 27, 2020.

STATE OF HAWAII

/s/ Rebecca Like
REBECCA LIKE
Deputy Prosecuting Attorney

A/P: 9/23/2020 8:00:00 AM

IN THE CIRCUIT COURT OF THE FIFTH CIRCUIT

STATE OF HAWAII

WARRANT OF ARREST

Electronically Filed
FIFTH CIRCUIT
5CSP-22-0000005
V5C2200002
21-JUN-2022
11:03 AM
Dkt. 7 BWCV

STATE OF HAWAII                    )
                                   )
COUNTY OF KAUAI                    )

Report number: 22-07588

Offense(s): State of California parole violation

TO THE CHIEF OF POLICE OR ANY LAW ENFORCEMENT OFFICER

AUTHORIZED BY LAW TO EXECUTE WARRANTS OF ARREST IN THE STATE OF

HAWAII:

Affidavit having been made before me by the Kauai Police Department Sergeant

Bobby Thompson that he believes that there is probable cause that MICHAEL PECTOL

violated condition(s) of his parole imposed by the State of California; and as I am

satisfied that there is probable cause that MICHAEL PECTOL violated condition(s) of

his parole imposed by the State of California;

YOU ARE COMMANDED TO ARREST AND BRING BEFORE THIS COURT:

MICHAEL PECTOL
Name of defendant

1976
Year of Birth

9584
SID number or last 4 numbers of SSN

Pursuant to Sections 803-1 and 803-6 of the Hawaii Revised Statutes, as

amended, and Rules 3 and 9 of the Hawaii Rules of Penal Procedure, the officer

executing this Warrant of Arrest shall bring MICHAEL PECTOL promptly and without

unnecessary delay before the Court issuing this Warrant of Arrest.

Electronically Filed
FIFTH CIRCUIT
5DCW-20-0000890
12-JUL-2022
05:46 PM
Dkt. 26 BWDC

IN THE DISTRICT COURT OF THE FIFTH CIRCUIT
STATE OF HAWAI`I
LIHU`E DIVISION

NAME: Michael B Pectol
ADDRESS: No Local
CITY, STATE, ZIP: Honolulu, HI 00000

STATE OF HAWAI`I,

        Plaintiff

        vs.

Michael B Pectol,

        Defendant.

CASE NO. 5DCW-20-0000890
ENTRY OF PLEA

BENCH WARRANT NO. D512235676

SID: A6121894    Party ID: @4668385

Michael B Pectol

Driver License No.: A9980552
Year of Birth: 1976
Telephone: (831) 529-0034

State of License:
Sex: M

| Ct. | Rpt./Cit./ Incident No. | Charge(s) |
|-----|------------------------|-----------|
| 1 | C20-03350 | Misdemeanors-Emerg Mgt HRS 127A-29 |

**BENCH WARRANT
HRS SECTION 710-1077(1)(g)**

THE STATE OF HAWAI`I:

STATE OF HAWAI`I  vs. Michael B Pectol 5DCW-20-0000890

TO THE CHIEF OF POLICE, DEPUTY SHERIFF OR ANY OFFICER AUTHORIZED by law to make arrests in the State of Hawai`i:

Defendant, Michael B Pectol, failed to appear at the hour of 08:30 AM on July 12, 2022 before the above-entitled Court, at Lihu`e, Hawai`i, and/or knowingly disobeyed or resisted the process, injunction, or other mandate of the above-entitled Court, in the above-entitled matter.

YOU ARE THEREFORE COMMANDED, pursuant to Section 710-1077(1)(g) of the Hawai`i Revised Statutes, to arrest and bring the Defendant before the presiding Judge of the above-entitled Court in Courtroom 2, at Pu`uhonua Kaulike Building, 3970 Ka`ana Street, Lihu`e, HI 96766, for the charge of Criminal Contempt of Court.

DEFENDANT is to be admitted to bail in the total amount of $250.00.

UNLESS AUTHORIZED IN WRITING THIS WARRANT MAY NOT BE EXECUTED BETWEEN THE HOURS OF 10:00 PM AND 7:00 AM ON PREMISES NOT OPEN TO THE PUBLIC.

Dated: Lihu`e, Hawai`i,
July 12, 2022



/s/ Michael Soong
Judge

 In accordance with the Americans with Disabilities Act, if you require an accommodation or assistance, please contact the District Court Administration Office at PHONE NO. (808) 482-2347, FAX (808) 482-2509, TTY (808) 482-2533, or by email to adarequest@courts.hawaii.gov at least ten (10) working days in advance of your hearing or appointment date.

# JAIL PROPERTY SLIP

| NAME | | | | | ID # | Booking Number |
|---|---|---|---|---|---|---|
| PECTOL, MICHAEL BRENT | | | | | 1219163 | 82169☒ 4 |

| EVENT NAME | CHARGES |
|---|---|
| | PC 3056 F |

| DATE & TIME | VEHICLE LOCATION | ☑ N/A |
|---|---|---|
| 08/03/2022 22:10 | | |

**AMOUNT TO ACCOUNTING   $0.00**

| ARTICLE | Y | N | TYPE (SELECT ONE) | SIZE | COLOR CONDITION |
|---|---|---|---|---|---|
| HAT / CAP | ⦿ | ○ | | | |
| COAT / JACKET | ○ | ⦿ | | | |
| VEST | ○ | ⦿ | | | |
| SHIRT / BLOUSE | ○ | ⦿ | | | |
| SUIT | ○ | ⦿ | ▢ COAT ▢ SLACKS ▢ VEST ▢ SKIRT | | |
| TIE | ○ | ⦿ | | | |
| SWEATER | ○ | ⦿ | | | |
| BELT | ⦿ | ○ | | | |
| TROUSERS / SHORTS | ○ | ⦿ | ▢ DRESS    ▢ JEANS | | |
| FOOT WEAR | ⦿ | ○ | ▢ SHOES ▢ DRESS ▢ BOOTS ▢ CASUAL | | |
| T-SHIRT | ⦿ | ○ | | | |
| SHORTS | ⦿ | ○ | | | |
| SOCKS | ⦿ | ○ | | | |
| BRA | ○ | ⦿ | | | |
| PANTIES | ○ | ⦿ | | | |
| STOCKINGS / NYLONS | ○ | ⦿ | | | |

| ARTICLE | Y | N | | ARTICLE | Y | N | |
|---|---|---|---|---|---|---|---|
| EARRINGS | ○ | ⦿ | | PURSE | ○ | ⦿ | |
| CHAINS | ○ | ⦿ | | WALLET | ○ | ⦿ | |
| PINS | ○ | ⦿ | | CHECKS | ○ | ⦿ | |
| WATCH | ○ | ⦿ | | RARE / FOREIGN MONEY | ○ | ⦿ | |
| BRACELET | ○ | ⦿ | | LIGHTER | ○ | ⦿ | |
| RING | ○ | ⦿ | | KEYS | ○ | ⦿ | |
| CELL PHONE | ⦿ | ○ | NUMBER: REFUSED | KNIFE | ○ | ⦿ | |
| EYE GLASSES | ○ | ⦿ | | MEDS | ○ | ⦿ | |

**MISCELLANEOUS PROPERTY**

PASSPORT, MISC. PAPERWORK, CHARGING CABLE, CONTACT LENS AND SOLUTION.

THE SHERIFF OF SAN MATEO COUNTY IS NOT RESPONSIBLE FOR LOSS OR DAMAGE TO ANY PERSONAL PROPERTY RETAINED BY INMATE AT HIS OR HER REQUEST.

| PROPERTY RETAINED | |
|---|---|
| NONE | |
| IN INMATE   Signature1 | OUT INMATE   Signature2 |
| TRANSPORTING OFFICER   Signature3   OTHAG1 | RELEASE DEPUTY   Signature4 |
| INTAKE DEPUTY   Signature5 | OFFICER RECEIVING INMATE |
| | AGENCY |



COPY 22- 223583

STATE OF HAWAI'I vs. Michael B Pectol 5DCW-20-0000890

TO THE CHIEF OF POLICE, DEPUTY SHERIFF OR ANY OFFICER AUTHORIZED by law to make arrests in the State of Hawai'i:

Defendant, Michael B Pectol, failed to appear at the hour of 08:00 AM on September 23, 2020, before the above-entitled Court, and/or failed to comply with a substantial requirement imposed as a condition of bail, recognizance, supervised release or release on own recognizance, in the above-entitled matter.

YOU ARE THEREFORE COMMANDED, pursuant to Section 804-7.2 of the Hawai'i Revised Statutes, to arrest and bring the Defendant before the presiding Judge of the above-entitled Court in Courtroom 2, at Pu'uhonua Kaulike Building, 3970 Ka'ana Street, Lihu'e, HI 96766, for hearing.

DEFENDANT is to be admitted to bail in the total amount of $1,000.00.

UNLESS AUTHORIZED IN WRITING THIS WARRANT MAY NOT BE EXECUTED BETWEEN THE HOURS OF 10:00 PM AND 7:00 AM ON PREMISES NOT OPEN TO THE PUBLIC.

Dated: Lihu'e, Hawai'i,
September 23, 2020



/s/ Michael Soong
Judge



In accordance with the Americans with Disabilities Act, if you require an accommodation or assistance, please contact the District Court Administration Office at PHONE NO. (808) 482-2347, FAX (808) 482-2509, TTY (808) 482-2533, or by email to adarequest@courts.hawaii.gov at least ten (10) working days in advance of your hearing or appointment date.



 22-223583

Electronically Filed
FIFTH CIRCUIT
5DCW-20-0000890
23-SEP-2020
08:56 AM

IN THE DISTRICT COURT OF THE FIFTH CIRCUIT
STATE OF HAWAI'I
LIHU'E DIVISION

NAME: Michael B Pectol
ADDRESS: 688 LIGHTHOUSE
CITY, STATE, ZIP: PACIFIC GROVE, CA 93950

| | |
|---|---|
| STATE OF HAWAI'I, <br> Plaintiff <br><br> vs. <br><br> Michael B Pectol, <br><br> Defendant. | CASE NO. 5DCW-20-0000890 <br> ARRAIGNMENT <br><br><br> BENCH WARRANT NO. D512034166 |

SID: A6121894          Party ID: @4668385

Michael B Pectol

Driver License No.: A9980552          State of License: CA
Year of Birth: 1976                   Sex: M
Telephone: (831) 224-4449

| Ct. | Rpt./Cit./ Incident No. | Charge(s) |
|---|---|---|
| 1 | C20-03350 | Misdemeanors-Emerg Mgt HRS 127A-29 |

**BENCH WARRANT
HRS SECTION 804-7.2**

THE STATE OF HAWAI'I:



1 of 2

IN THE DISTRICT COURT OF THE FIFTH CIRCUIT
STATE OF HAWAI`I
LIHU`E DIVISION

STATE OF HAWAI`I,

Plaintiff

vs.

Michael B Pectol,

Defendant.

SID: A6121894    Party ID: @4668385

Michael B Pectol

CASE NO. 5DCW-20-0000890

ORDER AND NOTICE OF ENTRY OF ORDER

Judge: Michael Soong
DPA: Robert Christensen

Defense Atty: Dena Renti Cruz

Defendant: Present
Release Status: Released on Own Recog
Hearing Date: June 15, 2022

| Ct. | Rpt./Cit./ Incident No. | Original Charge(s) | **Current Charge(s)** | Plea | **Disposition** |
|---|---|---|---|---|---|
| 1 | C20-03350 | Misdemeanors-Emerg Mgt HRS 127A-29 | Misdemeanors-Emerg Mgt HRS 127A-29 | | |

**ORDER OF THE COURT**



1 of 2

STATE OF HAWAI`I vs. Michael B Pectol 5DCW-20-0000890

**DEFENDANT IS ORDERED TO APPEAR on:**

• July 12, 2022 at 08:30 AM for Entry of Plea, JDD in Courtroom 2, Lihu`e.

Dated: Lihu`e, Hawai`i,
June 15, 2022



/s/ Michael Soong
Judge

## NOTICE OF ENTRY OF ORDER

This Order has been entered and copies mailed, delivered and/or sent via electronic notification to all parties.

Dated: June 15, 2022



/s/ Tisha Carvalho
Clerk



In accordance with the Americans with Disabilities Act, if you require an accommodation or assistance, please contact the District Court Administration Office at PHONE NO. (808) 482-2347, FAX (808) 482-2509, TTY (808) 482-2533, or by email to adarequest@courts.hawaii.gov at least ten (10) working days in advance of your hearing or appointment date.



2 of 2

PERSONAL RECORDS CATEGORY: CONTRACT/EMPLOYMENT/OTHER

Case 1:22-cv-00076-DKW-KJM   Document 40   Filed 05/02/22   Page 45 of 56   PageID #: 1 of 2
401

Pg 2:
ID COPY
TO BE
COMPLETED

PAGE 1

ATTN: SAFEWAY SUPERMARKET
[PETCO/CIRCLE K] LOCATION
KAUAI
- TO: LESAH MERRITT

SAFEWAY
CUSTOMER SERVICE
DESK FILED.

JUNE 19, 2022

2022

| | | 6/18 | 2.5 HOURS CART COLLECTION / SECURITY |
| | | 6/19 | 1 HOUR CART COLLECTION |

MICHAEL PECTOL   JUNE 19, 2022

RECORDS DOCUMENT: FEDERAL RECORDS MGMT - PERSONAL FILES

ATTN MANAGEMENT/HUMAN RESOURCES
   PLEASE ACCEPT MY IDENTIFICATION AND THIS LETTER IN INITIATION
OF THE EMPLOYMENT PROCESS. MY CONTACT INFORMATION IS:
CACHE_CONSUL_PF3@PROTON.ME ; HOWEVER, IN PERSON APPOINTMENTS
ARE ALWAYS PREFERRED.
   ALSO BE AWARE I ALSO COLLECTED SHOPPING CARTS THE EARLY
MORNING OF JUNE 18, 2022 FOR APPROXIMATELY 2.5 HOURS.

U.S. PASSPORT NUMBER

THANK YOU,

662903116
EXP 4/25/2032

MICHAEL PECTOL
JUNE 19, 2022

31

Notice of Action Based Upon Bank Fraud And Abuse of Systems.

Defendants: Employees of

## 🏦 Bank of Hawaii

Date of Notice _____ 6/23/2022 _____

## NOTICE OF ACTION BASED ON INFORMATION CONTAINED IN A CONSUMER REPORT

We regret we cannot open your account today due to information received from Chex Systems, Inc., a consumer-reporting agency. ChexSystems did not make the decision to decline your account application and is unable to provide you with specific reasons why the decision was made.

You have rights under state and federal laws. Included in these rights are:

- the right to obtain a free copy of your ChexSystems consumer report if you make such a request to ChexSystems within 60 days of your receipt of this notice; and

- the right to dispute the completeness or accuracy of any information contained in such report by notifying ChexSystems directly of your dispute.

You may contact ChexSystems by visiting their web site at www.consumerdebit.com, by telephone using their voice messaging system at **800-428-9623**, by mail at **ChexSystems, Attn: Consumer Relations, 7805 Hudson Road, Suite 100, Woodbury, MN 55125**; or by fax at **602-659-2197**.

If you believe we may have reported inaccurate information about your account to a consumer reporting agency, write us a letter addressed to **Bank of Hawaii, Recovery Department, PO Box 135020, Honolulu, HI 96801-5020**. Please include your account number and the last four digits of your social security number, and identify the inaccurate information and why you feel it is inaccurate.

*TO ENABLE CHEXSYSTEMS TO PROPERLY ASSIST YOU, YOU WILL NEED TO SUPPLY THEM WITH THE INFORMATION REQUESTED BELOW AND/OR ON THE REVERSE SIDE.*

*PLEASE COMPLETE THIS FORM.*

- Attempted Murder
- Misrepresentation
- Coordinated Bank Fraud
- Identity Theft
- Human Trafficking/Prostitution on Site During Transactions
- Stalking

DDA-744_E (Rev 8-2016)

Notation: Check Cashing And Establishment of Bank Account. Texaco Coffee Stalk.

✻: SF-00717; SF-09489; HI-00010; S.J.LA I; LA; ET.AL.; LA 22, I U; E.U.; U.S. MIL

FROM: VERDE RESTAURANT
     KAUAI, HAWAII, UNITED STATES

TO: STATE OF KAUAI PUBLIC EMPLOYEES;
    THE OFFICE OF THE PUBLIC DEFENDER;
    OTHER PERSONS NOT IDENTIFIED BY
    FORMAL NOTORIAL LEGISLATED
    STANDARDS OF SELF-IDENTIFICATION.

OTHER LEGAL IDENTIFIERS: ✻

FILED:

FILE IDENTIFICATION NUMBER:
_____

TO THE ATTENTION OF:

THE COURT(S);

PLEASE BE AWARE THAT MICHAEL PECTOL IS EMPLOYED BY VERDE

RESTAURANT AS A VITAL PART OF OUR TEAM. WE PRESENT THIS LETTER

TO THE OFFICE OF THE PUBLIC DEFENDER IN THE SPIRIT OF OUR BUSINESSES

GROWTH, AND THE CONTINUED PROFITABILITY OF OUR BUSINESS AND STABILITY

OF OUR EMPLOYEES.

IT HAS COME TO THE ATTENTION OF MANAGEMENT THAT MICHAEL PECTOL MAY

HAVE ADVOCACY NEED FROM OURSELVES AND OTHER INDIVIDUALS REGARDING

MISREPRESENTATIONS MADE TO THE COURTS BY OTHERS, THE MALICIOUS BEHAVIOR

AND TACTICS THAT HAVE BEEN DIRECTED AT HIM, AND THE EXPANSIVE NEGATIVE

EFFECTS OF SUCH BEHAVIOR AND TACTICS TO HIM, THE LARGER COMMUNITIES,

AND THE BUSINESS(ES) INVOLVED [INCLUSIVE OF PUBLIC ENTITIES].

PLEASE ACCEPT THIS LETTER IN OPPOSITION TO ANY LEGAL OR CRIMINAL PROCESS

DIRECTED AT OUR EMPLOYEE (AND ETHICAL COMMUNITY PARTICIPANT) MICHAEL PECTOL.

ANY SUCH PROCESS EFFECTS NEGATIVELY UPON MICHAEL, OUR BUSINESS, AND THE COMMUNITY.

TITLE OF SIGNATOR:

LOCATION:                           DATE:

PRINTED NAME:                       SIGNATURE:

NOTATIONS:
✻ OTHER FILE IDENTIFIER(S) NOT IMMEDIATEL AVAILABLE [REFERENCE: HATE-CRIMES DOCUMENTATION

Michael

·HAS AN APPOINTMENT

DATE: 6/27/22    TIME: 0900  AM/PM
Rtn: 6/29/22 - Reading 0900 am
IF UNABLE TO KEEP THIS APPOINTMENT, KINDLY
GIVE 24 HOURS NOTICE.

Done 6/20/2022
Re: Lorde Job as
Acquestion Dashwasher



**KAUAI PUBLIC HEALTH NURSING**
3040 UMI STREET
LIHUE, HI 96766
PH: (808) 241-3387    FAX: (808) 241-3556

TB Test Scheduled

Got A Job

June 20, 2022  Mid-Afternoon

Hawaii Pacific Health / Wilcox Health, Kauai, Hawaii, United States

S/W Reception. Covid Test And Vaccination Available, In

Kauai; Not At This Facility.

Urgent Care Location Requested. Registration Provided.

Acquired. (Staff At Locations Switch To

Harass Me And Participate In

Hate Group Activities

Michael Boudouane
(Legal Birth Nom)

Services Status Re: Medical - Do Not Use

JUDITH

5 PAGES TOTAL ①
APP 3 Pgs
PASSPORT 1 Pg
LETTER 1 Pg

**WILCOX MEDICAL CENTER**

Volunteer Services • 3-3420 Kuhio Highway • Lihue, Hawaii 96766-1099 • Phone: (808) 245--1144 • Fax: (808) 245-1475

## ADULT VOLUNTEER APPLICATION

| GENERAL INFORMATION |
| --- |

Name: _RECTOR_ _MICHAEL_ _B_    Birthday: _09/30/1976_
　　　　Last　　　　　First　　　　MI　　　　　　　　Month/Day

Address: _CONFIDENTIAL_　City: _LIHUE_　Zip: _96766_

Phone (Home): _CONFIDENTIAL_　(Work/Cell) _CONFIDENTIAL_

E-mail Address: _CACHE_CONSUL-PFS @ PROTON.ME_

Emergency Contact Person: _TEAVE BOUDOUANE-CHAUMETTE [TAHITI]_

Relation: _FAMILY/SISTER_ Phone:(H) _011 (689) 43-59-05_　(B) _N/A_

Physician Name: _HAVE NOT FOUND ONE TO TRUST IN 44 YEARS_ Phone: _N/A_

Have you ever been convicted of a felony? Yes __ No _X_ If yes, explain when, where, type of offences and disposition of case.
(A conviction will not necessarily disqualify application from the position applied for.) _COERCED CALIFORNIA_
_SIGNATURE WITH FEDERAL EXONERATIONS - SEE PASSPORT ISSUE DATE._

| AVAILABILITY |
| --- |

What are the days/times you are available to volunteer?  Please check below:

*(Minimum 4 hrs. a week; a consecutive 4-hour shift or two 2-hour shifts.)*

8/8:30a.m. - Noon/12:30p.m.

Mon ☒ Tues ☒ Wed ☒ Thu ☒ Fri ☒ Sat ☒ Sun ☒

Noon/12:30p.m. - 4/4:30p.m.

Mon ☒ Tues ☒ Wed ☒ Thu ☒ Fri ☒ Sat ☒ Sun ☒

4:30/5:00p.m. - 8:30/9:00p.m.

Mon ☒ Tues ☒ Wed ☒ Thu ☒ Fri ☒ Sat ☒ Sun ☒

Can you commit to a regular schedule? ☒ Yes　　❏ No

| DO NOT WRITE BELOW – FOR VOLUNTEER OFFICE USE ONLY |
| --- |

Date Rec'd:_____ Interview Date:_____ Orient.Date:_____

Assign:_____ Day(s)_____ Time:_____ Start Date:_____

Assign:_____ Day(s)_____ Time:_____ Start Date:_____

HEALTH RECORDS:  TB: (1)_____(2)_____ **or** +PPD_____mm_____& X-Ray_____

MMR_____ Varicella_____ Flu___ <u>For HT/RT only:</u> Hep B Titre___or Hep B Series; #1__#2__#3__.

BG Ck submitted:_____ BG Ck Received:_____ N.O.L:_____

Comments:

## Hawaii Pacific Health
### Background Request Form

1539

Personal Information...Print capital letters in the boxes. Try not to touch the sides of the boxes.

② 

| A | B | C | D | E | F | G | H | I | J | K | L | M | N | O | P | Q | R | S | T | U | V | W | X | Y | Z |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

First Name
M I C H A E L

Middle Name
B R E N T

Last Name
P E C T O L

Previous Legal Name

Year Changed

Street Address
C O N F I D E N T I A L

City
P A P E E T E / L I H U E

State: H I    ZIP: 9 0 7 6 6
P.F.  9 8 7 1 4

Social Security Number
_ _ - _ _ - _ _ _ _

Date of Birth (month-day-year)
0 9 - 3 0 - 7 6

— SS# UPON PROCESS
COMPLETION DUE TO
PERVASIVE FRAUD CULTURE
IN U.S.

State

Driver's License Number
P A S S P O R T   O N   F I L E

Previous Addresses...Most Recent First

City
S A N   F R A N C I S C O
State: C A    ZIP:

City
M O N T E R E Y
State: C A    ZIP:

City
L O N G   B E A C H
State: C A    ZIP:

City
P A P E E T E ( T A H I T I )
State: P F    ZIP:

Client Name (Requester)

Account #
2 2 5 7 2 1

Location
O A H U

Voice Telephone Number
_ _ _ - _ _ _ - _ _ _ _

FAX Telephone Number
_ _ _ - _ _ _ - _ _ _ _

SSN-> ●    Felony-> ●    NCRF-> ●

I have read, understood and agree to the following:  The background information that I supply in connection with my employment application will be verified by Hawaii Pacific Health; ChoicePoint Services Inc.; and mutual associations to insure that the information that I provide is accurate in every way.  The information to be verified includes any and all information supplied on any application form or resume, and information provided in any conversation  or interview with any employee of Hawaii Pacific Health.  This may include discussions with references (personal or business) that I provide.  I authorize Hawaii Pacific Health and its agents to conduct a thorough inquiry into all areas deemed necessary to arrive at a hiring decision: all employment, educational, driving, credit reports and criminal public record information relating to my application may be examined.  I specifically release former employers, criminal information repositories and courts, schools, law enforcement agencies, local, personal and professional references and credit bureaus from any liability so that they may freely and completely respond to any inquiry relating to my application for employment with Hawaii Pacific Health.

Signed_____    Date  JUNE 22, 2022

FOR VOLUNTEER OFFICE USE:
Date Submitted: _____

☐ KMCWC    ☐ Straub    ☐ HT/Reiki
☐ PMMC    ☐ RMH    ☐ MOD





## ADULT VOLUNTEER HEALTH REQUIREMENTS

The following forms and/or documentation must be completed and received prior to Volunteer Orientation:

☑ **Application**

❑ **Volunteer Health Screening form**

☑ Negative results for two-step Tuberculin Skin Test (TST) taken within your lifetime +

one TST within 12 months **- OR -** ❑ Two individual TSTs within 12 months

❑ If positive TB, chest x-ray dated within 12 months and documentation of positive reading (date of test and size in millimeters). *Scheduled Monday 10:00 AM June 28*

☑ Two measles/mumps/rubella immunizations* **- OR -** ❑ Positive MMR titer.

☑ Two varicella immunizations* **- OR -** ❑ documentation of chicken pox disease date **– OR –**

❑ Positive Varicella titer.

☑ Flu vaccine (highly recommended) **– OR -** ❑ Signed Flu Declination form.

❑ **Hawai'i Pacific Health (HPH) Background Request Form**

FOR HEALING TOUCH AND REIKI VOLUNTEERS ONLY:

❑ Hepatitis B immunization (series of 3 shots) **– OR -** a signed ❑ Declination form (available

From Employee Health).

TB tests may be taken at the Employee Health Office location listed below:

**IMPORTANT – You must first obtain authorization and written forms from the Volunteer Office before going to the Employee Health office.**

● **Wilcox Medical Center** (free TB services)
Employee Health Office, 3-3420 Kuhio Highway, Lihue, HI 96766

Phone: (808) 245-1141 or 1-855-929-4905 for appointment or walk-in on:

– Mondays, Tuesdays, & Thursdays from 7:00am to 10:00am
– Wednesdays from 7:00am to 9:00am
– Fridays are appointments only

For further information, please call Volunteer Services at 808-245-1144, Monday – Friday, 8:00 AM – 4:30 PM.

Rev. 8/8/16

HAWAII PACIFIC HEALTH

55 MERCHANT STREET    25TH FLOOR

HONOLULU, HAWAII 96813

[ADDRESS PROVIDED FOR OFF-SITE

RECORDS MANAGEMENT]

THIS AREA IS FOR HOSPITAL USE:

④

EMPLOYEE IDENTIFIER: (#)

NAME:

HAWAII PACIFIC HEALTH

WILCOX HOSPITAL KAUAI LOCATION    3-3420 KUHIO HIGHWAY, LIHUE, HAWAII

KAUAI, HAWAII, UNITED STATES

ATTN: ADMINISTRATION, HUMAN RESOURCES

PLEASE ACCEPT THIS FORMAL WRITTEN COMMUNICATION AS THE INITIATING CATALYST TO FACILITATE MY ESTABLISHMENT AS A VOLUNTEER FOR THE HOSPITAL. I WOULD LIKE TO READ OR PLAY CARDS OR BOARD GAMES (WHATEVER ACTIVITY) WITH TERMINALLY ILL PATIENTS [PREFERABLY CHILDREN] OF ALL AGES, AS WELL AS, ANY PATIENT REQUIRED TO STAY FOR EXTENDED TIME; PERHAPS, IN EXCESS OF FIVE OR SEVEN DAYS.

I HAVE MEDICAL KNOWLEDGE, ABOVE AVERAGE OF THE GENERAL POPULOUS AND MANY NURSES, TECHNICIANS, AND OTHER SUPPLEMENT STAFF TO DOCTORS.

I HAVE ENCLOSED MY IDENTIFICATION WITH THIS DOCUMENT TO FORMALIZE THE VOLUNTEER APPLICATION PROCESS.

I AM AVAILABLE IMMEDIATELY, WOULD LIKE TO EXPIDITE THE PROCESS; AND HAVE THE APPROPRIATE BACKGROUND, EDUCATION, AND SOCIAL-EMPATHETIC COMMUNICATIONS SKILLS.

THANK YOU FOR EXPIDITING THIS PROCESS,

DATE: JUNE 22, 2022  9:00 AM HST                    CAPACITIES INCLUSIVE

LOCATION: KAUAI, HAWAII, UNITED STATES    MICHAEL PECTOL (BIRTH NOM/NAME)

NOTE: PLEASE PROVIDE DUPLICATE(S) TO HUMAN RESOURCE OR OTHER DEPTS. IF REQUIRED



# Kauai Urgent Care

Website        Directions        Save

4.3 ★★★★★    52 Google reviews

Urgent care center in Kauai County, Hawaii

**COVID-19 info:** hawaiipacifichealth.org

**Get online care:** hawaiipacifichealth.org

**Address:** 4484 Pahee St, Lihue, HI 96766

**Hours:** Open · Closes 7PM ▾

**Phone:** (808) 245-1532

Suggest an edit · Own this business?



Week Of: _____


**mastercare**
*Homecare & Healthcare*

## COVID-19 Screening Report

Please Circle **Yes** or **No**.
You are required to fill out this form for every client you work with every day. You will need to screen your clients daily before the start of your shift. For any *'YES'* answers, contact your supervisor before you begin work. Please turn in a Report for every client every week with your Timesheets. This task is part of your charting duty.

**Employee Name:** _____

| How Am I Feeling Today? | SUN | MON | TUE | WED | THU | FRI | SAT |
|---|---|---|---|---|---|---|---|
| Fever | Y / N | Y / N | Y / N | Y / N | Y / N | Y / N | Y / N |
| Cough | Y / N | Y / N | Y / N | Y / N | Y / N | Y / N | Y / N |
| Sneezing | Y / N | Y / N | Y / N | Y / N | Y / N | Y / N | Y / N |
| Chest Pain | Y / N | Y / N | Y / N | Y / N | Y / N | Y / N | Y / N |
| Shortness of Breath | Y / N | Y / N | Y / N | Y / N | Y / N | Y / N | Y / N |
| Muscle or Body Aches | Y / N | Y / N | Y / N | Y / N | Y / N | Y / N | Y / N |
| New Loss of Taste or Smell | Y / N | Y / N | Y / N | Y / N | Y / N | Y / N | Y / N |
| Sore Throat | Y / N | Y / N | Y / N | Y / N | Y / N | Y / N | Y / N |
| Congestion or Runny Nose | Y / N | Y / N | Y / N | Y / N | Y / N | Y / N | Y / N |
| Nausea / Vomiting | Y / N | Y / N | Y / N | Y / N | Y / N | Y / N | Y / N |
| Diarrhea | Y / N | Y / N | Y / N | Y / N | Y / N | Y / N | Y / N |
| Travel Off Island | Y / N | Y / N | Y / N | Y / N | Y / N | Y / N | Y / N |

**Client Name:** _____

| How Are You Feeling Today? | SUN | MON | TUE | WED | THU | FRI | SAT |
|---|---|---|---|---|---|---|---|
| Fever | Y / N | Y / N | Y / N | Y / N | Y / N | Y / N | Y / N |
| Cough | Y / N | Y / N | Y / N | Y / N | Y / N | Y / N | Y / N |
| Sneezing | Y / N | Y / N | Y / N | Y / N | Y / N | Y / N | Y / N |
| Chest Pain | Y / N | Y / N | Y / N | Y / N | Y / N | Y / N | Y / N |
| Shortness of Breath | Y / N | Y / N | Y / N | Y / N | Y / N | Y / N | Y / N |
| Muscle or Body Aches | Y / N | Y / N | Y / N | Y / N | Y / N | Y / N | Y / N |
| New Loss of Taste or Smell | Y / N | Y / N | Y / N | Y / N | Y / N | Y / N | Y / N |
| Sore Throat | Y / N | Y / N | Y / N | Y / N | Y / N | Y / N | Y / N |
| Congestion or Runny Nose | Y / N | Y / N | Y / N | Y / N | Y / N | Y / N | Y / N |
| Nausea / Vomiting | Y / N | Y / N | Y / N | Y / N | Y / N | Y / N | Y / N |
| Diarrhea | Y / N | Y / N | Y / N | Y / N | Y / N | Y / N | Y / N |
| Travel Off Island | Y / N | Y / N | Y / N | Y / N | Y / N | Y / N | Y / N |

3900/MC-Rev.0820

©Mastercare, Inc. All Rights Reserved

**To enable ChexSystems to properly assist you, please provide them with the following information.**

*Indicates a required field*

Full Name _____    _____    _____
            *(First Name)                    (Middle Name)                    *(Last Name)

Maiden Name or Other Last Names Used _____

*U.S. Social Security Number _____  *Date of Birth _____
                                                                        (mo/day/year)

U.S. Drivers License Number _____ State of Issuance _____

Daytime Telephone Number (_____)_____

*Current Address _____    _____    _____    _____
                    Number & Street              City        State    Zip Code

**ChexSystems will correspond with you at the above address unless you request otherwise**

*Any previous addresses used in the past five years (include any P.O. Boxes):

| Number & Street | Apt# | City | State | Zip Code |
|---|---|---|---|---|
| Number & Street | Apt# | City | State | Zip Code |

If you wish to obtain information on any business accounts you have signed on within the past five years, please list the business name, tax ID number & address as well as your title/relationship to the business.

| Business Name | Tax ID Number |
|---|---|

| Your Title | Business Address | City | State | Zip Code |
|---|---|---|---|---|

BY SUBMITTING YOUR PERSONAL INFORMATION TO CHEXSYSTEMS, YOU ACKNOWLEDGE YOUR AGREEMENT TO PROVIDE ACCURATE IDENTIFYING INFORMATION AND YOUR UNDERSTANDING THAT CHEXSYSTEMS MAY ACCESS, STORE, AND USE THIS INFORMATION TO THE EXTENT PERMITTED BY LAW

*Signature _____    Date _____

DDA-744_E (Rev 8-2016)

MacArthur Pascal : Signatory/ Authorities Record/ Document

DOCUMENT FORMAT : ' ORD FANCY '

—INDEX — COMMUNICATION — SECURITY—
—ARCHIVALS —

UNITED NATIONS COURT(S)
EUROPEAN UNION
FRANCE
FRENCH POLYNESIA

ATLANTIC FLEET

PACIFIC FLEET

HUMAN SYSTEMS
OPERATIONS
A.R.S.I.T.
ANTI-RAPETER SYSTEMS INTEGRITY TEAM

ASTROLOGICAL NAVIGATIONAL IMAGE RECEPTION

— E.P.D. —
EARTH PERPETUATION DEPARTMENT
A.N.I.R.

MONTER'ETE

POLYNESIE ANTARCTIQUES
PACIFIC — TAHITI — GROUVE

FRENCH CALENDARIC

UNITED STATES DISTRICT
UNITED STATES DISTRICT COURT
HAWAI'I DISTRICT COURT
UNITED STATES MILITARY
HAWAI'I MILITARY INTELLIGENCE
UNITED STATES INTELLIGENCE

UNITED STATES COURT(S)
WESTERN DIVISION
DISTRICT(S) OF CALIFORNIA
NORTHERN, CENTRAL, SOUTHERN
UNITED STATES DISTRICT

[ 43.10.04 ]

United States Calendaric

April 4, 2022 Filing Re: U.S. & Multinational Economical, Shepping, Security, and Legacizers.
Pacific — Hawai'i — Grouve
Polynesie Antarctiques
Monter'ete

N.A.S.A.
N.R.S. — D.L.I.

FORWARD DOCUMENT :
UNITED STATES JUDICIAL
UNITED STATES LEGISLATIVE
UNITED STATES EXECUTIVE
* NAVAL SECURITY ADMINISTRATION *
* MONTEREY SECURITY ADMIN *
* INSTITUTE FOR RESEARCH IN ASTRONOMY *
N.S.A. — D.O.D.

UNITED STATES DEPARTMENT OF STATE
UNITED STATES POSTAL SERVICE
UNITED STATES STATE DEPARTMENT
U.S.P.S.
U.S.A.
V.A.
D.I.A.

PANETTA FOUNDATION(S)
LEON AND SYLVIA PANETTA INSTITUTE FOR PUBLIC POLICY
John Steinbeck Archives
UNITED STATES ARCHIVES
United States Court(s)

UNITED STATES ADMINISTRATIONS
UNITED STATES DEPARTMENTS

DOCUMENT FORMAT : ' ORD FANCY '

ATTN : CHRIS BUTANO
3050 HOOLAKO STREET
LIHUE, HI 96766
RE: EMPLOYMENT DOCUMENTS

KUIEO KAUAI DUPLICATE

FRIDAY : JULY 8, 2022 12:00
STATION COMMANDER
3-2600 KAUMUALI'I HIGHWAY
SUITE 1524
LIHUE, HI 96706
808 245-8987
FAX : 808 245 7058
RYAN.D.FUSSELL.MIL@ARMY.MIL
FIRST CLASS, SERGEANT U.S. ARMY.

CATEGORY : NON-FICTION

ARRIVALS : NORTH OF THE EQUATOR [012.00100.010] P.A.

— ONE HUNDRED AND THIRTY THREE BITCH BLUE DAYS AU AHU ——

AS THE BODYBOARD WAS PROPPED ON THE SURFBOARD STAND, THE EAVES DROPPERS HAD NO IDEA THE ANGLE WAS A REFERENCE TO AN EXIT POINT FROM THE SOUTH ATLANTIC OCEAN FOR ONE OF THE PROBES TO BE SENT ON THIS SIDE OF THE MEASURABLE EARTHIVERSE BOUNDRY. THE NEWER STARCHARTS PROVIDED BY THE PAKISTANI ARCHIVES WITH THE ASSISTANCE OF THE CHINESE EMMISARY WAS A PARTICULAR CATALYST. WAIKIKI, PARTICULARLY DARK FROM MY ARRIVAL FARTHER NORTH IN THE HEMISPHERE, WAS MORE GRIMY THAN IMPRESSIVE. I WAS ONLY PROVIDED TWO DAYS ABOVE THE TENTH FLOOR AT THE RAMADA INN, AND FOUND THE HEMP CIGARETTES FAR FROM THC LEVELS I PREFER.

ALMOST DITCHING THE WIRELESS DEVICE IN A DUMPSTER FROM IMPOSED RESERVATION SYSTEMS THE LOCALS ARGUE OVER, I INSTEAD WOUND UP ON THE OTHER SIDE OF THE LAVA RIDGE IN A SMALL NEIGHBORHOOD — WHERE THE CURRENTLY APPROVED HIGH-RISE COMPLEX WAS SCHEDULED TO BE BUILT; IT WAS THE BEST MAPPING SYSTEM THE MULTINATIONAL PROPRIETORS COULD SLIDE ME INTO TO TRANSITION TO THE 2037 BENCHMARK FOR THE FOOD SUPPLIES, MICROTECHNOLOGY, AND ARCHIVES. UNFORTUNATELY, A YOUNGER AGED LDS GIRL INTEGRATED INTO THE GOVERNMENT POLITICAL SYSTEMS FOUND ME AND MY RESERVATION FOR CAMPING WAS TAINTED BY THE PROXIMITY OF THE HATE-GROUPS TORTURE AND RITUAL FACILITIES. AT LEAST MY ASSUMPTION WAS THAT WAS HER NETWORK ACCESS INTO THE GIVEN SYSTEMS.

THE UPDATING AND INTEGRATIONS FOR THE NEW MAPPING SYSTEM THAT WAS COMBINED WITH THE SYSTEMS THE PRE-DATED THE IPHONE AND MICROSOFT-APPLE MERGERS WAS CONSTANTLY GLITCHY; SPECIFICALLY WITH THE LDS NETWORKS ATTACKING RELENTLESSLY TO HIDE NOT ONLY THEIR HATE-CRIME ARCHIVES, BUT ALSO THE DOCUMENTS OF COORDINATED COUP ACTIVITY AND THERMONUCLEAR ARMS SHIPPING. NONETHELESS, THE DEPARTMENT OF DEFENSE AND PRE-APPLE GOOGLEFIED LEXIS-NEXIS TEAMS HAD A TIGHT GRIP ON THE SYSTEMS — AND THE PHONE TO SWITZERLAND. ASSISTANCE FROM THE IMAGING DEPARTMENTS WAS INVALUABLE.

I HAVE AND HAD BEEN RUNNING SINCE MY DEPOSITIONS TO THE UNITED NATIONS ABOUT THE DETONATION IN NON-UNITED STATES TERRITORIES. THE RELIABILITY OF SIGNALS MADE ME ANXIOUS TO CROSS THE BORDER TO KNOW THE STATUS OF THE DELEGATIONS BUILDING RENTAL IN PARIS.

CASHE PETTY PUBLICATIONS    ||V|.|°.|    HA'AWAI'IAN ARCHIPELAGO(S)    1.

③



OAHU

I-9 EMPLOYMENT IDENTIFICATION DOCUMENT

P. F. CHANG'S, WAIKIKI, HAWAII LOCATION.

03-01-2022
2:00 PM
HONOLULU/ALEUTIAN TENSION
LOCATION: WAIKIKI; HI

OAHU SECTION

POSITION APPLIED FOR: DISHWASHER/BACK OF HOUSE

KUHIO DOCUMENT PACKAGE

CURRENT DOCUMENTS

10 OF 13

1 OF 2

MD

KAUAI DOCUMENTS

CURRENT EMPLOYMENT: VERDE RESTAURANT - KAUAI



P.F. CHANG'S : EMERGENCY CONTACT INFORMATION

FOR MICHAEL PECTOL        03-01-2022

⍟ ADDITIONAL INFORMATION AVAILABLE UPON REQUEST ⍟

11 OF 13    LINK.L.

2 OF 2

(4)

E·S·M·0.05¢

## Jack in the box

JIB# 8230
CARRY OUT  Order# 425

Tel(808) 422-6887
4/30/2022                    8:16:31 AM
                        Emp      myra

1 (2) Tacos                      1.39

Total Items: 2

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

BUY JUMBO JACK OR SUPREME CROISSANT,
GET SAME FREE!
WHEN YOU TAKE OUR SURVEY.

1) Within 3 days...
   visit www.JackListens.com
   or call 1-858-876-0461.
2) Enter...
14 digit code: 452 434 408 202 75
   Date of Service: 4/30/2022
   Time of Service: 08:16
3) Write provided validation code here:

Coupon Code: 525
4) Bring this receipt on your next visit.
One coupon per guest visit. Not valid with
with other offers. BOGO on same product.
Offer is valid 7 days after survey
completion.

**Disponible en espanol**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
        SubTotal        1.39
        Tax             0.07

        Total           1.46
        CASH            1.50

        Change          0.04
Thank you for your visit
        424525

## — WE'RE HERE FOR YOU —

Order ahead with the



---

Panda Express #1282
Honolulu, HI
(808) 422-4800

4/29/2022  1:00:55 PM        -HERE-
Order: 278610        Server: Xuefang Z

1 Bigger Plate              11.30
   FRIED RICE-1/2
   FRIED RICE-1/2
   BLK PEPPER STEAK          1.30
   HONEY SESAME CB
   STR BN CKN BRST

        SubTotal            13.30
        TAX                  0.63
        Total               13.93

        Cash                13.93

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*         FREE ENTREE ITEM!          \*
\*    Tell us about your visit and     \*
\* receive a free entree item on us    \*
\*         See back for details.       \*
\*                                     \*
\*          Survey Code:               \*
\*    2922-7861-2800-0124-0311-07      \*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

        Questions or Comments?
        pandaexpress.com/connect

HAWAIIAN REAL
ESTATE CALCULATIONS
2013 - 2022

AMN
E.V.S
Az. M.N.

Got a sec? Let's connect.
Tellthebell.com

Survey Code: 4114-0022-1370-3433

LOOSE COINS → A.M.N.
Taco Bell 031270
4725 Bougainville Dr.
Honolulu, HI 96818
(808)422-2101

2:43:24 PM
Cashier: Jackielou

1 Spcy Potato Sf+ Tac          1.49
1 NO Sauce Packet              0.00
         SubTotal             1.49
         Tax                  0.07
         Total                1.56
         Cash                 1.56

Order Number 291
Total Items in Order: 1

Start earning FREE rewards now

Download the Taco Bell App &
Scan the barcode below to get your points
Terms and exclusions apply

6249762464352

A.M.N. APPRECIATION FACTOR

2.00 → E.S.M. → C.R.O.BAT
2.00 ← A.M.N.
CA REAL ESTATE 2006 - 2012 CALC
+ (MARKET INCREASE

ENROUTE SERVICES MULTINATIONAL
PETTY CASHE, D.B.A

# 273

BUY ONE GET ONE FREE QUARTER POUNDER
W/CHEESE OR EGG MCMUFFIN
Go to www.mcdvoice.com within 7 days
and tell us about your visit.
Validation Code:_____
Expires 30 days after receipt date.
Valid at participating US McDonald's.
Survey Code:
34229-02730-43022-06388-00010-5

McDonald's Restaurant #34229
3299 NORTH NIMITZ HWY
HONOLULU,HI 96819
TEL# 808-833-3784

KS# 2                    04/30/2022 06:38 AM
CBB                           Order 73

1 L Premium Roast                 1.00

                                  1.00
Subtotal                          0.05
   Tax                            1.05
Take-Out Total

Cash Tendered                     1.05
Change                            0.00

McDonald's Restaurant

Sign up for MyMcDonald's Rewards
to earn points on future visits!



HOUSING DOCUMENTATION: TITLE DOCUMENTS [OFFICIAL-SYSTEMS : CIVILIAN/GOVERNMENT]

NAME (BIRTH NAME): MICHAEL PECTOL

LOCATION: OAHU, HAWAII, UNITED STATES

PHYSICAL ADDRESS: [*BASE ACCESS APPLICATION PROCESSING AS OF: 4.30.22]

PHYSICAL ADDRESS:

BASE/INSTALLATION NAME:

ARRIVAL DAY:

ARRIVAL CONTEXT: OFFICIAL BUSINESS

PROFESSIONAL CATEGORY: TECHNICIAN

FORMS REFERENCE SECTION

SUPPLEMENTAL DOCUMENT: BASE ACCESS/IDENTIFICATION

FOR DEPARTMENT USE ONLY?

POLYNESIAN SOUNDSCAPES AND WAVEFORMS - LIVE CAMPFIRE BROADCASTS

UNITED STATES PACIFIC ISLANDS - FRENCH POLYNESIAN PACIFIC ISLANDS - SOURCE DOCUMENTS

NETWORKS USAGES - HAWAII, OAHU [PHYSICAL LOCATION(S)] - INTERACTIVITY DOCUMENTS

- SYSTEMS ACTIVITIES ; CATEGORICAL

- LEGAL - ELECTRONIC - DOCUMENTATION - COMMUNICATIONS - SHIPPING - RECEIVING -

RECONCILIATION ACTIVITIES SOURCE DOCUMENT [U.S. GOVERNMENT SYSTEMS]

- FEDERAL BUILDING, HONOLULU, OAHU, HAWAII, UNITED STATES, [EARTH]

300 ALA MOANA BOULEVARD · 3RD FLOOR OFFICE OF THE CLERK, U.S.D.C.

ADDITIONAL ARCHIVAL INFORMATION AND ACCESS AVAILABLE FROM :
THE STEINBECK CENTER · CALIFORNIA STATE UNIVERSITY MONTEREY BAY
THE PANETTA INSTITUTE FOR PUBLIC POLICY · UNITED STATES CONGRESS
THE OFFICE OF THE PRESIDENT OF THE UNITED STATES (OF AMERICA)
MONTEREY INSTITUTE FOR RESEARCH IN ASTRONOMY · NOAA ·
THE DEPARTMENT OF THE INTERIOR, FRANCE · PAPEETE, TAHITI
EARTH PERPETUATION DEPARTMENT · ENROUTE SERVICES MULTINATIONAL[E]

- UNITED STATES MAILING ADDRESS -
ENROUTE SERVICES [MULTINATIONAL(E)]
℅ MICHAEL PISTOL
680 LIGHTHOUSE AVENUE PACIFIC GROVE
ATTN·                    CA. 93750
ENROUTE SERVICES DOCUMENTS DIVISION
UNITED STATES DOCUMENTATION SYSTEMS
INSTALLATION/BASE ACCESS DOCUMENTS
COMMUNICATIONS SYSTEMS DOCUMENTS
UNITED STATES MILITARY
INFORMATION(S) SYSTEMS DOCUMENTS

ATTN : ACCOUNTS PAYABLE


OAHU, HAWAII, UNITED STATES


MILITARY FINANCIALS FILE DOCUMENTS - OAHU.HI.
DOCUMENTS FILE REFERENCE : 2022 · USDC · HAWAII
OAHU FEDERAL BUILDING

* U.S.C. FORMAT APPROVED    FINANCIALS : A. 2022. HI

Case 4:22-cv-04657-HSG    Document 1    Filed 08/12/22    Page 50 of 169

CAOSHE PETTY, B.B.A. - PRODUCTION - MEDIA - ARCHIVES
P.A.001.00.00500.001.00. PETTY ADMINISTRATIONS
ARCHIVES: 00:01

PANETTA INSTITUTE FOR PUBLIC POLICY . BOARD OF DIRECTORS . ACCOUNTING
A.P: . PRODUCTS . PRODUCTS . MICHAEL PECTOL . SERVICES . SERVICES . :A.
RECEIVABLES . PAYABLES
VERANDA SESSION(S) : MONTEREY ; HAWAII . OAHU ; MONTER'ETE

| DEPARTMENT OF NAVY | EDUCATION VARIOUS LOCATIONS | ANNUEL F.t AMOUNT : 2022 [ YEAR. I |
| DEPARTMENT OF DEFENSE | EDUCATION VARIOUS LOCATIONS | ANNUEL F.t AMOUNT : 2022 [ YEAR. I |
| DEPARTMENT OF EDUCATION | | |

CATEGORY : EDUCATION          PAYMENT 2022

     CATEGORY : PRODUCTS

        CATEGORY : SERVICES        BALANCE PAYABLE TO : MICHAEL PECTOL : $ 500,000.00 U.S.D.

THIS AREA IS FOR USE BY : THE PANETTA INSTITUE FOR PUBLIC POLICY, ACCOUNTING DEPARTMENT.

| RECEIVABLES/PAYABLES | | |
|---|---|---|
| DATE FILED : | DATE RECEIVED : | DATE PROCESSED : |
| ISSUING BANK : | LOCATION : | I.D. INFORMATION : |
| DATE ISSUED : | DATE CLEARED : | PAYEE LOCATION : |
| CHECK NUMBER : | DATE SENT : | RETURN RECEIPT : |

PAYEE ADDRESS : MICHAEL PECTOL - 680 LIGHTHOUSE AVENUE [959] . PACIFIC GROVE , CA . 93950 - UNITED STATES

PAYABLE TO : MICHAEL PECTOL VIA : PANETTA INSTITUTE FOR PUBLIC POLICY, ACCOUNTING DEPARTMENT
100 CAMPUS CENTER DRIVE, BLDG 86E . SEASIDE . CA . 93955

Case 4:22-cv-04657-HSG    Document 1    Filed 08/12/22    Page 52 of 169

**- CATEGORIES CHART -**

| 1 | | | | |
|---|---|---|---|---|
| 1 | CATEGORY (1) : SYSTEMS | | | |
| | CATEGORY (2) : EQUIPMENT | | | |
| | CATEGORY (3) : SOURCE DOCUMENTS | | | |
| | CATEGORY (4) : SUPPLIES | | | |
| | CATEGORY (5) : OPERATIONS [-] HUMAN LABOR | | | |
| | CATEGORY (6) : DEVELOPMENT | | | |
| | CATEGORY (7) : OO.F.A.OO.P.O. | | | |
| | CATEGORY (8) : | | | |
| | CATEGORY (9) : | | | |
| | CATEGORY (010) : | | | |

**- INDEX CHART -**

| A | CATEGORY (1.A.1) : TECHNICAL SYSTEM |
|---|---|
| 1 | INTEGRATED DEVELOPMENT SYSTEMS |
| 10 | MILITARY OPERATIONS TRANSFERS OPERATE |
| 101 | LIVE OPERATORS |
| 102 | A.R.S.I.T. PROTOCOL (S) |
| 20M | M.O.TO. COMMUNICATIONS |
| 21M | MAPPING - TRANSPORTATION |
| 21S | INDEX SOURCING |
| 301 | PHYSICAL |
| 302 | ELECTRONIC |
| 401 | FOOD ACCESS |
| 402 | FUEL ACCESS |
| 403 | HOUSING - UTILITIES |

| 1 | 3 | 0 | 3 | CREDENTIALS AND CAPACITIES |
|---|---|---|---|---|
| | | | A | NOTORIAL / NOTAIRE |
| | | | B | COURIER / COURSIER |
| | | | C | CONSUL / COUNSIL |
| | | | D | ACCOUNTING / FINANCIAL |

| 1 | 7 | D | 0 | A | ARMORY |
|---|---|---|---|---|---|
| | | | | 1 | REGISTRATION |
| | | | | 2 | INVENTORY |
| | | | | 3 | LOCATION(S) |

| B | CATEGORY (1.B.1) : DISTRIBUTION |
|---|---|
| 101 | RECEIVING - DISTRIBUTION |
| 102 | DISTRIBUTION - SHIPPING |
| 103 | MERCHANT PROCESSING - ORDERS |
| 601 | SECURITY COMMUNICATIONS ADMIN |
| 602 | SECURITY ADMINISTRATION STAFF |

INVENTORY AND INDEXING

NAME (BIRTH NAME): MICHAEL PECTOL

LOCATION: OAHU, HAWAII, UNITED STATES

PHYSICAL ADDRESS: [* BASE ACCESS APPLICATION PROCESSING AS OF: 4.30.22]

PHYSICAL ADDRESS:

BASE/INSTALLATION NAME:

ARRIVAL DAY:

ARRIVAL CONTEXT: OFFICIAL BUSINESS

PROFESSIONAL CATEGORY: TECHNICIAN

FORMS REFERENCE SECTIO

SUPPLEMENTAL DOCUMENT: BASE ACCESS / IDENTIFICATION

FOR DEPARTMENTAL USE ONLY

☑ UNITED STATES ARCHIEVES : DOCUMENT PRODUCTION

☑ CASHE PETTY PUBLICATIONS

LEGISLATIVE AND COMMUNICATIONS SOURCE DOCUMENT

☑ APRIL 30, 2022 (U.S.) — ASSET STATEMENT E.S.M.

☑ DIGITAL BRECAST EQUIPMENT AND TRANSMISSIONS SOFTWARE CONTROL SYSTEMS

☑ JANUARY 1, 2005 TO APRIL 30, 2022

☑ PUBLIC : ITEMIZED

☑ PRIVATE : ITEMIZED

☑ MILITARY : ITEMIZED

☑ SALES  ☑ RENTAL  ☑ FINANCING  ☑ DEVELOPMENT

☑ MAINTENENCE

UNITED STATES | CACHE PETTY, D.B.A. | FINANCIALS : APRIL 30, 2022 U.S.
1/ PROPERTY REPORT : CACHE PETTY, DBA
2/ LOSS REPORT : UNITED STATES (OF AMERICA)

INVENTORY CATEGORY / SOURCE DOCUMENT(S)

☑ ARCHIVES [UNITED STATES (OF AMERICA)] ; ALL

☐ EQUIPMENT

; ALL

☐ NETWORKS / COMMUNICATIONS FORMATS & FREQUENCIES

SOURCE DOCUMENTS | FINANCIAL

SOURCE DOCUMENT NOTATIONS :

DISPLACEMENT CALCULATIONS FORMAT : SAN JOSE FILINGS U.S.D.C.
BALANCE CORRECTION : PAYABLE TO MICHAEL PECTOL $ " BALANCES DUE " U.S.D.

| BALANCE SHEET : | ✓ | | |
|---|---|---|---|
| FINANCIAL BALANCE : | DOWN ↓ | VIA FRAUD ↓ / VIA GDP ↑ | ↓ |
| COMMON CURRENCY / HARDWARE AND THEFT AND SEXUAL MONETIZATION MALICIOUS BALANCE : | UP ↑ | VIA INSURGENT FINANCIAL PROCESSING | ↑ |
| EARTH PERPETUATION DISPLACEMENT : NEBULA BALANCE : | UP ↑ | ARSET AMER | ↑ |
| BALANCE SHEET | ✓ | ☞ : BENEFITS EXPERIENCED | = |
| FINANCIAL BALANCE | ↑ UP | CACHE BALANCES ↑ | ↑ |
| CACHE BALANCE | ↑ UP | VIA ARCHIEVES ↑ | ↑ |
| CIVILIZED HUMAN DAILY ACTIVITIES BALANCE : | | ∅ | ∅ |
| | SHOWERS : | ∅ | |
| | FOOD SOURCE : | ∅ | |
| | HOUSING : | ∅ | |

BALANCE SHEET IMBALANCE EQUATION : ↓ + ↑ + ↑ ≠ ↑ + ↑ + ↑ + ∅
REFENCE : ( ↓ ≠ ∅ ) ; ∅ = ZERO ; MALICE BALANCE MEASURABILITY / CATEGORY

∘ CASH FLOW SHEET : ✱ SEE ATTACHED DOCUMENTATION

Page 3

$(y^{(2)})$ 18 MONTH BALANCE DUE INCREASES [VALUATIONS]

HAWAII VALUATION INCREASE BREADWINNER

H.V.I* $^{2A}$ - 2% OF TOTAL LUMP AMOUNT
- PERCENTAGE [AND APPLIED TO PRELUMP BALANCE HAWAII

* 18 MONTH HAWAII VALUATION INCREASE [AUG 2020 - MAY 22]

$(y^{(2)}) \times (\bar{z}) + (y^{(R.A.)}) = $ [TOTAL 11:00 AM HST/MIL]

[U.S. 12:00 HI P.M. 05.01.22]

[TIMESPANCE DAY AND TIME] $<$ 05.01.2022 DISPLAY DAY
10:23 AM DEVICE DISPLAY TIME

SOLAR ORBITAL; DAYLIGHT PHASE/LUNAR ORBITAL; CYCLE(S)

CASIE PETTY, D.B.A.
MICHAEL
620 PACIFIC GROVE, CA
ATTN: [P.M.B. 959] 93950

PETTY, CHASNE  D.B.A
ENROUTE SERVICES MULTINATIONAL (S)
680 LIGHTHOUSE AVENUE
P.M.B. [957]
PACIFIC GROVE, CA 93950 —
UNITED STATES DOLLARS (U.S.D)

—— LOOSE COIN(S) ——

| | |
|---|---|
| 19 | .01 |
| 40 | .05 |
| 4 | .10 |
| 8 | .25 |
| $1.00 | |
| 5.00 | |

—— ROLLED COIN(S) ——

| | |
|---|---|
| PETTY, CASHE D.B.A 0.01¢ ROLL(S) [1 of] | 1 |
| LOOMIS 0.05 ¢ ROLLS [$2.00] | 9 |
| PETTY, CN#D. B.A. 0.05¢ ROLL(S) [$2.00] | 1 |

LOOMIS ROLLS; DISTRIBUTED PREVIOUS TO OPENING: APRIL 28, 2022 [0.05¢ OF $2.00]
WAIKIKI LOC.          LOCATION HILTON VILLAGE 2          ALA MOANA;
STARBUCKS RESERVE [2]; DONATION TO PUBLIC FOUNTAIN(S) 8 [OPENED—INTL MARKETPLACE]
MACDONALDS [    ] [1]                    APRIL 29, 2022 - [U.S./FR./P.A.]

MICHAEL          PECTOL

REFERENCE(S): WEIGHT, YEAR, CONDITION, DOCUMENTATION

| U.S.D.C. FILES | LOCATION(S) | | | | | |
|---|---|---|---|---|---|---|
| | | | | MICHAEL BOUDOUINE VANBASTOLAER CASINO PETTY, D.B.A. ENROCUTE SERVICES MULTINATIONALE OAHU, HAWAII, UNITED STATES POLYNESIS ANTARCTIQUE(S), EARTH | | [P. 00001-0]A May 5, 2022 |
| | | | | | FILED | |
| 2021 | OAHU | ✳ | | NAVY FOOD AND SUPPLIES SIGNATORY AUTHORITY U.S./P.E.IR | | :∅ |
| 2020 | | | | COSTCO MONTEREY HISTORICAL ACCOUNTS PROCESSING FACTORS | | 2 |
| 2022 | | ✗ | | FINANCIAL SERVICES (RE: RETIREMENT U.S. - FEB 2022) | | IN PROGRESS:∅ |
| | | ∘ | | TEMPLATE FORMAT ESTABLISHED FOR FORMALIZED COMPENSATION | | |
| | | | | - NAVY & CONTINENTAL SHIPPING (NOT YET COMPENSATION 5/6/22) | | |
| | | | | [FOOD QUALITY SYSTEMS T.B.D./PERSONALLY EXTERNALIZED] | | RE: THEFT |
| | | | | [NOTE: NEX DATABASE ACTIVITY MAY 1 - MAY 6  2022] | | • (N.E.X.) NEX |
| | | | | 22000LFD - START DATE: EMPLOYEE 5/10/2022 | | |
| | | | | | | |
| | | | | | | |
| | | ✳ | | EMERGENCY FOOD SUPPLY STORAGE (10 YEARS) | | |
| | | ✳ | | ELETRICAL INFRASTRUCTURE | | |
| | | ✗ | | .376350.[5/2/2022] - OAHU FEDERAL BLOG | | |
| | | ∘ | | LIMITATION OF NAME USAGE AND LIABILITY PER U.S.D.C | | TRANSACTIONS: |
| | | | | | | AUTHORIZED ∅ ACKNOWLEDGED ∅ |
| | | | | LOCATION: OAHU, HAWAII | | |
| | | | | DAY/TIME: 5/6/22  PRINTED NAME (NOM): MICHAEL PECTOL (BRETT) 1:00  13:00 PM | | |

FINANCIAL SOURCE DOCUMENT
PURCHASE ORDER        C.G  .376350.

DATE  APRIL 30, 2022      TERMS

TO
DEPARTMENT OF NAVY
- FINANCIAL SERVICES

IN ACCOUNT WITH :  ABDUCTED MINOR CHILDREN RESCUE
AND RELOCATION RE: (PLAINTIFF'S RELOCATION) ;
MILITARY RETIREMENT PAYOUT (MICHAEL PECAL) *

| | | | | | | |
|---|---|---|---|---|---|---|
| | * | - NP.S/D.LI. INVOICE | | | | |
| | | RE: PANETTA LECTURE /ACCOUNTING | | | | |
| | | | | $500,000.02 w | | |
| | * | RETIREMENT PACKAGE | | | | |
| | | (TO BE STRUCTURED/CONFIDENTIAL) | | | | |

| CURRENT | OVER 30 DAYS | OVER 60 DAYS | TOTAL AMOUNT | | |
|---|---|---|---|---|---|
| | | | | | |

01-11

20

RESIDENTIAL ADDRESS

MICHAEL PECTOL
ST. AMELIE
PAPEETE, TAHITI, FRENCH POLYNESIA
FRANCE, EUROPEAN UNION, UNITED NATIONS

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 (SOCIAL SECURITY NUMBER)

831-529-0634 (NOT USABLE:
                RESTRICTED ACCESS)

EMAIL: MICHAEL BOUDOUANE VAN BASTOLAER @
          @ PROTONMAIL.COM

MAILING ADDRESS

MICHAEL PECTOL
300 ALA MOANA BOULEVARD
HONOLULU, OAHU, HAWAII
ATTN: 3RD FLOOR OFFICE OF THE CLERK

MICHAEL PECTOL
6080 LIGHTHOUSE AVENUE P.M.B. 959
PACIFIC GROVE, CA 93950

Re: AMERICAN SAVINGS BANK
1600 KAPALANI
HONOLULU, OAHU, HAWAII 96817

$ 50.00 U.S.D.
NICKELS - LOOMIS
$10's 7 ASSORTED BILLS & COIN

MICHAEL PECTOL

APRIL 28, 2022
HONOLULU: LOCATION

Valuations Notations - Budgets                Pg 2

Systems Usage Bill [Security Legislative u.n]

2017 : Payment Acceptance In Form of :

Liason County Systems : Derty Coorupt Rapetec

Broadcast Systems Acquisitions

[Data Purge -- False Feeds Content]

Demolodion Authorization Per Asset Aquistion(s)

Reference : Panetta Foundation Legal Dept.

- Archieves : Real Estate

: R - Cashe Petty, D.B.A.

: [Michael Pectol]

Enroute Services Documents Devesion
Earth's Music, Art, And History Archieve
United States' Archieves
John Steinbeck Archieves
Earth Perpetuation Deparment
Enroute Services Multinational (e)
         Ca(c)she Petty, D.B.A.

[Birth Name: Michael Pectol]
.00500.00.100 Nom : Boudouane Van Bastolaer

00500.00100. Prenom : Michael

Consul, _____

Notazrb

* : Source Documents   5.1.22 (Fr/Us) 1.5.22

CALIFORNIA AND U.S. REDEMPTION CODES SOURCE VALUATIONS
- REFERENCE: HAWAII, OAM OF TAHITE, PAPEETO
    - PRODUCTS ACCESS AND FINACIALS FILINGS LIMITED.
- PAPETEC AND CRIMES AGAINST HUMANITY ACTIVE
    INSURGENT ACTIVITY - [PERSONAL THEFT SECURITY].
    POINT OF SALE SYSTEMS SCHEDULING SYSTEMS
    AND EXPLOITATION / TRACKING SYSTEMS FOR
    CONTINUED MALICIOUS PURPOSES "
[SAN FRANCISCO - SACRAMENTO - MONTEREY +/-]*
                * BALANCE DUE (NON REPORTED)
                    [VARIOUS INDUSTRIES]
UNITED STATES TREASURY FRAUD REVERSAL(S)
RECONCILIATION(S): GIFT CARD/DEBIT SYSTEMS
            - RESTRICTIONS [VALIDITY] SYSTEMS
    • HAWAIIAN FINANCIAL COMPENSATION SYSTEMS
                FACTORIAL CALCULATIONS
    • FEDERAL NAME & IDENTITY LEGISLATION
                AND LIMITATION PROCESSES
    • ACCOUNT SOURCING
    • RECONCILIATION BALANCE FORWARDING
PREPARED       PERSONAL FOOD, PRODUCTS, HOUSING,
WITH BANK                                   PERSONAL EXPENSES
LIMITATIONS       TRANSPORTATION      COMPED,
ON FRAUD/ABUSE
2020 FEB. M.C.B.          PERSONAL MICHAEL PETOL
PACIFIC GROVE, CA          HAWAII FINANCIAL SYSTEM
                            INTERFACE. U.S.D.C.]

- Notation Regarding Cat Pursey [Displaced]
  - Systems of Supplies Acquisition:
    - Reverse Billing For Usage or Placement Tracking [Re: Disposure] - Validity Clause Financials Linking Fraudulent Malicious Scripting or Financial Pool Variables -
    - Not Only Linked To Automated Harvesting Disposal of Human Tissues With Associative Factors of Carbon Footprint Ecology and Asset Acquisition Linked To Systems of Physical Restraint(s) I.E. Public Financing - Jail; Prison; And Other Human Trafficking s/stems.
    - Associative Archival Valuation - Restricted Access Public Banking Systems Limitations.

  - Food Acquisitions - Similar Factoral Notes

FROM: MICHAEL PECTL [BIRTH NOM/NAME]

ADDRESS: SEE FEDERAL DISCOVERY FILES

CONFIDENTIALITY APPLICABLE

FILED JUNE 30, 2022 (DISPLAY)

DOCUMENT PACKAGE [RE: 10:00 AM PUBLIC DEFENDERS]

DOCUMENT PACKAGE CONTENTS:

• •• STATE FORMS AVAILABLE: FIRST FLOOR OF PUBLIC DEFENDERS OFFICE.? (14 DOCS)

• • •• DUPLICATE OF PERSONAL PROJECT / KOLOA PHOTOBOOK DONATION (1 PAGE)

• ACTIVITY DOCUMENTED VIA [CASH&PETTY ARCHIVES [$ OTHER FILES]

• • • OPTIONS PRESENTATION (ROUND TRIP NOXI - EXPIRATION TO TAHITI [AIRLINE?] ☑

• CASHIERS CHECK (CIVILLIAN, RE: [PUBLIC [CONFIDENTAL] ACTIVITY]) ☑

• RETIREMENT - [SEE DOCUMENT: PANETTA INSTITUTE (BOARD OF DIRECTORS/LEGAL)] ☑

• IMMEDIATE AND DISTANCT EMPLOYMENT OFFER (IF, WHEN, HOW, WHO, WHAT, WHY) ☑

♥ • • NOT AN OPTION [RE: HUMAN TRAFFICKING AND OTHER ITEMIZED LEGISLATION] * ☑

• HOSTAGE RESCUE OF TWO MINOR CHILDREN [FAMILY OF FOUR]; DISPLACED ☑

• EXPONGEMENTS AND PROSECUTION OF [SEE ITEMIZATIONS] 1 PAGE

• •• EXPONGEMENT COMPLETION IS ALL JURISDICTIONS AND GEOGRAPHIES ☐

• • • DOCUMENTATION OF JUDICIAL PUBLICATIONS CATEGORIZATION AND CAPACITY ☑

: INCLUDES [TITLE DOCUMENTATION [SAFE HOUSE]; AND/OR TRAVEL; [SUMMARY NOT AVAILABLE (1 PAGE]

LOCATION: KAUAI, HAWAII, U.S.

DATE: JUNE 30, 2022 [U.S. / PE]       SIGNATURE:

PRINTED NAME:

OTE: I HAVE NEVER HAD PROSECUTABLE STATUS; I WILL NEVER TREAT MY DOCUMENTATION AS SUCH.

United States Court(s) Western Division
United States District Court(s)
District of Hawaii

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 18 2022

at 3 o'clock and 26 min. P M
CLERK, U.S. DISTRICT COURT  CS

Michael Pectol, Et. Al. *(3) (Capacities Inclusive With Name Variations Re: Special Relationship And Feelings Past. Verses/Versus - [Consult Dictionaries And Reference Materials]

Sunset Christian Church, Et. Al.

FILED CV 22 00222 LEK KJM

Document Title (*): Supplemental Notes And Updates

Attn: Office Of The Clerk - Please Update Defendant List To Include Hospital, Treating Personell, And Include Communications, Associations And Past Histories In Subpoenas.

• Drip Times — LDS (Female Gang)
• Corrosive Vial Threat — Other Gang
• Additional Coagulant —(Male Gang)
• Documents - Hawaii Social Services Appt Denial (Major Medical)
• Printed Hospital Records [Dates Inaccuracies]
• Question/Clarification For Judicial Authority Response On:
– Summary Judgement: Subject/Topic –
  ■ Specific Coordinated Activities In A Public Commercial Environment Concerning Religious Insurgent Activity And The Hippocratic Oath And Concept Of Presentation Within Formalized Industry Documents And Organizational *(2) Industry.

Mystery Quote: "I Will Give Him Until 10:00 PM [Day Of - Context]"

Location: Oahu, Hawaii, Honolulu, U.S. | Calendar Commoner: 5.18.2022

Cashie Petty, D.B.A.

Michael Pectol (Birth Name)

Michael Boudouane [-Van Bastolaer]

All Listed Capacities This Page

*(3): Et. Al Includes U.S./People Of The United States (Re: Criminal/Civil)
(*): Title Refers To Title And Category.
(2): Organization (Second Usage): Concerning The Structured Preparation Of Material Regarding Efficient Activities Specified.

Re: Other Locations Filed Documents I.E. SF 00222 3 09489 Other Districts, U.S. Attorney General's Filings May Be Applicable

My Other Quote Plant: Camping Locations Hawaii ID's/Affiliations Document Typical (2).

USDC Document 1.C.

Cashiers Check Subpeona

*NOTE : RE : LDS ELECTRONIC PROCESS SERVING @ ANTHONY'S ST.*

*****Note: Triplicate Signiture Capacity, Travel Authorization(s), Process Serving, and Authentification Processes*****
239.9.8.150GoldenGate.acknowledgement.defualtmilitialeadershipagreement.acceptanceclassifed.

Michael Pectol espouse Boudouani
D.B.A. Cashe Petty
Enroute Service
(the company and Employment Identification Number that was stolen by US military not in service using stolen Afghanistan and Iraq United States Military and Allied Force Technology in conjunction with members of the populous, to smuggle and steal Arms, Narcotics, and other commercial products for the purposes of Military Cue in the United States to initiate nuclear and biological and chemical warfare around the globe/Earth.)

Reference Note and disclaimer/notification: This not a simulation. These communications are actual and literal communications to be defined only with literal interpretation of the US-EU English Language defined predominately with the Source Materials such as Oxford English Dictionary and other source materials not altered or involving phonetic interpretations used by sexual traffickers and other fraternal, sorority, and religious organizations for the purposes of hijacking United States infrastructure with invasive software and "Persons with fake names and identifiers/actors/hijackers of state and national infrastructure" for the purposes of redefining terms such as "death" and impregantion after abduction by coordinated efforts of: veterans, law enforcement, and public employees and officials resulting in financial fraud in local and national economies, sexual slavery, and other activities including but not limited to crimes against humanity.

Legal Disclaimer/notification:
This email is confidential and for the addressed recipients. Distribution and/or interpretation by anyone other than the addressed recipients for official Multination invasion of the United States or family reunification of plaintiffs family of four may result in:
-Instability of United States currency(ies),
-Unintended activation of electronic automated technologies (with updated negation of sorority and fraternity applications in which virtual puppy and virtual human representations take more importance over national archives, processes, and other historical documents/antiquities/etc,
-National or regional network failures,
-Civil warfare,
-International Warfare in the continental United States,
-Foreign invasion of the United States by multinational forces
-Indirect warfare including but not limited to nuclear/radiation poisoning, Environmental damage, or other consequntial results as I am only a technician involved with the Automated systems regarding disarmament of such weapons (please note that was not the intended use of my projects concerning signal-propegation in contextual environments "lacking" (outerspace as defined by lack of gas atmophere and other technical perameters utilized by National Atmospheric and Space Administration (other factors include gravitation, solar wind, magnetosphere, solar winds: for example) and corporations and governments noting that tesla was never authorized to utilize by name, signal pathways or security clearances in any capacity) (default authorization for ammunition testing on all drivers of telsa vehicles and company employees and executives.
-Limitation of human species and planet earth perpetuance,
-Loss of communications networks for the public in the event of catastrophe, and/or some other really bad stuff.

*NOTE : TEXT IS BINARY - ACCOUNTS WERE HACKED - CONTENT VARIABLE*



INDEXING FOR EVERYWHERE NOT NORTHERN AMERICAN UNITED STATES - [CENSUS]
THE WESTERN UNITED STATES AND HAWAIIAN CONCESSION TO SOUTHERN
NARCOTICS DISTRIBUTION ILLITERACY AND NON-FUNCTIONAL,
NON-SUSTAINABLE ECONOMIC THEORY

THE DOCUMENTED CALENDAR YEAR 2020

- UNITED STATES OFFICIAL CENSUS WITH VENEREAL DISEASE HEADER CATEGORIZE
- VIRUS: MEDICAL, FINANCIAL, BROADCAST, CONTENT.
- EQUATIONS FOR POPULATION DECLINE, FRAUD CONTROL, AND SYSTEMS MAINTENENCE.
- PREPARATIONS FOR 500 MILLION DEAD U.S. CITIZENS WITHIN 28 MONTHS.
- 50 MILLION FALSE IDENTIES KILLED IN 7 MONTHS - TRANSITIONS TO EXECUTIONS
      OF HUMANS, BODIES OF SKYSCRAPERS EXPORTED FOR DESPOSAL.
- F.B.I FAILURES  2016 - 2022 'THE ANTIQUATED AGENCY OF HATEGROUPS'.
- GAS CHAMBER [NAZI] METAPHORS AS LIVE HUMANS CLIMB OVER EACH OTHER
      TO CREATE PYRAMIDS OF DEAD BODIES.
- U.N. AUTHORIZATIONS [2020] FOR PYRAMIDS OF BODIES STACKED IN SAN JOSE
      SCHOOL YARDS. EXPANSIONS TO OTHER LOCATIONS.
- T-SHIRT CONTRACTS FOR SPEED-DATING WITH VENEREAL DISEASES ITEMIZE
- THEY SOUGHT PLUNGERS AND SEWAGE AS APHRODISIACS.
- 25 YEARS WITH NO U.S. PERSON WORTH TALKING TO [1997 CLONE CONTRACTS].
      CLONE BATCHING: 1998, 2007, 2017- [N.A].
- QUIEFMESS TAKES CHRISTMAS FROM EXISTENCE.
- THE QUEIFSHITS OF RAPETEC INCESTIFRAUD INCESTITARDS [3 GENERATIONS
- A.R.S. I.T. AND EARTH PERPETUATION'S SYSTEMS TAKEOVERS OF OWNERSH

MAY 17th (FILING) CV 22 00222

## AFTER VISIT SUMMARY

**THE QUEEN'S MEDICAL CENTER**

**Cashe Petty**  MRN: 1710098

2/26/2022   The Queen's Medical Center ED 808-691-4311

### Instructions


**Follow up with WAIKIKI HEALTH CENTER in 2 days (around 2/27/2022)**
Why: Please follow up with a primary care provider for a repeat exam and follow up.
Specialty: Clinic/Health Center
Contact: 935 MAKAHIKI WAY
Honolulu HI 96826-2896
808-922-4787


**Follow up with The Queen's Medical Center ED**
Why: Please return to the emerge department for worsening changing symptoms, fever, chills, chest pain, shortness of breath, passing out, not getting better, or any other problems or concerns.
Specialty: Emergency
Contact: 1301 Punchbowl Street
Honolulu Hawaii 96813
808-691-4311

### What's Next
You currently have no upcoming appointments scheduled.

### Flu Vaccine Information

Getting your flu vaccine is more important than ever this year. The flu vaccine helps to protect you and your loved ones from flu and can also reduce the burden on hospitals and healthcare systems. Learn more about flu vaccine benefits: https://www.cdc.gov/flu/prevent/vaccine-benefits.htm

For more information on where to get a flu vaccine, call The Queen's Influenza Info line at 808-691-8200.

### Changes to Your Medication List
You have not been prescribed any medications.

Visit Date: **2/25/22**
Account Number: **114449543**

Thank you for entrusting us with you or your family's care today at the **Emergency Department.** Our goal is to provide the best emergency care possible. It is very important to continue treatment at home and to

### Today's Visit
You were seen by Dr. T Thompson, MD

**Reason for Visit**
General complaint

**Diagnosis**
Stomach upset

### Medications Given
polyethylene glycol 3350 powder pack 34 g Last given 2/26/2022 1:03 AM

Blood Pressure
**119/82**

Temperature (Temporal Artery)
**97.9 °F**

Pulse
**100**

Respiration
**16**

Oxygen Saturation
**96%**

### MyChart
**MyChart** *Powered by Queen's.*
Go to **https://mychart.queens.org.**

Click on **Sign Up Now.**
MyChart Activation Code:
**F5CH8-WR2CP-3MB6J**
**Expires: 4/12/2022 12:38 AM**



# Welcome Aboard!

### *Congratulations! You successfully passed the group interview!*

You have been selected for a **Flex** category position with the Navy Exchange Pearl Harbor. Please read the information below carefully in regards to your new position.

> **Job Number: 220001FD**
> **Job Title: Front Desk Associate** *(position description is attached)*
> **Hourly Pay Rate: $16.75**
> **Department: Navy Gateway Inns & Suites**

*Once you have completed ALL steps of the employment process, you can now:*

*MARK YOUR CALENDAR WITH THESE IMPORTANT DATES & TIMES:*

New Hire Orientation/Premier First Day of Work: <u>Tuesday, May 10, 2022 (8:00am – 4:30pm) &</u>
<u>Wednesday, May 11, 2022 (8:00 am – 3:00pm)</u>

Cash Handling Training: **N/A**

As with any position with the Federal Government, there are myriad rules and regulations that must l e followed. Among the major ones you should be aware of in accepting employment are:

Criminal Background Check (CBC) and Personnel Security Investigations (PSI):

· All associates selected for a promotion will have a criminal record check comple       prior to the promotion being finalized. An adjudicated finding of Recommended is required for thi  promotion being finalized. (as applicable)

· For associate who are selected for lateral job change, Personal Security Inve  igations (PSI) will be used to determine if applicants and associates meet the suitability and fitness requir ments for initial and continued employment, assignment to sensitive job duties, and/or are eligible for access to Federal facilities, automated systems, or classified information. This will ensure that no final unfavorable personnel suitability or security determination will be made without compliance with all procedural requirements. The scope and type of PSI varies depending on the duties, sensitivity and access requires for the position (Tier 1, 3 or 5). Each job position has been evaluated for risk and sensitivity under guidelines established by OPM. Adjudications are completed by the Department of Defense, Consolidated Central Adjudication Facility (DoD CAF). You will be notified by Loss Prevention if additional PSI reporting is required for your new position.

· Although flexible associates may not participate in NEXCOM's benefits plans, you are entitled to Exchange Shopping privileges; access to MWR facilities and the ability to stay at our Navy Lodges.

Condition of Employment:
· To ensure compliance with an applicable preliminary nationwide injunction, which may be supplemented, modified, or vacated, depending on the course of ongoing litigation, the Federal Government will take no action to implement or enforce the COVID-19 vaccination requirement pursuant to Executive Order 14043. Those not fully vaccinated as defined by the CDC as two weeks after a person have received the requisite number of doses of the

## CONDITIONAL LETTER OF EMPLOYMENT

Your offer of employment with the Hawaii District Navy Exchange is contingent upon passing the required background check and application processes. These background checks may take a minimum of 90 days to complete. You may be working during this time however, if the background checks do not come back as recommended, your employment with the Navy Exchange will end.

By signing below, you are acknowledging that you have read and understand the provisions of this Conditional Letter of Employment.

Print Name

Signature              Date



"ON-THE-SPOT" EMPLOYMENT/CONTRACTEE AGREEMENT
('ABSENT' OF PHONETIC INTERPRETATIONS OF HIRING WHICH ARE USED TO
CREATE FALSE MARRIAGE AND FINANCIAL FRAUD IN RAPETEC SYSTEMS.)

TO BE COMPLETED BY 'NEX' MANAGER/EMPLOYMENT AUTHORITY'

☐ FIRST DAY : _____

☐ SIGNING BONUS : ☐ CASH

   ☐ GIFT CARD   ☐ CHECK

AMOUNT OF SIGNING BONUS : $ _____ USD

AMMOUNT OF COMPENSATION : $ _____ USD
   ABSENT OF NUMERIC ASSOCIATIONS TO :
   FRAUD OR UNDERAGE SEXUAL REFERENCE
AMMOUNT OF SIGNING BONUS : $ _____ USD
TITLE OF NEW EMPLOYEE/CONTRACTEE : _____

CHECK THE CORRECT BOX AND COMPLETE
CIRCLE THE CORRECT TERM/WORD

PAY CYCLE : ☐ DAILY ☐ WEEKLY/BI-WEEKLY
   ☐ MONTHLY      ☐ BI MONTHLY
BONUS _____ : ☐ PERCENTAGE
   ☐ PRODUCT ALLOTMENT

TITLE OF STORE REPRESENTATIVE : _____

#1   NAME OF HUMAN RESOURCES/MANAGER/EMPLOYMENT REPRESENTATIVE :

SIGNATURE LINE _____            PRINTED NAME _____

LOCATION : HONOLULU, OAHU, HAWAII    DATE/TIME : APRIL 22, 2022 (U.S) :

IDENTIFICATION PROVIDED : _____   ISSUING AUTHORITY : _____

DATE OF ISSUANCE : _____          EXPIRATION DATE : _____

NOTES/COMMENTS SECTION : _____

#2 : NAME OF APPLICANT/HIRED EMPLOYEE OR CONTRACTEE : _____

SIGNATURE LINE _____            PRINTED NAME _____

LOCATION : HONOLULU, OAHU, HAWAII    DAY/TIME : APRIL 22, 2022 (U.S./FR) :

IDENTIFICATION PROVIDED : _____   ISSUING AUTHORITY : _____

DATE OF ISSUANCE : _____          EXPIRATION DATE : _____

THIS SECTION TO BE USED FOR UNITED STATES COURT(S) AND/OR DISTRICT COURT(S) OFFICE OF THE CLERK :

FILED

'ON-THE-SPOT' EMPLOYMENT/CONTRACTEE AGREEMENT
('ABSENT' OF PHONETIC INTERPRETATIONS OF HIRING WHICH ARE USED TO
CREATE FALSE MARRIAGE AND FINANCIAL FRAUD IN RAPETEC SYSTEMS.)

To Be COMPLETED BY 'NEX' MANAGER/EMPLOYMENT AUTHORITY'

☐ FIRST DAY : _____

☐ SIGNING BONUS : ☐ CASH

☐ GIFT CARD  ☐ CHECK

\*\* AMOUNT OF SIGNING BONUS : $ _____ USD

[/XI.M.]
CHECK THE CORRECT BOX AND COMPLETE
CIRCLE THE CORRECT TERM/WORD

\* AMMOUNT OF COMPENSATION : $ _____ USD
ABSENT OF NUMERIC ASSOCIATION TO :
FRAUD OR UNDERAGE SEXUAL REFERENCE
AMMOUNT OF SIGNING BONUS : $ _____ USD
TITLE OF NEW EMPLOYEE/CONTRACTEE :

PAY CYCLE : ☐ DAILY ☐ WEEKLY/BI-WEEKLY
☐ MONTHLY   ☐ BI MONTHLY
BONUS ████ : ☐ PERCENTAGE
☐ PRODUCT ALLOTMENT

TITLE OF STORE REPRESENTATIVE :

#1  NAME OF HUMAN RESOURCES/MANAGER/EMPLOYMENT REPRESENTATIVE : _____

SIGNATURE↑ LINE _____
LOCATION : HONOLULU, OAHU, HAWAII

PRINTED NAME↑ _____
DATE/TIME : APRIL 22, 2022 (U.S.) :

\* IDENTIFICATION PROVIDED : _____
DATE OF ISSUANCE : _____
NOTES/COMMENTS SECTION : _____

ISSUING AUTHORITY : _____
EXPIRATION DATE : _____

#2 : NAME OF APPLICANT/HIRED EMPLOYEE OR CONTRACTEE : _____

SIGNATURE LINE ↑ _____
LOCATION : HONOLULU, OAHU, HAWAII
\* IDENTIFICATION PROVIDED : _____
DATE OF ISSUANCE : _____

PRINTED NAME ↑ _____
DAY/TIME : APRIL 22, 2022 (U.S./FR) _____ :
ISSUING AUTHORITY : _____
EXPIRATION DATE : _____

THIS SECTION TO BE USED FOR UNITED STATES COURT(S) AND/OR DISTRICT COURT(S) OFFICE OF THE CLERK :

THOMAS (RIGHT) #1

HUMAN RIGHT #2

FILED

THE (formal Judicial AND AUTOMATED SYSTEMS HIJACKED FOR FRAUD NOT ACCEPTABLE.

3

Pages 7 & 8 (Application)
20-34 (Abducted Children Documents)
35-40 (Housing, Personal)

BASE/INSTALLATION(S) PACKET:

INCLUDES: • EMPLOYEE APPLICATION / RETIREMENT DOCUMENT(S)

• VARIOUS AND ALL INITIAL DOCUMENTATION

FOR SUBCONTRACTEE POSITION(S)

• POST/PAST NETWORK(S) DISARMAMENT ACTIVITIES COMPENSATION FORMAT.

• EDUCATIONALIST COMPENSATION FORMATED FOR NAVY PAYMENT RE:

NAVAL POSTGRADUATE SCHOOL & D.L.I. NETWORKS COMMUNICATIONS

AND EDUCATIONALIST FACILITATION VIA PANETTA INSTITUTE

'VERANDA DHARMA' FILING WITH BOARD OF DIRECTORS.

• S-CORP, C-CORP, AND PERSONAL BUSINESS REACQUISITION

DOCUMENTATION RE: [EIN THEFT / SHIPPING & RECEIVING]

(SENSATIVE MATERIALS; MEDICAL CANNABIS; OTHER PRODUCTS)

• NAVY FINANCIAL SERVICE DOCUMENTATION RE:

• HOUSING / ABDUCTED CHILDREN OPERATION / RELOCATION

• OUTSTANDING BALANCES DUE (VARIOUS)

• RETIREMENT

• COMPLIANCES REFERENCE(S): 1897 COPYRIGHT(S), H₂, U.S.

1919 MILITIA LEADERSHIP FORMATS

1950'S ERA DEFENCE LEGISLATION

2001 ERA PATRIOT ACT

MULTINATIONAL TREATIES RE:

HUMAN RIGHTS AND COMMERCE

• CRIMINAL TRIAL AND BUDGETS (RE: U.S. COURTS & U.S. ATTORNEY GENERAL)

• CIVIL TRIAL RE: ARCHIVES, COMPENSATORY DAMAGES, ECONOMIC & COMMERCIAL,

PUNATIVE DAMAGES — FOR DEFENDANT LIABILITY AND PROSECUTION

• ADDRESSEE'S INCLUDE: NEX HIRING MANAGES; JOINT BASE COMMAND

(BASES) ACCESS APPLICATION DEPT(S); NAVY COMMAND HEADQUARTERS;

PRESIDENT BIDEN'S NATIONAL SECURITY COUNCIL; MILITARY (IES) U.S.

HOSTAGE RESCUE TEAMS AND COMMAND, (OTHER INVOLVED DEPTS.)

5:40 P.M. HST          HONOLULU OAHU
17:40 P.M. MEL         HAWAII U.S.              MICHAEL VICTOR
MAY 3, 2022 (U.S./FR.) LOCATION    CAPACITIES INCLUSIVE

2

Case 1:22-cv-00076-DKW-KJM   Document 40   Filed 05/02/22   Page 48 of 56    PageID #: 404

CUI (when filled in)                     OMB 0703-0061 05/31/2024

## DEPARTMENT OF THE NAVY LOCAL POPULATION ID CARD/BASE ACCESS PASS REGISTRATION

**PRIVACY ACT STATEMENT:**

AUTHORITY: 10 U.S.C. 113, Secretary of Defense; DoD Directive 1000.25, DoD Personnel Identity Protection (PIP) Program; DoD Instruction 5200.08, Security of DoD Installations and Resources and the DoD Physical Security Review Board (PSRB); DoD 5200.08-R, Physical Security Program; DoD Directive 5200.27, Acquisition of Information Concerning Persons and Organizations not Affiliated with the Department of Defense (Exception to policy memos); Directive-Type Memorandum (DTM) 09-012, Interim Policy Guidance for DoD Physical Access Control; DTM 14-005, DoD Identity Management Capability Enterprise Services Application (IMESA) Access to FBI National Crime Information Center (NCIC) Files; and E.O. 9397 (SSN), as amended; OPNAVINST 5530.14E, Navy Physical Security and Law Enforcement Program; Marine Corps Order P5530.14, Marine Corps Physical Security Program Manual; SORNNM05512-2 Badge and Access Control System Records and DMDC 16, Identity Management Engine for Security and Analysis (IMESA): http://dpcld.defense.gov/Privacy/SORNsIndex

PURPOSE(S): To control physical access to Department of Defense (DoD), Department of the Navy (DON) or U.S. Marine Corps Installations/Units controlled information, installations, facilities, or areas over which DoD, DON, or U.S. Marine Corps has security responsibilities by identifying or verifying an individual through the use of biometric databases and associated data processing/information services for designated populations for purposes of protecting U.S./Coalition/allied government/national security areas of responsibility and information; to issue badges, replace lost badges, and retrieve passes upon separation; to maintain visitor statistics; collect information to adjudicate access to facility; and track the entry/exit times of personnel.

ROUTINE USE(S): To designated contractors, Federal agencies, and foreign governments for the purpose of granting Navy officials access to their facility.

DISCLOSURE: Providing registration information is voluntary. Failure to provide requested information may result in denial of access to benefits, privileges, and DoD installations, facilities and buildings.

### IDENTITY PROOFING AND APPLICANT INFORMATION

| 1. LAST NAME: | 2. FIRST NAME: | 3. MIDDLE NAME: | 4. NAME SUFFIX: ☐ Jr. ☐ Sr. ☐ I ☐ II ☐ III ☐ IV |
|---|---|---|---|

| 5. RACE (Check one or more): | ☐ AMERICAN INDIAN or ALASKA NATIVE | ☐ ASIAN | ☐ BLACK or AFRICAN AMERICAN | ☐ HISPANIC OR LATINO | ☐ NATIVE HAWAIIAN OR OTHER PACIFIC ISLANDER | ☐ WHITE |
|---|---|---|---|---|---|---|

| 6. GENDER (Check one): ☐ MALE ☐ FEMALE | 7. DATE OF BIRTH: | 8. CITY OF BIRTH: | 9. STATE OF BIRTH: | 10. BIRTH COUNTRY: |
|---|---|---|---|---|

| 11. US CITIZEN (Check): ☐ YES ☐ NO. | 12. DUAL CITIZENSHIP: ☐ YES ☐ NO  CITIZENSHIP IF OTHER THAN US (Country): |
|---|---|

U.S. Citizen Minimum Documentation Required:
By Birth - Social Security No and/or State ID/Drivers License.
Naturalized - Certification Number, Petition Number, Date, Place and Court, United States passport number; Social Security No and/or State ID/Drivers License.
Derived - Parent's certification number; Social Security No and/or State ID/Drivers License.
Alien Minimum Documentation Required:
Registration Number, Expiration date, Date of entry, Port of entry.

| 13. IDENTITY SOURCE DOCUMENTS PRESENTED: | 14. DOCUMENT NUMBER: | 15. ISSUED BY STATE/COURT: | 16. ISSUED BY COUNTRY: | 17. ISSUED: | 18. EXPIRES: |
|---|---|---|---|---|---|
| ☐ Social Security No. | | | United States | | |
| ☐ State ID/Drivers License | | | United States | | |
| ☐ Passport No. | | | | | |
| ☐ Certification Number and Petition Number | | | | | |
| ☐ Derived - Parent's Certification Number: | | | United States | | |
| ☐ Alien Registration No. | | | United States | | |
| | Date of Entry: | | Port of Entry: | | |

OTHER APPROVED IDENTITY SOURCE DOCUMENTS:

| ☐ | | | | | |
|---|---|---|---|---|---|
| ☐ | | | | | |

| 19. WEIGHT (Pounds): | 20. HEIGHT (Inches): | 21. HAIR COLOR (Check one): ☐ Blond ☐ Brown ☐ Black ☐ Gray ☐ Red ☐ White ☐ Silver ☐ Auburn ☐ Bald | 22. EYE COLOR (Check one): ☐ Brown ☐ Green ☐ Blue ☐ Hazel ☐ Black ☐ Gray ☐ Violet ☐ Unknown |
|---|---|---|---|

| 23. HOME ADDRESS (Include city, state, zip code): | HOME PHONE (Include Area Code): |
|---|---|

| 24. BASE SPONSOR'S NAME: | SPONSOR PHONE (Include Area Code): |
|---|---|

Controlled by: DoD                     Page 1 of 3

3

Case 1:22-cv-00076-DKW-KJM   Document 47   Filed 05/19/22   Page 4 of 6    PageID #: 540

Case 1:22-cv-00076-DKW-KJM   Document 40   Filed 05/02/22   Page 49 of 56    PageID #: 405

CUI (when filled in)                                    OMB 0703-0061 05/31/2024

| EMPLOYMENT ACTIVITY INFORMATON | |
|---|---|
| 25. EMPLOYER NAME AND ADDRESS *(Include city/state/zip code)*: | EMPLOYER PHONE *(Include Area Code)*: |
| 26. SUPERVISOR NAME AND ADDRESS *(Include city/state/zip code)*: | SUPERVISOR PHONE *(Include Area Code)*: |

27. Check the applicable box for WORK HOURS box or check the OTHER box and enter the work hours, then check the applicable box for WORK DAYS:

WORK HOURS: ☐ 0600-1800  ☐ 0800-1700  ☐ OTHER    WORK DAYS: ☐ SN ☐ M ☐ T ☐ W ☐ TH ☐ F ☐ ST

### PRIOR FELONY CONVICTIONS

28. Have you ever been convicted of a Felony?   ☐ YES ☐ NO    _____ Initial

### REQUIREMENT TO RETURN LOCAL POPULATION ID CARD

29. I understand that I am required to return my Local Population Identification Card to the Base Pass Office when it expires or if my employment is terminated for any reason. _____ (initial)

### AUTHORIZATION AND RELEASE AND CERTIFICATION

30. I hereby authorize the DOD/DON and other authorized Federal agencies to obtain any information required from the Federal government and/or state agencies, including but not limited to, the Federal Bureau of Investigation (FBI), the Defense Security Service (DSS), the U.S. Department of Homeland Security (DHS).....

I have been notified of DON right to perform minimal vetting and fitness determination as a condition of access to DON installation/facilities. I understand that I may request a record identifier, the source of the record and that I may obtain records from the State Law Enforcement Office as may be available to me under the law. I also understand that this information will be treated as privileged and confidential information.

I release any individual, including records custodians, any component of the U.S. Government or the individual State Criminal History Repository supplying information, from all liability for damages that may result on account of compliance, or any attempts to comply with this authorization. This release is binding, now and in the future, on my heirs, assigns, associates, and personal representative(s) of any nature. Copies of this authorization that show my signature are as valid as the original release signed by me.

FALSE STATEMENTS ARE PUNISHABLE BY LAW AND COULD RESULT IN FINES AND/OR IMPRISONMENT UP TO FIVE YEARS.

BEFORE SIGNING THIS FORM, REVIEW IT CAREFULLY TO MAKE SURE YOU HAVE ANSWERED ALL QUESTIONS FULLY AND CORRECTLY.

I DECLARE UNDER PENALTY OF PERJURY THAT THE STATEMENTS MADE BY ME ON THIS FORM ARE TRUE, COMPLETE AND CORRECT.

DATE _____    SIGNATURE _____

FINAL DETERMINATION ON YOUR ACCESS: The Base Commanding Officer has final authority for determination on granting physical access to DON controlled installations/facilities under his/her jurisdiction.

### BELOW COMPLETED BY BASE REGISTRAR PERSON CONDUCTING IDENTY PROOFING and NCIC CHECK

| 31. INFORMATION VERIFIED BY: | 32. ENTERED IN C/S SYSTEM BY; | 33. PASS ISSUE DATE: | 34. PASS EXPIRATION DATE: |
|---|---|---|---|
| | | | |

| 35. NCIC CHECK PERFORMED BY: | 36. RESULTS OF NCIC CHECK: | 37. RESULTS OF LOCAL RECORDS CHECK: |
|---|---|---|
| | ☐ NO RECORDS  ☐ RECORD IDENTIFIER | ☐ NO RECORDS  ☐ RECORD IDENTIFIER |
| | RECORD NUMBER: | RECORD NUMBER: |

Office of Under Secretary of Defense Directive-Type Memorandum (DTM) 09-012, "Interim Policy Guidance for DoD Physical Access Control," December 8, 2009, DTM 09-012 requires that DoD installation government representatives query the National Crime Information Center (NCIC) and Terrorist Screening Database to vet the claimed identity and to determine the fitness of non-federal government and non-DoD-issued card holders (i.e. visitors) who are requesting unescorted access to a DoD installation. The minimum criteria to determine the fitness of a visitor is: 1) not on a terrorist watch list; 2) not on an DoD installation debarment list; and 3) not on a FBI National Criminal Information Center (NCIC) felony wants and warrants list. Additionally, SECNAV Memo, Policy for Sex Offender Tracking and Assignment and Access Restrictions within the Department of the Navy, of 7 Oct 08 and OPNAVINST 1752.3 established the Navy's policy on sex offenders, requiring Region Commanders (REGCOMs) and installation Commanding Officers (COs) to prohibit sex offender access to DoN facilities and Navy owned, leased or PPV housing. This form describes the authority and purpose to collect and share the required information; and identifies the applicant/visitor and sponsor; and authorizes the DoD to perform the minimum vetting and fitness determination criteria. A favorable response on the vetting and fitness determination is required to receive access to DOD-controlled installation/facilities.

Case 1:22-cv-00076-DKW-KJM    Document 40    Filed 05/02/22    Page 36 of 56    PageID #: 392

FINANCIAL SOURCE DOCUMENT
PURCHASE ORDER          F. 375350. Z

DATE APRIL 30, 2021    TERMS

TO
DEPARTMENT OF NAVY
  - FINANCIAL SERVICES

IN ACCOUNT WITH

| CURRENT | OVER 30 DAYS | OVER 60 DAYS | TOTAL AMOUNT | |
|---------|--------------|--------------|--------------|--|

BLANK FORM
RE:
FUTURE POSSIBLE
CONTRACTS

UPDATED
RE:
NEX HIRING OF
ME, WITH DENIAL
OF PAYCHECK LIKELY
SOURCED AS INTERNAL
FRAUD AND COERCION
FOR LINKING MY
FINANCIALS TO A
U.S. WOMAN FOR
SYSTEM - FRAUD
BALANCES IN THEIR
HATE - GROUPS,
AND SEXUALLY
FINANCED FRAUDULENT
RELIGIOUS.

5

Department *Navy Gateway Inns & Suites*

Orientation *5/10/22*

Signature _____

Print _____

**Position Description**

Date _____

| Job Number | Job Title |
|---|---|
| 037NG | FRONT DESK ASSOCIATE |

| Date Classified | Sal Plan | Occupational Series | Grade | Salary Code | FLSA Status |
|---|---|---|---|---|---|
| 3/11/2022 | NF | 0303 | 02 | | N |

## Job Summary

Position is responsible for performing front desk and/or reservation functions for the lodging program.

## Duties and Responsibilities

- Ensures security of all guests is maintained at all times Ensures guest privacy is maintained at all times.

- Must possess a welcoming manner and positive attitude; demonstrate effective communication skills; professionally interact with guests; answering guest questions concerning hotel facilities; and provide information about local attractions.

- Provide assistance in handling customer complaints, involving management as necessary.

- Utilizes the Property Management System (PMS) to access the guest information, retrieve reservation information, change or cancel reservations as requested by the guest, or register guests. Verifies registration information, secures a credit card for incidental expenses, and authorizes credit card for room charges. Provides guests with their room key or card.

- Receives requests and processes reservations within established guidelines. When rooms are not available, provides a certificate of non-availability (CNA) and/or alternative lodging in the area.

- Registers and assigns rooms to guests, issuing room keys or cards, transmitting and receiving messages; keeping records of occupied rooms and guest accounts, making and confirming reservations, and presenting statements to and collecting payments as necessary.

- Receives and is accountable for a change fund. Prepares Close Bank Report and deposits cash receipts at the end of each shift in accordance with established procedures.

- Responsible for inventorying all keys and any other supplies or amenities maintained at the front desk. Keeps the front desk and lobby area clean and neat.

- May be required to run and print various reports from the PMS such as Expected Arrivals, Departure List, In-House Guest List and Night Audit reports to include Daily, Monthly and Annual occupancy reports. PAS 10/23/2020

- Verifies charges for correctness, makes appropriate changes if errors occur, and completes all computer generated reports as assigned and notates any account discrepancies for action by management. PAS 10/23/2020

- Answers phones and transfers calls to appropriate individuals and replies to guest questions.

- Logs trouble calls in the PMS and ensures the appropriate department is notified. Relocates guest to a different room when required.

- May be required to retrieve Lost and Found items and contact the guest regarding lost or found items.

- The position may require a rotating shift schedule. Work hours may be scheduled for anytime during a 24 hour day, 7 days a week.

Performs other related duties as assigned.

*Base Access Application Duplicate To :*

*Bldg 3455 JBPHH Oahu, Hawaii, U.S.*

*11:00 AM HST / 1100 MEL May 4, 2022*

*Michael Pecpol May 8, 2022*

Query: RPT_MULTIPD
Report: Job Descriptions

Page 1 of 1
Run Date:05/04/2022

4.5 →



COVID-19 vaccine approved or authorized for emergency use by the FDA, may be required to adhere to COVID-19 testing protocols.

### Where are the Trainings Located?
Main Store, Admin office. Enter through employee entrance of the Navy Exchange, Pearl Harbor. You are not required to show ID

**NEX RECEIVING DOCK**



The employee entrance is located on the North side of the NEX (located left of the package store). Keep walking past the NEX receiving docks.

**EMPLOYEE ENTRANCE**



Enter thru employee entrance. Once inside, turn right. You will see a guard station. Go down the hallway and exit at the door at the end. Go up to the 2nd floor via the elevators; follow the "Come Work for Us" sign.

### Are there any special instructions I need to know regarding COVID-19?

### Social Distancing/Cloth Face Coverings:
The federal government has established that all individuals on military installations must follow the six foot social distancing requirement. Mask wear is optional onboard the installation and its affiliated federal properties/annexes, except for the following locations: Child Development Centers (CDCs), School Age Care (SAC) Facilities, and designated Medical Facilities.

### Temperature Checks:
All NEXCOM associates and affiliated contractors are required to be screened prior to entry with a touchless thermometer. If your initial temperature reads a 100 degrees or higher you will be directed to remain in a waiting area for a short period of time and will be re-screened. If the second reading remains to be a 100 degrees or higher, you will be directed to go home and advised to contact your health care provider.

### What to Wear:
Business casual is a more relaxed look yet still professional in appearance. Business professional can be layered with tunic, polo, knit, and aloha shirts. Appropriate closed toe, peep toe footwear or clean solid athletic shoes must be worn. Sandals and slippers are not appropriate for business casual attire.

Visible body piercing is not acceptable. Examples of this would be nose rings/studs, eyebrow rings/studs, tongue rings/studs, etc. Earrings that are less than 18 gauge (regular earring hole size) are not authorized.

Tattoos – In keeping with the Navy guidelines the following is prohibited and will not be authorized as part of the dress code. Tattoos that are obscene, sexually explicit, symbolize affiliation with gangs, supremacist or extremist groups, advocate illegal drug use and/or advocate discrimination based on sex, race, religion, ethnic or national origin are prohibited. Visible tattoos on the neck, face or scalp are prohibited. Large tattoos on the legs, arms and chest must be covered while at work. This is required for the entire Hawaii District.

### What NOT to Wear:
Exceptions WILL NOT be made for the following list of items considered to be inappropriate attire for the Navy Exchange: Jeans, leggings, sweat suits, nylon jogging suits, spandex, clothing with spaghetti straps, strapless or off the shoulder tops, see



**/NEXCOM**
MISSION:YOU

through clothing with visible undergarments, revealing clothing i.e. tops that are too short which reveals midriff area, T-shirt tank tops or T-shirts with offensive/controversial slogans or pictures, club wear, faddish i.e. Hipsters, urban wear, athletic wear, shower shoes, thongs/slippers, and bedroom slippers.

**What Trainings Do I Need to Complete before Orientation:** (You are NOT required to print certificates of completion)

You will be receiving e-mails "WELCOME ABOARD" with the new hire portal to complete paperwork and "WELCOME to LEARN" the mandatory training.
**BEFORE** your start date please complete ALL assigned tasks.
**\*\*You will be paid 6.5 hours at your hourly pay rate for completing at home\*\***
Please e-mail your recruiter once you have completed ALL assigned tasks.
Note: If you do not remember your user name and password, click "Forgot User Name" and enter your email address. Then, click "Forgot Password" when your User Name appears on the screen.

**What to Bring on your First Day:**

**Important Documents**
Federal law requires employers to verify that all new associates hired, are authorized to work in the United States. You'll be required to present either of the two options:
**\* U.S. CITIZENS:** U.S. Passport **OR** Picture I.D. AND Social Security Card or original Birth Certificate
**\* NON-U.S. CITIZENS:** Permanent Resident card **OR** Employment Authorization document with picture

**How to Get Paid and complete the Federal W4 form**

Direct Deposit:
· You will be required to enroll in direct deposit. Direct Deposit/Electronic Funds Transfer (DD/EFT) enrollment is required for all new hire Navy Exchanges associates within 30 calendar days of employment.

**Access to MyADP:** https://myadp.com

The registration code for the Payroll Work Center on this portion of the email that is sent out to the associate.

It is required that you meet all attendance guidelines, complete mandatory training, pass a criminal back ground check, adhere to the dress code policy and successfully pass the cash handling requirements (if applicable) in order to continue employment with the Navy Exchange.

**Have a question or need to reschedule?** Call Human Resources 808-423-3344 option 3

We look forward to having you on board!

NOTES : UPON ARRIVAL FOR TRAINING I WAS ASKED TO LEAVE REGARDING A PENDING BACKGROUND CHECK AND ASSOCIATED EMAIL. THIS REQUEST TO LEAVE WAS IN CONFLICT WITH EMPLOYMENT PROCESS DOCUMENTATION. Pg 2 (DESCRIPTION)
- LETTER OF EMPLOYMENT
                                                    — Michael 5/13/2022
Q.



# Welcome Aboard!

## *Congratulations! You successfully passed the group interview!*

You have been selected for a **Flex** category position with the Navy Exchange Pearl Harbor. Please read the information below carefully in regards to your new position.

> **Job Number: 220001FD**
> **Job Title:  Front Desk Associate** *(position description is attached)*
> **Hourly Pay Rate: $16.75**
> **Department: Navy Gateway Inns & Suites**

*Once you have completed ALL steps of the employment process, you can now:*

*MARK YOUR CALENDAR WITH THESE IMPORTANT DATES & TIMES:*

New Hire Orientation/Premier First Day of Work: <u>Tuesday, May 10, 2022 (8:00am – 4:30pm) & Wednesday, May 11, 2022 (8:00 am – 3:00pm)</u>

Cash Handling Training: **N/A**

As with any position with the Federal Government, there are myriad rules and regulations that must I e followed. Among the major ones you should be aware of in accepting employment are:

Criminal Background Check (CBC) and Personnel Security Investigations (PSI):

· All associates selected for a promotion will have a criminal record check comple     prior to the promotion being finalized.  An adjudicated finding of Recommended is required for thi. promotion being finalized. (as applicable)

· For associate who are selected for lateral job change, Personal Security Inve··igations (PSI) will be used to determine if applicants and associates meet the suitability and fitness requir ments for initial and continued employment, assignment to sensitive job duties, and/or are eligible for access to Federal facilities, automated systems, or classified information.  This will ensure that no final unfavorable personnel suitability or security determination will be made without compliance with all procedural requirements.  The scope and type of PSI varies depending on the duties, sensitivity and access requires for the position (Tier I, 3 or 5).  Each job position has been evaluated for risk and sensitivity under guidelines established by OPM.  Adjudications are completed by the Department of Defense, Consolidated Central Adjudication Facility (DoD CAF).  You will be notified by Loss Prevention if additional PSI reporting is required for your new position.

· Although flexible associates may not participate in NEXCOM's benefits plans, you are entitled to Exchange Shopping privileges; access to MWR facilities and the ability to stay at our Navy Lodges.

Condition of Employment:
· To ensure compliance with an applicable preliminary nationwide injunction, which may be supplemented, modified, or vacated, depending on the course of ongoing litigation, the Federal Government will take no action to implement or enforce the COVID-19 vaccination requirement pursuant to Executive Order 14043. Those not fully vaccinated as defined by the CDC as two weeks after a person have received the requisite number of doses of the

THE FACE OF THIS CHECK HAS A COLORED BACKGROUND ON WHITE PAPER. THE BACK HAS A UNIQUE CHECK IDENTITY BAR CODE AND A WATERMARK - HOLD AT AN ANGLE

**RUBY TUESDAY**
SIMPLE FRESH AMERICAN DINING

RUBY TUESDAY HAWAII

PROSERVICE HRO, INC.
2298 ALAHAO PL, UNIT Q
HONOLULU, HI 96819

AMERICAN SAVINGS BANK
PO BOX 2300
HONOLULU, HI 96804

0617139

59-7076/3213

04-26-2022

Check void after ninety (90) days.

AMOUNT

******266.44

Pay: TWO HUNDRED SIXTY-SIX DOLLARS and 44 CENTS

To The Order
Of: MICHAEL B PECTOL
680 LIGHTHOUSE AVENUE
#959
PACIFIC GROVE, CA 93950

2-0061001090,26-2022059.12
266.44 8101978891 TlrDDOnDeck

⑈0617139⑈ ⑆321370765⑇ 81019⑈78891⑈

RUBY TUESDAY HAWAII ( 1590 )   2298 ALAHAO PL, UNIT Q   HONOLULU, HI 96819   808/682-0990

| Employee ID | Employee Name | Check Date | Soc-Sec-Num | Period Start Date | Period End Date | Check No |
|---|---|---|---|---|---|---|
| V93551 | MICHAEL B PECTOL | 04-26-2022 | XXXXXX-9584 | 04-20-2022 | 05-03-2022 | 0617139 |

Fed Tax Status: SS   Fed Tax Allow: Sin   State Tax Status: S   State Tax Allow: 5

### CURRENT EARNINGS DETAIL

| Charge Date | Description | Rate | Hours/ Units | Amount | LOC | DEPT |
|---|---|---|---|---|---|---|
| 04-26-2022 | Reg WK-1 | 12.0000 | 24.13 | 289.56 | MOANALUA | DISH |

### DEDUCTIONS / TAXES

| Description | Amount | Y-T-D |
|---|---|---|
| FICA - MEDICARE | 4.20 | 4.20 |
| FICA - OASDI | 17.95 | 17.95 |
| HI INCOME TAX | 0.97 | 0.97 |

Totals:   24.13   289.56

### DIRECT DEPOSIT

| Type | Account | Amount |
|---|---|---|
| | Total: | 0.00 |

**Net Pay**

266.44

**Net Pay Y-T-D**

266.44

| | Total: | 23.12 | 23.12 |
|---|---|---|---|

### Y-T-D EARNINGS

| Description | Amount |
|---|---|
| Reg WK-1 | 289.56 |
| Total: | 289.56 |

### PAID TIME OFF

| Description | Balance |
|---|---|

### EMPLOYER CONTRIBUTIONS

| Description | Amount | Y-T-D |
|---|---|---|
| Total: | 0.00 | 0.00 |

Federal Txbl:   289.56   FICA Txbl:   289.56
State Txbl:   289.56

ATTN: VERDE' RESTAURANT
Mgmt/owner(s); MATT                    JUNE 23, 2022

ATTN: MATT
    IN TESTING THE POTENCY OF THE CLEANING PRODUCTS ON HAND
IN MY POSITION OF DISHWASHER, I ACQUIRED A MINOR CHEMICAL
BURN. IT IS NOT OF MEDICAL CONCERN, IT IS LOCATED ON MY NECK.
    I AM NOTHING BUT IMPRESSED AT THE CLEANLINESS AND QUALITY
OF 'VERDE' RESTAURANT, AND THE FOOD PREPARED. THANK YOU FOR
TEAM VERDE MEMBERSHIP.

                    THANK YOU,

LOCATION: KAUAI, HAWAII        SIGNATURE:                    CAPACITIES INCLUSIVE

DATE: JUNE 23, 2022            PRINTED: MICHAEL PECTOL

THIS AREA IS FOR VERDE USE ONLY:

# Fax

**To:** PANETTA FONDATION          **From:** Michael Boudouani Van Bastolaer

**Fax:** 831-582-4082          **Pages:** 40

**Phone:** 831-582-4200          **Date:** 8/12/2022

**Re:** STUFF          **CC:**

☒ **Urgent**   ☑ **Review**   ☐ **Comment**   ☐ **Reply**   ☐ **Recycle**

**Comments:**

FWD TO:

202-225-6791

IF APPLICABLE

1 OF 3
40 Pgs ☑

2 OF 3
40 Pgs ☑

3 OF 3
20 Pgs ☑

NOTE: SF FILING TO BE COMPLETED.

Confidentiality Notice: This fax transmission contains confidential information belonging to the sender. This information is intended only for the individual identified above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action related to the contents of this fax information is strictly prohibited. If you have received this fax in error, please notify us immediately and destroy the documents transmitted.  (415) 592-2766 Thank you.

To: PANETTA INSTITUTE OF PUBLIC POLICY

FAX NUMBER: 831 582 4200

FROM: MICHAEL [PECTOL: BIRTH NOM] BOUDOUANE VAN BASTOLAER

FAX NUMBER:

AUGUST 12, 2022

COVER LETTER INCLUDED WITH FILING INSTRUCTIONS.

LA
BAM

00076    22
00169    22
00221    22
00222    22
00223
00229
00230
00717    17?
0 9489 CV    21
0 9489 CR    21
SF
SJ 01700 17
04604 22

1 OF 100

1 OF 20

TOTAL NUMBER OF PGS 20

CAPACITIES INCLUSIVE

LOCATION: S.F. ST ANTHONYS
FOUNDATION

DATE 8/12/2022

MICHAEL BOUDOUANE VAN BASTOLAER

Signature of Attorney          _____ _____

Printed Name of Attorney       _____

Bar Number                     _____

Name of Law Firm               _____

Address                        _____

Telephone Number               _____

E-mail Address                 _____

7

ATTN: SCRIBE/MINUTES

PANETTA INSTITUTE FOR PUBLIC POLICY

C/O BOARD OF DIRECTORS [LEGAL DEPT]

100 CAMPUS CENTER DRIVE 86 E

SEASIDE, CA. 93955 [U.S.]

AUGUST 11, 2022 (U.S.)

RE: UNITED STATES ARCHIEVES;
U.S.P.S. POSTAL MAINTENENCE (HI);
UNITED STATES OFFICIAL BUSINESS;
OTHER [VARIOUS/CONFIDENTIAL];
[POLYNÈSIE ANTARCTIQUES/2037-2242]

TAHITI MOOREA TAHAA BORA BORA HUAHINE KAUAI OAHU MONTEREY PARIS EARTH

ATTN: SCRIBE/OFFICE STAFF/LEGAL/DEVELOPMENT:

PLEASE FILE THE ENCLOSED DOCUMENTS WITH PREVIOUS PARCEL/DOCUMENTS IN THE FOLLOWING CATEGORIES [INCLUDING BUT NOT LIMITED TO]:

- PERSONAL COORESPONDENCE (SYLVIA/LEON)

- LEGAL ARCHIEVES

- DEVELOPMENT ARCHIEVES

- SECURITY [NATIONAL (SYSTEMS & ECONOMIC)/EDUCATIONAL)]

- STEINBECK RECORDS/ARCHIEVES INTERFACE

PLEASE TAKE SPECIFIC NOTE OF 'FIRST HAWAIIN BANK' DOCUMENTS AND TERMINAL USAGE RECEIPTS IN REFERENCE TO DEPOSIT OF $ 700.00 U.S.D. AND SYSTEMS DOCUMENTATION (VARIOUS) [INCLUDING BUT NOT LIMITED TO] BANKING INTERFACE SYSTEM(S) WITH TIMESPANCES OF MINIMUMS OF 28 YEARS FOR INTEGRATIONS INCLUSIVE OF FDIC AND OTHER FEDERAL OVERSIGHT PROCESSES.

PLEASE ALSO DUPLICATE THIS COVER LETTER AND PROVIDE A COPY TO: SYLVIA PANETTA [LEGAL COORESPONDENCE(S)]; PACIFIC GROVE PUBLIC LIBRARY [ASSN]; THE STEINBECK CENTER; B.O.D. DEVELOPMENT FILE CLERK.

THANK YOU,

CAPACITIES INCLUSIVE

MICHAEL PECTOL [BIRTH], CASHE PETTY, D.B.A.

MAILING: CASHE PETTY
C/O MICHAEL BOUDOUANI
ST. AMELIE
PAPEETE, TAHITI, P.F., EARTH

MAILING: CASHE PETTY C/O MICHAEL BOUDOUANI 680 LIGHTHOUSE AVE [959] PG. CA

SIGNING — LOCATION: SAN JOSE, CALIFORNIA

THIS SPACE FOR USE BY CLERKS:

NOTATION: LYON, FRANCE LEGAL GROUP [REACQUIRED], PIRAE, TAHITI

ENROUTE SERVICES MULTINATIONAL

DEPARTMENT OF DEFENSE/US ARCHIEVES FORM: 22.811.E.TY [P. (0022300.080.010)A.]°

00717 00076 09489 01706 + ET. AL. ——— U.N.O.D.C. ——— CASHE PETTY ARCHIEVES DEP

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action  Form: [_U6.10.02_] -P.A:3.7

# UNITED STATES DISTRICT COURT
### for the
### District of Hawaii

| | |
|---|---|
| Michael Pectol, Et.Al.<br>_____ _Plaintiff_ | )<br>)<br>) |
| v. | )  Civil Action No. 1-22-cv-00076-DKW-KJM |
| Brent Pectol, Et. Al.<br>_____ _Defendant_ | )<br>)<br>) |

### SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
### OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To: Brent Pectol [And/or Current Custodian of Minor Children [Plaintiff(s)], Abducted.

*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** (MP, And/or Required) to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: Minor Children [Plaintiff(s)], Inspection of Premise(s), All Medical and Identification Records, And other Documents of/for ☒ Travel.

| Place: Upon Acquisition of Abducted Minor Children location, previously subpoenaed: 1301 Clay Street, Oakland, California | Date and Time: March 8, 2022<br>1:30 PM P.S.T. |
|---|---|

☑ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: Location of Abducted Minor Children, last known location: 2522 Sandra Ct. Redding, Ca 96001 | Date and Time: Upon Arrival, if Necessary, MP Necessary And At Above Listed Plaintiff (M.P.) Discretion. |
|---|---|

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

MAR 07 2022

Date: ~~March 8, 2022~~

MICHELLE RYNNE
_CLERK OF COURT_

_____    _____
_Signature of Clerk or Deputy Clerk_                          _Attorney's signature_

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* Michael Pectol, Et. Al. _____, who issues or requests this subpoena, are: Various, Including: 680 Lighthouse Avenue 959 Pacific Grove, Ca. 93950  Cache_consul_pf2@protonmail.com  Phone: n/a [Cyber-Insurgency Attack.]  RE:

### Notice to the person who issues or requests this subpoena
If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action ~~No.~~ M.P. NUMBER(S):   1-22-CV-00076-DKW-KJM ; ET. AL.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)*   [ABDUCTED MINOR CHILDREN, PLAINTIFF(S)]

on *(date)*  MARCH 7, 2022.

☒ I served the subpoena by delivering a copy to the named person as follows:   PREVIOUSLY VIA CASE
NUMBER(S): 21-09489, ET. AL. [S.F., NORTHERN DISTRICT OF CALIFORNIA];
AS WELL AS OTHER LOCATIONS AND * P.O.S.  on *(date)*   VARIOUS        ; or

~~☐ I returned the subpoena unexecuted because:~~  M.P.  — NOT APPLICABLE

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$   0.00  U.S.D.    .

My fees are $  $ 0.00 U.S.D.  for travel and $  0.00 U.S.D.  for services, for a total of $     0.00  U.S.D.

I declare under penalty of perjury that this information is true.

Date:  MARCH 7, 2022

_____
*Server's signature*

MICHAEL PECTOL, PRO-SE ATTORNEY [OTHER CAPACITIES APPLY]
PROCESS SERVER ; *Printed name and title* NOTAIRE, COMPTABLE, CONSUL, ETC.

S: AMUEE PAPEETE, TAHITI, POLYNESIA FRANCAIS
*Server's address*

M.P.  OTHER ADDRESS(ES) CONFIDENTIAL/RESTRICTED ACCESS.

Additional information regarding ~~attempted~~ service, etc.:
SEE REFERENCE DOCUMENTS RE: CASE NUMBER(S): 21-09489 (S.F.), ET. AL.
INCLUSIVE DOCUMENTS STORAGE AND FILING LOCATIONS:
- UNITED STATES DISTRICT COURT(S): SAN FRANCISCO, LOS ANGELES, SAN JOSE,
OAKLAND [CALIFORNIA]; PORTLAND, OR.
- UNITED STATES ATTORNEY GENERALS OFFICE(S): SAN FRANCISCO, CA; RESTRICTED ACCESS
✱REFERENCE: DEFENDANT NON-COMPLIANCE, ASSOCIATED ISSUANCE OF CRIMINAL CASE(S) BY S.F. N. DISTRICT OF CALIFORNIA
NOTE: SEVERAL AND VARIOUS PROOFS OF SERVICE HAVE BEEN SERVED TO DEFENDANTS.

(✱) REFERENCE: 'P.O.S.' = PROOF(S) OF SERVICE

NOTE: PROTECTIVE TRANSPORT AND ABDUCTED CHILDREN ACQUISITION MAY BE REQUIRED, RE: DEATH THREATS, DISPLACE
REFERENCE: CRIMINAL ACTIVITY AND NON-COMPLIANCE OF DEFENDANT; SEE VIOLATIONS - 00717 [S.F.]
✱ REFERENCE: PLAINTIFF(S) AND DEFENDANT(S) REMAIN THE SAME IN CRIMINAL CASE(S), AS THIS CIVIL ACTION

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action(Page 3)

## Federal Rule of Civil Procedure 45 (c), (d), (e), and (g) (Effective 12/1/13)

**(c) Place of Compliance.**

(1) *For a Trial, Hearing, or Deposition.* A subpoena may command a person to attend a trial, hearing, or deposition only as follows:
　(A) within 100 miles of where the person resides, is employed, or regularly transacts business in person; or
　(B) within the state where the person resides, is employed, or regularly transacts business in person, if the person
　　(i) is a party or a party's officer; or
　　(ii) is commanded to attend a trial and would not incur substantial expense.

(2) *For Other Discovery.* A subpoena may command:
　(A) production of documents, electronically stored information, or tangible things at a place within 100 miles of where the person resides, is employed, or regularly transacts business in person; and
　(B) inspection of premises at the premises to be inspected.

**(d) Protecting a Person Subject to a Subpoena; Enforcement.**

(1) *Avoiding Undue Burden or Expense; Sanctions.* A party or attorney responsible for issuing and serving a subpoena must take reasonable steps to avoid imposing undue burden or expense on a person subject to the subpoena. The court for the district where compliance is required must enforce this duty and impose an appropriate sanction—which may include lost earnings and reasonable attorney's fees—on a party or attorney who fails to comply.

(2) *Command to Produce Materials or Permit Inspection.*
　(A) *Appearance Not Required.* A person commanded to produce documents, electronically stored information, or tangible things, or to permit the inspection of premises, need not appear in person at the place of production or inspection unless also commanded to appear for a deposition, hearing, or trial.
　(B) *Objections.* A person commanded to produce documents or tangible things or to permit inspection may serve on the party or attorney designated in the subpoena a written objection to inspecting, copying, testing, or sampling any or all of the materials or to inspecting the premises—or to producing electronically stored information in the form or forms requested. The objection must be served before the earlier of the time specified for compliance or 14 days after the subpoena is served. If an objection is made, the following rules apply:
　　(i) At any time, on notice to the commanded person, the serving party may move the court for the district where compliance is required for an order compelling production or inspection.
　　(ii) These acts may be required only as directed in the order, and the order must protect a person who is neither a party nor a party's officer from significant expense resulting from compliance.

(3) *Quashing or Modifying a Subpoena.*
　(A) *When Required.* On timely motion, the court for the district where compliance is required must quash or modify a subpoena that:
　　(i) fails to allow a reasonable time to comply;
　　(ii) requires a person to comply beyond the geographical limits specified in Rule 45(c);
　　(iii) requires disclosure of privileged or other protected matter, if no exception or waiver applies; or
　　(iv) subjects a person to undue burden.
　(B) *When Permitted.* To protect a person subject to or affected by a subpoena, the court for the district where compliance is required may, on motion, quash or modify the subpoena if it requires:
　　(i) disclosing a trade secret or other confidential research, development, or commercial information; or

　　(ii) disclosing an unretained expert's opinion or information that does not describe specific occurrences in dispute and results from the expert's study that was not requested by a party.
　(C) *Specifying Conditions as an Alternative.* In the circumstances described in Rule 45(d)(3)(B), the court may, instead of quashing or modifying a subpoena, order appearance or production under specified conditions if the serving party:
　　(i) shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship; and
　　(ii) ensures that the subpoenaed person will be reasonably compensated.

**(e) Duties in Responding to a Subpoena.**

(1) *Producing Documents or Electronically Stored Information.* These procedures apply to producing documents or electronically stored information:
　(A) *Documents.* A person responding to a subpoena to produce documents must produce them as they are kept in the ordinary course of business or must organize and label them to correspond to the categories in the demand.
　(B) *Form for Producing Electronically Stored Information Not Specified.* If a subpoena does not specify a form for producing electronically stored information, the person responding must produce it in a form or forms in which it is ordinarily maintained or in a reasonably usable form or forms.
　(C) *Electronically Stored Information Produced in Only One Form.* The person responding need not produce the same electronically stored information in more than one form.
　(D) *Inaccessible Electronically Stored Information.* The person responding need not provide discovery of electronically stored information from sources that the person identifies as not reasonably accessible because of undue burden or cost. On motion to compel discovery or for a protective order, the person responding must show that the information is not reasonably accessible because of undue burden or cost. If that showing is made, the court may nonetheless order discovery from such sources if the requesting party shows good cause, considering the limitations of Rule 26(b)(2)(C). The court may specify conditions for the discovery.

(2) *Claiming Privilege or Protection.*
　(A) *Information Withheld.* A person withholding subpoenaed information under a claim that it is privileged or subject to protection as trial-preparation material must:
　　(i) expressly make the claim; and
　　(ii) describe the nature of the withheld documents, communications, or tangible things in a manner that, without revealing information itself privileged or protected, will enable the parties to assess the claim.
　(B) *Information Produced.* If information produced in response to a subpoena is subject to a claim of privilege or of protection as trial-preparation material, the person making the claim may notify any party that received the information of the claim and the basis for it. After being notified, a party must promptly return, sequester, or destroy the specified information and any copies it has; must not use or disclose the information until the claim is resolved; must take reasonable steps to retrieve the information if the party disclosed it before being notified; and may promptly present the information under seal to the court for the district where compliance is required for a determination of the claim. The person who produced the information must preserve the information until the claim is resolved.

**(g) Contempt.**
The court for the district where compliance is required—and also, after a motion is transferred, the issuing court—may hold in contempt a person who, having been served, fails without adequate excuse to obey the subpoena or an order related to it.

---

For access to subpoena materials, see Fed. R. Civ. P. 45(a) Committee Note (2013).

ENROUTE SERVICES, FORM : 811.A.TV°    AUGUST 10, 2022

ATTN: SAN JOSE [LOCATION] PAROLE FACILITY :
RE: AUGUST 11, 2022 10:00 AM APPT.

FILE REVIEW IS AVAILABLE REGARDING FORMAL DOCUMENTATION OF INTERACTIONS WITH CALIFORNIA DEPARTMENTS TASKED WITH PAROLE OPERATIONS; HEADQUARTERS, SACRAMENTO, CA TO SAN JOSE, CA OPERATIONS FACILITY/OFFICE; FROM PREVIOUS TIMES RANGING NOVEMBER 20, 2019 TO AUGUST 11, 2022.

VARIOUS DOCUMENTS OF REFERENCE ARE AVAILABLE IF SOURCE INFORMATION IS REQUIRED REGARDING LIMITATIONS OF OBLIGATIONS [LEGISLATURE(S)]. I

HAVE REFERENCED THE 24 MONTH LIMITATION TO APPLICABLE LEGISLATIVE DOCUMENTS TO MOST AVAILABLE STATE COURTHOUSES I HAVE INTER/EXCHANGED DOCUMENTS WITH. I WANTED TO ONLY REFERENCE THE C.P.C. BELOW * IN MY DOCUMENTATION WITH SAN JOSE LOCATION, AS THIS IS A FORMAL PAPERWORK APPOINTMENT REGARDING MY DOCUMENTS AND RECORDS DIVISION OF PERSONAL BUSINESS OBLIGATIONS.

AUGUST 10, 2022   5:11 PM PST    SAN JOSE, CA, U.S.
M: 680 LIGHTHOUSE AVE [959]
MONTEREY/PACIFIC GROVE, CA    MICHAEL PECTOL

REFERENCE : CALIFORNIA PENAL CODE 3000.01 — JAN. 2021 UPDATE — PUBLISHER MONTEREY LEGAL [CONFIDENTIAL]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MICHAEL PECTOL ET AL,

Plaintiff,

v.

BRENT PECTOL, ET AL,

Defendant.

Case No. 22-cv-04604-NC

**ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES**

IT IS HEREBY ORDERED that this action is assigned to the Honorable Nathanael M. Cousins . When serving the complaint or notice of removal, the plaintiff or removing defendant must serve on all other parties a copy of this order, the Notice of Assignment of Case to a United States Magistrate Judge for Trial, and all other documents specified in Civil Local Rule 4-2. Plaintiffs or removing parties must file a consent or declination to proceed before a magistrate judge within 14 days of the filing of the complaint or the removal. All other parties must file a consent or declination within 14 days of appearing in the case. All parties who have made an appearance must file a consent or declination within 7 days of the filing of a dispositive motion or the case will be reassigned to a district court judge. Counsel must comply with the case schedule listed below unless the Court otherwise orders.

IT IS FURTHER ORDERED that this action is assigned to the Alternative Dispute Resolution (ADR) Multi-Option Program governed by ADR Local Rule 3. Counsel and clients shall familiarize themselves with that rule and with the material entitled "Dispute Resolution Procedures in the Northern District of California" on the Court ADR Internet site at http://www.cand.uscourts.gov/adr. A limited number of printed copies are available from the Clerk's Office for parties in cases not subject to the court's Electronic Case Filing program (ECF).

IT IS FURTHER ORDERED that plaintiff or removing defendant serve upon all parties

United States District Court
Northern District of California

the brochure entitled "Consenting To A Magistrate Judge's Jurisdiction In The Northern District Of California", additional copies of which can be downloaded from the court's Internet website: http://www.cand.uscourts.gov.

| CASE SCHEDULE – ADR MULTI-OPTION PROGRAM | | |
|---|---|---|
| **Date** | **Event** | **Governing Rule** |
| 8/10/2022 | Complaint Filed | |
| 10/19/2022 | *Last day to:<br>• meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan | FRCivP 26(f) & ADR L.R.3-5 |
| | • file ADR Certification signed by Parties and Counsel (form available at http://www.cand.uscourts.gov) | Civil L.R . 16-8(b) & ADR L.R. 3-5(b) |
| 11/2/2022 | **Last day to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file Case Management Statement per Standing Order re Contents of Joint Case Management Statement<br><br>(also available at http://www.cand.uscourts.gov) | FRCivP 26(a) (1)<br>Civil L.R . 16-9 |
| 11/9/2022 | INITIAL CASE MANAGEMENT CONFERENCE (CMC) at 10:00 AM in:<br><br>4th Floor, Courtroom 5<br>Robert F. Peckham Federal Building<br>280 South 1st Street<br>San Jose, CA 95113 | Civil L.R . 16-10 |

\* If the Initial Case Management Conference is continued, unless otherwise ordered this deadline is continued to 21 days in advance of the Initial Case Management Conference.

\*\* If the Initial Case Management Conference is continued, unless otherwise ordered this deadline is continued to 7 days in advance of the Initial Case Management Conference.

2

United States District Court
Northern District of California

②

Page 1 of 1

Michael Peebol : Signatory Authorities Record/Document

DOCUMENT FORMAT: 'ORD FANCY'

| -INDEX - COMMUNICATION - SECURITY- ARCHIVALS - | UNITED NATIONS COURT(S) EUROPEAN UNION FRANCE FRENCH POLYNESIA |

ATLANTIC FLEET — PACIFIC FLEET

HUMAN SYSTEMS OPERATIONS — A.R.S.I.T. — Anti-Raptec Systems Integrity Team

Astrological Navigational Image Reception

E.P.D. — EARTH PERPETUATION DEPARTMENT — A.N.I.R.

MONTER'ETE

POLYNESIE ANTARCTIQUES

PACIFIC = TAHITI = GROUVE

FRENCH CALENDARIC

[ 93.10.04 ]

UNITED STATES CALENDARIC

UNITED STATES DISTRICT COURT

HAWAII DISTRICT COURT

UNITED STATES MILITARY

UNITED STATES INTELLIGENCE

UNITED STATES JUDICIAL

UNITED STATES LEGISLATIVE

UNITED STATES EXECUTIVE

* N.S.A. *  * C.I.A. *

MONTEREY INSTITUTE FOR RESEARCH IN ASTRONOMY

* NAVAL SECURITY ADMINISTRATION *

* NATIONAL SECURITY ADMINISTRATION *

N.R.S. — D.L.I.

PANETTA FOUNDATION(S)

LEON AND SYLVIA PANETTA INSTITUTE FOR PUBLIC POLICY

JOHN STEINBECK ARCHIVES

UNITED STATES ARCHIVES

UNITED STATES COURT(S)

April 4, 2023 Filing RE: U.S. & Multinational Economies, Shippings, Security, And Legalities.

PACIFIC = HAWAI'I = GROUVE

POLYNESIE ANTARCTIQUES

MONTER'ETE

UNITED STATES STATE DEPARTMENT

U.S.P.R.S. — UNITED STATES POSTAL SERVICE

UNITED STATES DEPARTMENT OF STATE

D.I.A.  N.A.S.A.

UNITED STATES ADMINISTRATIONS

UNITED STATES DEPARTMENTS

UNITED STATES COURT(S)

WESTERN DIVISION

NORTHERN, CENTRAL, SOUTHERN DISTRICT(S) of CALIFORNIA

UNITED STATES DISTRICT

DOCUMENT FORMAT: 'ORD FANCY'

DOCUMENT FORMAT: 'ORD FANCY'

FORWARD DOCUMENT: 'ORD FANCY'

ATTN: CHRIS BUTANO
3050 HOOLAKO STREET
LIHUE, HI 96766
RE: EMPLOYMENT DOCUMENTS

KUHIO KAUAI DUPLICATE

FRIDAY: JULY 8, 2022  12:00
STATION COMMANDER
3-2600 KAUMUALI'I HIGHWAY
SUITE 1524
LIHUE, HI 96766
808 245-8987
FAX: 808 245 7638
RYAN.D.FUSSELL.MIL@ARMY.MIL
FIRST CLASS, SERGEANT U.S. ARMY.

Case 4:22-cv-04657-HSG Document 1 Filed 08/12/22 Page 97 of 169

KAUAI DOCUMENTS

OAHU SECTION

KUHIO DOCUMENT PACKAGE

CURRENT EMPLOYMENT: VERDE RESTAURANT - KAUAI

OAHU

I-9 EMPLOYMENT IDENTIFICATION DOCUMENT

P.F. CHANG'S, WAIKIKI, HAWAII LOCATION.

POSITION APPLIED FOR: DISHWASHER/BACK OF HOUSE

03-01-2022
2:00 PM
HONOLULU/ALEUTIAN TIME ZONE

LOCATION: WAIKIKI, HI

10 of 13

1 OF 2

[MD]

We the People

SIGNATURE OF BEARER / SIGNATURE DU TITULAIRE / FIRMA DEL TITULAR

DUPLICATE

UNITED STATES OF AMERICA

PASSPORT
PASSEPORT
PASAPORTE

USA

Type / Type / Tipo  Code / Code / Código  Passport No / No du Passeport / No de Pasaporte
P  USA  662903116

Surname / Nom / Apellidos
PECTOL

Given Names / Prénoms / Nombres
MICHAEL BRENT

Nationality / Nationalité / Nacionalidad
UNITED STATES OF AMERICA

Date of birth / Date de naissance / Fecha de nacimiento
30 Sep 1976

Place of birth / Lieu de naissance / Lugar de nacimiento
CALIFORNIA, U.S.A.

Date of issue / Date de délivrance / Fecha de expedición
26 Apr 2021

Date of expiration / Date d'expiration / Fecha de caducidad
25 Apr 2031

Sex / Sexe / Sexo
M

Authority / Autorité / Autoridad
United States
Department of State

Endorsements / Mentions Spéciales / Anotaciones
SEE PAGE 27

P<USAPECTOL<<MICHAEL<BRENT<<<<<<<<<<<<<<<<<<
6629031164USA7609309M3104253173853656<203340

(3)



P.F. CHANG'S : EMERGENCY CONTACT INFORMATION

FOR MICHAEL PECTOL                     03-01-2022

ADDITIONAL INFORMATION AVAILABLE UPON REQUEST

11 OF 13

2 OF 2

UNITED STATES [CASHE PETTY, D.B.A.] FINANCIALS: APRIL 30, 2022 U.S.

PROFIT REPORT : CASHE PETTY, DBA

LOSS REPORT : UNITED STATES (OF AMERICA)

| | | INVENTORY CATEGORY : SOURCE DOCUMENT(S) | | |
|---|---|---|---|---|
| ☐ | | | | |
| ☑ | | ARCHIVES [UNITED STATES (OF AMERICA)] | | ; ALL |
| ☐ | | EQUIPMENT | | |
| ☐ | | | | ; ALL |
| ☐ | | NETWORKS / COMMUNICATIONS FORMATS & FREQUENCIES | | |

SOURCE FINANCIAL DOCUMENTS

SOURCE DOCUMENT NOTIFICATION :

DISPLACEMENT CALCULATIONS FORMAT : SAN JOSE FILINGS U.S.D.C.

BALANCE CORRECTION : PAYABLE TO MICHAEL PECTOL $ "BALANCES DUE" U.S.D.

M.P. UNITED STATES C.M.P. : D.B.A. CASHE PETTY DBA

| BALANCE SHEET : | ✓ | | |
|---|---|---|---|
| FINANCIAL BALANCE : | DOWN ↓ | VIA FRAUD ↓ VIA GDP ↑ | ↓ |
| COMMON CURRENCY : HATEWARE AND THEFT AND SEXUAL MODIFICATION MALICIOUS BALANCE : | UP ↑ | VIA INSURGENT FINANCIAL PROCESSING | ↑ |
| EARTH PERPETUATION DEPARTMENT : NEBULA BALANCE : | UP ↑ | ARSON ANKER | ↑ |
| BALANCE SHEET | ✓ | ☞ : BENEFITS EXPERIENCED | ≡ |
| FINANCIAL BALANCE | ↑ UP | CACHE BALANCE ↑ | ↑ |
| CACHE BALANCE | ↑ UP | VIA ARCHIVES ↑ | ↑ |
| CIVILIZED HUMAN DAILY ACTIVITIES BALANCE : | ∅ | | ∅ |
| | | SHOWERS : | ∅ |
| | | FOOD SOURCE : | ∅ |
| | | HOUSING : | ∅ |

BALANCE SHEET IMBALANCE EQUATION : $\downarrow + \uparrow + \uparrow \neq \uparrow + \uparrow + \emptyset$

REFENCE : ( ↓ ≠ ∅ ) ; ∅ = ZERO ; MALICE BALANCE MEASURABILITY CATEGORY

CASH FLOW SHEET : *SEE ATTACHED DOCUMENTATION

☑ UNITED STATES ARCHIEVES : DOCUMENT PRODUCTION

☑ CASHE PETTY PUBLICATIONS

LEGISLATIVE AND COMMUNICATIONS SOURCE DOCUMENT

☑ APRIL 30, 2022 (U.S.) — ASSET STATEMENT E.S.M.

☑ DIGITAL BROCAST EQUIPMENT AND TRANSMISSIONS SOFTWARE CONTROL SYSTEMS

☑ JANUARY 1, 2005 TO APRIL 30, 2022

☑ PUBLIC : ITEMIZED

☑ PRIVATE : ITEMIZED

☑ MILITARY : ITEMIZED

☑ SALES ☑ RENTAL ☑ FINANCING ☑ DEVELOPMENT

☑ MAINTENENCE

5/1/22

To Do & Documents

5/2/22

☐ 8:30 AM

☐ 10:00 AM

☐ 1:00 PM

☐ 13:00 PM

To Get: - 1 Ream Paper

- Pens

- Alternate Documents

- Cashe Petty / MP

- Statement 39

83 Octillion

780 Septillion Valuation(s)

Non Profit | Invoice #1 | Pg. 1

2017

Vendors - Products Areas

And/or Source Notation

Source Notation; Fiduciaries

[Personal Assets Increase U.S.]

Foundations = 22.5% Total

50/50 @ 45% of Increase

Values Banking Industry Code

05/22 → Market Increases

Federal Factorial D.H.S.

Social Media; Banking

Leasing Calculations - Per Capita

2004 N.B.C. Source Documents

T.I.S. A.C.P.

.10 = 1.00

2.00 ÷ .70 = $5.00 / x

(5 × (z^(1)))

$ 011,800,000,000,000,000,000,000.00 [x^(2)] U.S.D.

Category

United States

Banking And

Treasury Systems

= 10¢

x7 = 49 + ((1 (P9)))

- Earth Perpetuation [Subcategory]

$ - Non Foreign Currency Factorial Calc. × 7

$ 826 11 800000000088888888888888.00 U.S.D.

$ 83,78 900,000,000,000,000,000.000 U.S.D.

Currency Variables - (x^1), (x^2) (z^(y))

Currency Valuations - [✓] [KAUAI] [✓]

Petty, Cashe DBA Minimum Cashe Petty, D.B.A. Valuation

(z^7) $ 827,000,000,000,000,000,000,000.999 [z^4]

Michael Pectol Source Documents San Mateo Redwood City

Tax Differentiation: S-Corp: Interest Accrual 3 Months Variable - 25 - 22 Years

Page 3

$(y^{(2)})$ 18 Month Balance Due Increases [Valuations]

HAWAII Valuation Increase   Breadwinner

$H.V.I^*$   2.A - 2% of Total Lump Ammout - Percentage/and applied to Prelump Balance/Hawaii

* 18 Month HAWAII Valuation Increase [Aug 2020 - May 22]

$(y^{(2)}) \times (z) + (y^{(2.A.)}) = $ [Total 11:00 AM HST/Mil]

[U.S. 12:00 HI P.M. 05.01.22]

[Timespance Day and Time] 05.01.2022 Display Day
10:23 AM Device Desplay Time

Solar Orbital; Daylight Phase; Lunar Orbital; Cycle(s)

Cashe Petty, D.B.A.

c/o   Michael
680 Pacific Grove, CA
Attn: [P.M.B. 959]   93950

Case 1:22-cv-00076-DKW-KJM   Document 40   Filed 05/02/22   Page 52 of 56   PageID #: 408

Case 4:22-cv-04657-HSG   Document 1   Filed 08/12/22   Page 103 of 169

HOUSING DOCUMENTATION: TITLE DOCUMENTS [OFFICIAL SYSTEMS : CIVILIAN/GOVERNMENT]

NAME (BIRTH NAME): MICHAEL PECTOL

LOCATION: OAHU, HAWAII, UNITED STATES

PHYSICAL ADDRESS: [*BASE ACCESS APPLICATION PROCESSING AS OF: 4.30.22]

PHYSICAL ADDRESS:

BASE/INSTALLATION NAME:

ARRIVAL DAY:

ARRIVAL CONTEXT: OFFICIAL BUSINESS

PROFESSIONAL CATEGORY: TECHNICIAN

FORMS REFERENCE SECTION

FOR DEPARTMENT USE ONLY:

SUPPLEMENTAL DOCUMENT: BASE ACCESS/IDENTIFICATION

**CACHE . CASH . CASHE PETTY, D.B.A.**

PANETTA INSTITUTE FOR PUBLIC POLICY · BOARD OF DIRECTORS · ACCOUNTING
A.P: · PRODUCTS · PRODUCTS · MICHAEL PECTOL · SERVICES · SERVIES : A.
RECEIVABLES · PAYABLES
VERANDA SESSION (S) : MONTEREY ; HAWAII, OAHU ; MONTER'ETE

| DEPARTMENT OF NAVY | EDUCATION VARIOUS LOCATIONS | ANNUEL F.T AMOUNT : 2022 C YEAR 1 |
| DEPARTMENT OF DEFENSE | EDUCATION VARIOUS LOCATIONS | ANNUEL F.T. AMOUNT : 2022 C YEAR 1 |
| DEPARTMENT OF EDUCATION | | |

PAYMENT 2022

CATEGORY : EDUCATION
    CATEGORY : PRODUCTS
    CATEGORY : SERVICES

BALANCE PAYABLE TO : MICHAEL PECTOL : $ 500,000.00 U.S.D.

THIS AREA IS FOR USE BY : THE PANETTA INSTITUE FOR PUBLIC POLICY, ACCOUNTING DEPARTMENT.

RECEIVABLES / PAYABLES     DATE RECEIVED :     DATE PROCESSED :
RTE FILED :       I.D. INFORMATION :
ISSUING BANK :    LOCATION :
DATE ISSUED :      DATE CLEARED :     PAYEE LOCATION :
CHECK NUMBER :     DATE SENT :     RETURN RECEIPT :
PAYEE ADDRESS : MICHAEL PECTOL · 680 LIGHTHOUSE AVENUE [959] · PACIFIC GROVE, CA. 93950 · UNITED STATES

PAYABLE TO : MICHAEL PECTOL VIA : PANETTA INSTITUTE FOR PUBLIC POLICY, ACCOUNTING DEPARTMENT
100 CAMPUS CENTER DRIVE, BLDG 86E · SEASIDE · CA · 93955

1.

2.

3.

4.

THE BLOOD-STAINED LINOLEUM, TODAY, IS A VERY BUSY PLACE.

Case 4:22-cv-04657-HSG   Document 1   Filed 08/12/22   Page 105 of 169

COLOR OPTIONAL ; MEDIUMS VARIABLE TEMPLATE TR.010.A

Case 4:22-cv-04657-HSG   Document 1   Filed 08/12/22   Page 106 of 169

(A)SHE PETTY, D.B.A. - PRODUCTION - MEDIA - ARCHIVES '00.01.
P.A. 00100.00500.00100. FTTY ADMINISTRATIONS

POLYNESIAN SOUNDSCAPES AND WAVEFORMS - LIVE CAMPFIRE [BROADCAST] 

UNITED STATES PACIFIC ISLANDS - FRENCH POLYNESIAN PACIFIC ISLANDS - SOURCE DOCUMENTS

NETWORKS USAGES - HAWAII, OAHU [PHYSICAL LOCATION(S)] - INTERACTIVITY DOCUMENTS

- SYSTEMS ACTIVITIES ; CATEGORICAL

- LEGAL - ELECTRONIC - DOCUMENTATION - COMMUNICATIONS - SHIPPING - RECEIVING -

RECONCILIATION ACTIVITIES SOURCE DOCUMENT [U.S. GOVERNMENT SYSTEMS]

- FEDERAL BUILDING, HONOLULU, OAHU, HAWAII, UNITED STATES, [EARTH]

300 ALA MOANA BOULEVARD - 3RD FLOOR OFFICE OF THE CLERK, U.S.D.C.

ADDITIONAL ARCHIVAL INFORMATION AND ACCESS AVAILABLE FROM :
THE STEINBECK CENTER - CALIFORNIA STATE UNIVERSITY MONTEREY BAY
THE PANETTA INSTITUTE FOR PUBLIC POLICY - UNITED STATES CONGRESS
THE OFFICE OF THE PRESIDENT OF THE UNITED STATES (OF AMERICA)
MONTEREY INSTITUTE FOR RESEARCH IN ASTRONOMY - NOAA -
THE DEPARTMENT OF THE INTERIOR, FRANCE - PAPEETE, TAHITI
EARTH PERPETUATION DEPARTMENT - ENROUTE SERVICES MULTINATIONAL [E]

- UNITED STATES MAILING ADDRESS -
ENROUTE SERVICES [MULTINATIONAL(E)]
% MICHAEL PECTOL
680 LIGHTHOUSE AVENUE PACIFIC GROVE
ATTN -          CA. 93950
ENROUTE SERVICES DOCUMENTS DIVISION
UNITED STATES DOCUMENTATION SYSTEMS
INSTALLATION / BASE ACCESS DOCUMENTS
COMMUNICATIONS SYSTEMS DOCUMENTS
UNITED STATES MILITARY
INFORMATION(S) SYSTEMS DOCUMENTS

ATTN : ACCOUNTS PAYABLE


OAHU, HAWAII, UNITED STATES



MILITARY FINANCIALS FILE DOCUMENTS - OAHU, HI
DOCUMENTS FILE REFERENCE : 2022 - USDC - HAWAII
OAHU FEDERAL BUILDING
* U.S.O. FORMAT APPROVED   FINANCIALS : A - 2022 - HI

Case 4:22-cv-04657-HSG   Document 1   Filed 08/12/22   Page 107 of 169

## - CATEGORIES CHART -

| 1 | Category (1): Systems |
|---|---|
| | Category (2): Equipment |
| | Category (3): Source Documents |
| | Category (4): Supplies |
| | Category (5): Operations [-] Human Labor |
| | Category (6): Development |
| | Category (7): O.O.F.A.OO.P.O. |
| | Category (8): |
| | Category (9): |
| | Category (010): |

| 1 | 3 | 0 | 3 | Credentials and Capacities |
|---|---|---|---|---|
| | | | A | Notorial / Notaire |
| | | | B | Courier / Coursier |
| | | | C | Consul / Counsil |
| | | | D | Accounting / Financial |

| 1 | 7 | 0 | 0 | A | Armory |
|---|---|---|---|---|---|
| | | | | 1 | Registration |
| | | | | 2 | Inventory |
| | | | | 3 | Location(s) |

## - INDEX CHART -

| A | Category (1.A.1): Technical System |
|---|---|
| 1 | Integrated Development Systems |
| 1 0 | Military Operations Transitions Operator |
| 1 0 1 | Live Operators |
| 1 0 2 | A.R.S.I.T. Protocol (s) |
| 2 0 M | M.O.TO. Communications |
| 2 1 M | Mapping - Transportation |
| 2 1 S | Index Sourcing |
| 3 0 1 | Physical |
| 3 0 2 | Electronic |
| 4 0 1 | Food Access |
| 4 0 2 | Fuel Access |
| 4 0 3 | Housing - Utilities |

| B | Category (1.B.1): Distribution |
|---|---|
| 1 0 1 | Receiving - Distribution |
| 1 0 2 | Distribution - Shipping |
| 1 0 3 | Merchant Processing - Orders |
| 6 0 1 | Security Communications Admin |
| 6 0 2 | Security/Administration Staff |

Inventory And Indexing

Case 4:22-cv-04657-HSG   Document 1   Filed 08/12/22   Page 108 of 169

HOUSING DOCUMENTATION: TITLE DOCUMENTS [OFFICIAL-SYSTEMS : CIVILIAN/GOVERNMENT.

NAME (BIRTH NAME): MICHAEL PECTOL

LOCATION: OAHU, HAWAII, UNITED STATES

PHYSICAL ADDRESS: [*BASE ACCESS APPLICATION PROCESSING AS OF: 4.30.22]

PHYSICAL ADDRESS:

BASE/INSTALLATION NAME:

ARRIVAL DAY:

ARRIVAL CONTEXT: OFFICIAL BUSINESS

PROFESSIONAL CATEGORY: TECHNICIAN

FOR DEPARTMENTAL USE ONLY

FORMS REFERENCE SECTION

SUPPLEMENTAL DOCUMENT: BASE ACCESS / IDENTIFICATION

E·S·M·0·05¢



**Jack in the box**

JIB# 8230
CARRY OUT   Order# 425

Tel(808) 422-6887
4/30/2022                     8:16:31 AM
                          Emp    myra

1 (2) Tacos                        1.39

**Total Items: 2**

**********************************
BUY JUMBO JACK OR SUPREME CROISSANT,
GET SAME FREE!
WHEN YOU TAKE OUR SURVEY.
1) Within 3 days....
   visit www.JackListens.com
   or call 1-858-876-0461.
2) Enter...
   14 digit code: 452 434 408 202 75
   Date of Service: 4/30/2022
   Time of Service: 08:16
3) Write provided validation code here:

_____
            Coupon Code: 525
4) Bring this receipt on your next visit.
One coupon per guest visit. Not valid with
with other offers. BOGO on same product.
Offer is valid 7 days after survey
completion.

**Disponible en espanol**
***********************************
            SubTotal        1.39
            Tax             0.07
            Total           1.46
            CASH            1.50
            Change          0.04
       Thank you for your visit
                424525

— **WE'RE HERE FOR YOU** —

Order ahead with the



Panda Express #1282
Honolulu, HI
(808)422-4800

4/29/2022  1:00:55 PM            -HERE-
Order: 278610          Server: Xuefang Z

1 Bigger Plate                    11.50
   FRIED RICE-1/2
   FRIED RICE-1/2
   BLK PEPPER STEAK               1.50
   HONEY SESAME CB
   STR BN CKN BRST

           SubTotal              13.00
           TAX                    0.53
           Total·                13.33

           Cash                  13.33

*********************************
X       FREE ENTREE ITEM!         X
x    Tell us about your visit and  x
x  receive a free entree item on us  x
x       See back for details.      x
x                                  x
x         Survey Code:             x
x   2922-7861-2800-0124-0311-07    x
*********************************

Questions or Comments?
pandaexpress.com/connect

HAWAIIAN REAL
ESTATE CALCULATIONS
2013 - 2022
AMN →
E.N.S →
Az.M.N.

Got a sec? Let's connect.
Tellthebell.com

Survey Code: 4114-0022-1370-3433

LOOSE COINS → A.M.N.
Taco Bell 031270
4725 Bougainville Dr.
Honolulu, HI 96818
(808)422-2101
2:43:24 PM
Cashier: Jackielou

| | |
|---|---|
| 1 Spcy Potato Sft Tac | 1.49 |
| 1 NO Sauce Packet | 0.00 |
| SubTotal | 1.49 |
| Tax | 0.07 |
| Total | 1.56 |
| Cash | 1.56 |

Order Number 291
Total Items in Order: 1

Start earning FREE rewards now

Download the Taco Bell App &
scan the barcode below to get your points
Terms and exclusions apply

6249762464352

A.M.N. APPRECIATION FACTOR
2.00 → E.S.M. → CR.O.BA.
2.00 ← AMN.
CA REAL ESTATE 2006-2012 CALC.
+ [MARKET INCREASE

ENROUTE SERVICES MULTINATIONAL
PETTY CASHE, D.B.A

# 273

BUY ONE GET ONE FREE QUARTER POUNDER
W/CHEESE OR EGG MCMUFFIN
Go to www.mcdvoice.com within 7 days
and tell us about your visit.
Validation Code:_____
Expires 30 days after receipt date.
Valid at participating US McDonald's.
Survey Code:
34229-02730-43022-06388-00010-5

McDonald's Restaurant #34229
3299 NORTH NIMITZ HWY
HONOLULU,HI 96819
TEL# 808-833-3784

| | |
|---|---|
| KS# 2 | 04/30/2022 06:38 AM |
| CBB | Order 73 |
| 1 L Premium Roast | 1.00 |
| Subtotal | 1.00 |
| Tax | 0.05 |
| Take-Out Total | 1.05 |
| Cash Tendered | 1.05 |
| Change | 0.00 |

McDonald's Restaurant

Sign up for MyMcDonald's Rewards
to earn points on future visits!



HAWAIÍA'AN SALTY SHORTS

⚹ See USDC FILINGS Re: Document Cache

[Not Sorted Re: Discovery And Other Negligence From Defendants & Staff]

HAWAIÍA'AN SALTY SHORTS

CATEGORY 3 NON-FICTION

ARRIVALS : NORTH OF THE EQUATOR [012.00100.010] P.A.

— ONE HUNDRED AND THIRTY THREE BITCH BLUE DAYS AU AHU —————

AS THE BODYBOARD WAS PROPPED ON THE SURFBOARD STAND, THE EAVES DROPPERS HAD NO IDEA THE ANGLE WAS A REFERENCE TO AN EXIT POINT FROM THE SOUTH ATLANTIC OCEAN FOR ONE OF THE PROBES TO BE SENT ON THIS SIDE OF THE MEASURABLE EARTHIVERSE BOUNDRY. THE NEWER STARCHARTS PROVIDED BY THE PAKISTANI ARCHIVES WITH THE ASSISTANCE OF THE CHINESE EMMISARY WAS A PARTICULAR CATALYST. WAIKIKI, PARTICULARLY DARK FROM MY ARRIVAL FARTHER NORTH IN THE HEMISPHERE, WAS MORE GRIMY THAN IMPRESSIVE. I WAS ONLY PROVIDED TWO DAYS ABOVE THE TENTH FLOOR AT THE RAMADA INN; AND FOUND THE HEMP CIGARETTES FAR FROM THC LEVELS I PREFER.

ALMOST DITCHING THE WIRELESS DEVICE IN A DUMPSTER FROM IMPOSED RESERVATION SYSTEMS THE LOCALS ARGUE OVER, I INSTEAD WOUND UP ON THE OTHER SIDE OF THE LAVA RIDGE IN A SMALL NEIGHBORHOOD — WHERE THE CURRENTLY APPROVED HIGH-RISE COMPLEX WAS SCHEDULED TO BE BUILT; IT WAS THE BEST MAPPING SYSTEM THE MULTINATIONAL PROPRIETORS COULD SLIDE ME INTO TO TRANSITION TO THE 2037 BENCHMARK FOR THE FOOD SUPPLIES, MICROTECHNOLOGY, AND ARCHIEVES. UNFORTUNATELY, A YOUNGER AGED LDS GIRL INTEGRATED INTO THE GOVERNMENT POLITICAL SYSTEMS FOUND ME AND MY RESERVATION FOR CAMPING WAS TAINTED BY THE PROXIMITY OF THE HATE-GROUPS TORTURE AND RITUAL FACILITIES. AT LEAST MY ASSUMPTION WAS THAT WAS HER NETWORK ACCESS INTO THE GIVEN SYSTEMS.

THE UPDATING AND INTEGRATIONS FOR THE NEW MAPPING SYSTEM THAT WAS COMBINED WITH THE SYSTEMS THE PRE-DATED THE IPHONE AND MICROSOFT-APPLE MERGERS WAS CONSTANTLY GLITCHY; SPECIFICALLY WITH THE LDS NETWORKS ATTACKING RELENTLESSLY TO HIDE NOT ONLY THEIR HATE-CRIME ARCHIVES, BUT ALSO THE DOCUMENTS OF COORDINATED COUP ACTIVITY AND THERMONUCLEAR ARMS SHIPPING. NONETHELESS, THE DEPARTMENT OF DEFENSE AND PRE-APPLE GOOGLEFIED LEXIS-NEXIS TEAMS HAD A TIGHT GRIP ON THE SYSTEMS — AND THE PHONE TO SWITZERLAND. ASSISTANCE FROM THE IMAGING DEPARTMENTS WAS INVALUABLE.

I HAVE AND HAD BEEN RUNNING SINCE MY DEPOSITIONS TO THE UNITED NATIONS ABOUT THE DETONATION IN NON-UNITED STATES TERRITORIES. THE RELIABILITY OF SIGNALS MADE ME ANXIOUS TO CROSS THE BORDER TO KNOW THE STATUS OF THE DELEGATIONS BUILDING RENTAL IN PARIS.

CASHE PETTY PUBLICATIONS    [V|.|.]    HA'AWAIIAN ARCHIPELAGO(S)    1.

CONTACT FORM

ENTERTAINMENT AND PERFORMER

FILED

TO: MICHAEL BOUDOUANE VANBASTOLAER

SUBJECT:

CONTENT:

FROM:

CONTACT ADDRESS: 300 ALA MOANA BLVD. [OAHU FEDERAL BLDG]

3RD FLOOR OFFICE OF THE CLERK, OUTGOING MAIL 'P' HONOLULU, OAHU

MICHAEL BOUDOUANE VAN BASTOLAER - (BIRTH NAME: PISTOL)

FORM DATE: MAY 21, 2022 (US/FR)

FORMAL FILE CONTACT INFORMATION ABOVE: LEGAL/ARCHIVALS



FORM NUMBER:

19

LOVE LETTERS FROM TO'O LA'A

A MEDIUM UNEXPECTED

To BETTER

HOLD THE SCENT

OF

PURPOSE

STOLEN.

TRISH McCOY

@ No. 9

NORDSTROMS

EO014500.00100.0050③TAU'A HU,

1-23-00076

COORDINATING FACILITATOR AGREEMENT WRITTEN DOCUMENT

To Be VALIDATED UPON CROSSING THE INTERNATION BORDER IN FAAA

- MULTINATIONAL CONTRACTOR'S ASSISTANT POSITION (ADMINISTRATIVE)
  - PUBLISHING ASSISTANT
  - SCHEDULING ASSISTANT
  - HEALTH FACILITATOR
- COMMUNICATIONS FACILITATOR
- OTHER RESTRICTED ACCESS OFFICIAL FACILITATIONS

DEPARTURE DATE :                          DEPARTURE LOCATION :

| AUTHENTIFICATION MARK : | | AUTHENTIFICATION MARK : |
|---|---|---|

SIGNATURES SECTION

DATE :                                    DATE :

IDENTIFICATION :                          IDENTIFICATION :

X                                         X

                                          MICHAEL BOUDOUANI
                                          CASHE PETTY, D.B.A.
                                          ENROUTE SERVICES

LOVE LETTERS FROM TooZAA

A MEDIUM UNEXPECTED

To BETTER

HOLD THE SCENT

OF

PURPOSE

STOLEN.

TRISH McCoy
@ No.
NORDSTROMS

— TooZAA TENNI



ESTĒE LAUDER

REAL YOU BEAUTY

21

E (INFORMATIC (DEPARTMENT(S));
— TECHNICAL, MANUFACTURING AND PRODUCTION SPECIFICATIONS;
[24 HOUR] SYSTEMS DEVELOPMENT

SYSTEMS CONVERTERS    BROWS
ITEMS/5: FOR DOS BACKUP SYSTEMS
AND OTHER 50 YEAR RETRO -TIMESPANCE
SYSTEMS/ SIMILAR.

PURPOSE: INFORMATION SYSTEMS
DEGROUPED / DECRYPTED FOR
ARCHITALKIS, SYSTEMS INTEGRATIONS,
OPERATIONAL MAINTENANCE
Etc

UNITED STATES COURT(S) - WESTERN DIVISION

[ 0 * 00142000-0.0010-
00176. - .00500. A] A.
/ CASE AS PETITION B. A. 1007-
A.E.. [BA]
FOUNDATION

UNITED STATES DISTRICT COURT(S)
DISTRICT OF HAWAII *

CONSUMER

1:22-CV-00076-DKW-KJM

— RE: U.S.A.G. JOB COMPETITION
-2: .40 CALIBER PISTOLS
-2: HAWAII (AR-15 ~ LEGAL MODEL)
- AMMUNITION - LOCATION SOURCE
COMP - TO BE COMPLETED BY JUDICIAL AUTHORITY / A.S.A.P.
P. 00100. A. U. S. - 050
* REFERENCE: BOARD OF DIRECTORS - MON`TER`ETB, CA

EXECUTED OR PROTOTYPE TESTING
5. 21. 2022 (CALENDAR COMMENCE)
6:00 AM EST / 11:59 PM HST
CALENDAR COMMENCE 5.20.2022 AM

MEMORANDUM:
TRANSMISSIONS SYSTEMS TIMELINES
NOTIFICATION OF OPERATION(S) ACTIVITIES

PURCHASE ORDER ※

OFFICE OF ACCOUNTS - CATEGORY / CASHE PETTY — (#)

UNITED STATES DISTRICT COURT(S). DISTRICT OF?    22-CV-04657

ENGLISH       VERSION       LITERATURE        CATEGORY                    NON-FICTION

EXPANSIONS ON PREDICTIONS OF CULTURE BY TOCQUEVILLE [5.13.2022]

PRODUCTS OF THE SOCIAL MEDIA JAIL JUNKIE GENERATION 2002-2022

¥ MODERN U.S. CULINARY DESIRES 2022
RESTAURANT        /SUPPLEMENT

THE SAN FRANCISCAN RAPETEC DISTRIBUTION LIST

01.  HONEYCOMB CEREAL MANUFACTURED FROM DRIED CRUMBS EXTRACTED FROM HOTEL SEWAGE BY MAINTENENCE AND BLEACHED TO COLOR; PACKAGED IN RINSED BUT NOT WASHED CEREAL BAGS RESEALED; AND BOXES SAVED AND RE-GLUED.

02.  PENNE PASTA WITH RED SAUCE - INSERTED INTO VAGINAL CAVITIES FOR THE LENGTH OF A WAITRESSES SHIFT, AND REGURGITATED TO PLATE WITH ADDED PARMESEAN AND CHEDDAR CHEESE. [G.P.S. LOCATION TO BE PROVIDED]
        IN LIEU OF GROOVY BRUISE-DAY

        U.S.D.A. CHOICE BEEF - REMOVED FROM REFRIGERATION ON A TUESDAY AFTERNOON FOR A WANTED FELONS CHOICE FRIDAY NIGHT LIGHTS LINE COOK SHIFT; TRANSPORTED TO THE HOME REFRIGERATOR ABSENT OF REFRIGERATED TRUCK; FROZEN IN A PROCESS DESTROYING THE TEXTURE AND CONTENT OF THE MUSCLE FASCICLES AND PROTEIN; AND OFTEN WIPED ACROSS THE RECTUM OF ONE WHO BASKS IN A RACIAL/RELIGIOUS/ECONOMIC CLASS ORIENTED ANGER FOR THE CULINARY DELIGHT OF THOSE PAYING WITH THE PROCEEDS OF SEXUAL FORCED SERVITUDE ROUTED THROUGH A FRAUDULENTLY FILED MORTGAGE IN A COUNTY BUILDING - THEN EXTRACTED TO A MOBILE BANKING SYSTEM DAILY DISASSEMBLING INTO A REPLICATION OF AN OUTDATED NATIONAL OCEANIC AND ATMOSPHERIC ADMINISTRATIONS SIMULATION - PREDICTION OF CLIMATE DATA, DISGARDED IN THE LATE 1990'S.
        THE WANG CHUNG FUN FOR WAITER FRAUD

        CULTURAL TENDENCIES TO NEVER TEST THE WATER QUALITY OR CHANGE FILTERS, OR CLEAN THE MACHINERY OF COFFEE-HOUSES - SO THAT THE REDIRECTION OF SEWAGE STREAMS IS NON-PERCEIVABLE IN THE COFFEE BREW - ADDING TO THE DISTRIBUTION OF RITUAL BASED FECAL MATTER AND OTHER DECOMPOSITIONS.

                                          1 OF 2  →

HONOLULU - WAIKIKI - KAPOLEI - SAN FRANCISCO - LOS ANGELES - SANTA CRUZ

30

CATEGORIES: RECENT HISTORY / ECONOMICS / BUSINESS - MANUFACTURING
- JUNIOR YEAR    300T LEVEL COURSE MATERIAL

AN EDITORIAL OF: HA'AWAIIAN STALKER SPORTS; WITH REGIONAL VERIFICATIONS OF GROUP REGRESSIONAL MANIFESTED BY THE DELIVERY OF FOOD WITH EJACULATE FOR THE BETTING POOLS OF ADULTS AND JUVENILLES IN A GENERATIONAL ATTEMPT AT THE PASSAGE OF MALICE FOR HATE-GROUP MAINTENANCE.

# Educational Refrence Materials Price Structures

## [ Confidential ]

Tocqueville And Regression Exponetialized In The United States

The Scents Of Fake Vanilla In Spoiled Rum

1999 Through 2022

Democracy In The American Suburban Trailerpark

Fancy Cars And Methamphetamine For Illiterates

Topical Categorizations : 17

Topical Summarizations : 19

- Democrasy In The Trailer-Park [Continental Freezing And Regression]
- Pervasive Illiteracy Beyond All Predictions
- Social Categorizations Of Continents Lacking Correct Terminology
- White-Ass Non-Caucasians And Race's Identity Crisis
- The Drug Runners Lose The Cue By Way Of Not Actually Being Literate
- April 26th Never Arrives After 2002 [Futures Outsourced To The E.U.]
- 2020 : The Year They Traded Their Futures For A Sex Movie And Meth (0-23)
- The Rise Of Jail-Junkie Culture In Suburbia ; Absent Of Jail
- They Have Never Even Heard An Actual Beach Boys Song (Ages 0-23)
- Frames Per Second And Broadcasting Takeovers By Auto-Binary Generators
- Film Phasing — Populous Stagnified
- Systems Takeovers And The Connections To Nothingness Development
- One Presidential Paragraph [Crusaders Without A Clue]
- The U.S. Militaries Failures Compounded By Illiteracy And Neuro-Neglect
- Twenty Years Of Human Absence [Ways Of Life : Changed And Lost]
- Christians, Hate Groups, Fraud Systems, Euro-Centric
- Bacardi And Artificial Flavors For All-2000
    - Stalking And The U.S. Food Implosion
    - Publishings Decline And The Rise Of Rapetee 2003

By: Tao Z-àa Fenuiques Van Bastolaer

LITERATURE CATEGORY     LITERARY FREEDOMS OF MAY 13, 2022

The Modern Female Dream And Operations : United States
Meth-Whores And Door Tours   {Selections} {Lifestyle}

° CHAPTER ONE : Poly-Infectious Acquisitions And The Loss
of Purpose And Function By Human Military
Participation In Societal Perpetuation.

° CHAPTER TWO : The Rescue of New Strains of Venereal Disease
(Those Lost to Cultures of Literacy, Efficacy, And Insight)

° CHAPTER THREE : The Purpose of Astrology For Humans In Non-Linear-ism
Increases In Microtechnology And Processing 1930 - 2022

° CHAPTER FOUR : How to Rape An Infant With Your Index Finger
— By The 3ʳᵈ Generation Decendents of Manson-Family Culture
In Far Northern California.

° CHAPTER FIVE : The Valuation of Psychologically Damaged Female Teenagers
: In World Banking Reconcileations, Progressions of The
Fashion And Advertising Industries, And Signal Generation of
Encryted Sine Waves From outside The Elemental Atmosphere

° CHAPTER SIX : The Prevelence of Non-Conscious Neural Impulse [Abstract]

° CHAPTER SEVEN : Chemicals, Neurology, And Debates of Regressive Traits.

° CHAPTER EIGHT : Genome Distinctions Between Humans And Bovines.
[Abstract Brief: Genome Destinctions Between Humans And Puppies]

° CHAPTER NINE : Failures of Brian Wilson, The Self Regression [In Under 3 Minutes]

° CHAPTER TEN : Average Human Attention Spans In Below-Conscious Neural Acivity.

° CHAPTER ELEVEN : The Layered Mix of Frames Per Second - Creations of
The Matrixical Magicians.

° CHAPTER TWELVE : Porcelins, Pastors, Religion, And The Pervasive Falsification of
Property Documents - As Related to Localized Law Enforcement.

° CHAPTER THIRTEEN : Census And Saturations of The Obese And Illiterate.

° CHAPTER FOURTEEN : How To Choose The Best Color Panties For The Abused
Methamphetamine Whore Assigned By The Coordinated Decisions
of Christian 501 C.3 Organizations, Narcotics Distribution Groups,
Racial Hate Groups, And Municipal Police.

° CHAPTER FIFTEEN : The Life Aspirations of Those Whom Are Not Dedicated To
The Financial Systems of Under-Age Molestation -

1 OF 2 →

POSSIBILITIES RE : PUBLICATIONS AND EDUCATIONAL CATEGORICAL USAGE :
- HUMANITIES - GENDER STUDIES          [+ = FAILURE OF MERCHANT PROCESS AND
- ECONOMICS / BUSINESS / ENTREPRENEURSHIP          SOCIAL MEDIA]
- MEDICAL INDUSTRY

UNITED STATES DISTRICT DISTRICT OF HAWAII COURT (S)

22 - CV - 00076 - DKW-KJM

# EDUCATIONAL MATERIALS PRICING STRUCTURES

[ CONFIDENTIAL ]

In The Absence of Art:                                    Solar Phase Cycle Ten [North Pacific P.A.]

# EARLY MORNING NOTES FROM THE BLOOD-STAINED LINOLEUM

The Summer Arrivals are Nauseating. Desperate young searchers aren't the traveling educates they used to be. Mixed on the planes with Continentals whose depraved lives culminate with two-weeks of shovel out the money you saved from the daily subjugations they signed-up for. There is no Robert Louis Stevenson story for those Smucks, all thats offered on this isle is a unique strain of Venereal Disease and the stare of the regulars like they are around a Poker-Table in Vegas.

Roaming in their Dillusion, the Christians from over the Ridge come to the City Hopely to change the pace from the stalking the indoor from the Faux-Polynesians. Three generations of abandoned culture has led their daily desperation to instruct their kids to ride bikes to the BBQ tent in their desperate coordination for a $20 bill from the visiting tourists. No entertainment but a computer remake of a 40+ year old song from the days when United States people could read enough to write something original.

So the year-end blank minded youth bask in their lack of future purpose, even the Locals just hop from their incest of step-daddies cock to subjugate frat-boy and pretend their sunsets aren't absent of consciousness. The stroll from Meth-den to a 60-year olds closet-fuck is their daily commute. Hate-group regions every 4 or 5 kilometers designate the social stratifications of the communities internal struggles for ignorant presence of pretend local administrative authority.

Another 7 days of papers burries them weekly in illiteracy with their increasing embarrassment of falsified residence paperwork. The incorrectly completed mortgages and title documents only indicating which religious extremists will molest their children at school or communal buildings. The Theatre is non-existent, the mothers tossing their oddspit unwanted spawn to the cultural void of no conscious return.

The Island Sunsets leave the foolish believing their waves are not from a tankership just outside the view of human eyesight. The Beach-Dwellers having never heard nor seen real media or art, only being unconsciously swimming through the processing of a discarded brain-replication from two decades previous, snacking on food that was shipped as an afterthought by the narcotics shippers that occupy the ports with the pseudo-employed desperates with a box-truck, extra bland shirt and jail-links to every discernable instruction they receive. —— Daylight Phase Cycles altered in Chronology —
— Lunar Phase cycles meaningless by Chemical Neurology; Feminization absent. —
— Michael Boudouani Van Bastolaeir          P. [500178.00100.00500.IA.TY° Saturday/May]

Why Would I Want Your Herpes ????? (Childrens Series)

Cashe Petty Publications

Author: To'ozo'u Fenui (Pen Name)
[Michael Pectol Bouchamp]

A Book For Five Year olds or Developmentally Stonted Adults

Artwork by :

1.

2.

3.

4.

Page 2 of 4



4. OF 4. PAGES





BLANK
FORMS
OFFICIAL

IN THE UNITED STATES DISTRICT COURT
FOR THE _____ DISTRICT OF _____
_____ DIVISION
*(Write the District and Division, if any, of
the court in which the complaint is filed.)*

_____

_____

_____

*(Write the full name of each plaintiff who is filing
this complaint. If the names of all the plaintiffs
cannot fit in the space above, please write "see
attached" in the space and attach an additional
page with the full list of names.)*

**-against-**

_____

_____

_____

*(Write the full name of each defendant who is
being sued. If the names of all the defendants
cannot fit in the space above, please write "see
attached" in the space and attach an additional
page with the full list of names.)*

**Complaint for a Civil Case**

Case No. _____

*(to be filled in by the Clerk's Office)*

Jury Trial:    ☐ Yes    ☐ No
             *(check one)*

COORDINATING FACILITATOR AGREEMENT WRITTEN DOCUMENT

To Be Validated Upon Crossing The International Border In FAAA

- MULTINATIONAL CONTRACTOR'S ASSISTANT POSITION (ADMINISTRATIVE)
  - PUBLISHING ASSISTANT
  - SCHEDULING ASSISTANT
  - HEALTH FACILITATOR
  - COMMUNICATIONS FACILITATOR
  - OTHER RESTRICTED ACCESS OFFICIAL FACILITATIONS

DEPARTURE DATE:                          DEPARTURE LOCATION:

| AUTHENTIFICATION MARK: | | AUTHENTIFICATION MARK: |
|---|---|---|

SIGNATURES SECTION

DATE:                                    DATE:

IDENTIFICATION:                          IDENTIFICATION:

X                                        X

                                         MICHAEL BOUDOUANI
                                         CASHE PETTY, D.B.A.
                                         ENROUTE SERVICES



CONTACT FORM

ENTERTAINMENT AND PERFORMER

FILED

TO: MICHAEL BOUDOUANE VANBASTOLAER

SUBJECT:

CONTENT:

FROM:

CONTACT ADDRESS: 300 ALA MOANA BLVD. [OAHU FEDERAL BLDG]
3RD FLOOR OFFICE OF THE CLERK, OUTGOING MAIL 'P' HONOLULU, OAHU

MICHAEL BOUDOUANE VAN BASTOLAER - (BIRTH NAME: POCOL)

FORM DATE: MAY 21, 2022 (US/ER)

FORMAL FILE CONTACT INFORMATION ABOVE: LEGAL/ARCHIVALS





HAWAIIA'AN SALTY SHORTS

HAWAIIA'AN SALTY SHORTS



*
REPRODUCTIONS ⟷ REPLICATIONS.

- ENTERTAINMENT INDUSTRY
- LEGISLATIVE PUBLICATIONS
- DIPLOMATIC COMMUNICATIONS
- JUDICIAL
- MILITARY
- CIVILIAN — PUBLIC
- EXECUTIVE
- PHYSICAL DOCUMENTS AND ITEMS
  - SMITHSONIAN
  - DECLARATION OF INDEPENDENCE
  - ETC.
  - ETC.
  - ETC.

365.12.8
12/31/2021
CASHO PETTY
ANTI-CURRENCY
CORRUPTION
SYSTEMS
INTEGRATION.

- REFERENCE: RECONCILIATION
  S-CORP (ESQUE)
UNITED STATES COURT(S)
4:21-CV-09489 ET.AL.
[*]
- SAN FRANCISCO'S
HEART OF THE CITY
FARMERS MARKET
UNION SQUARE PLAZA
OFFICIAL CURRENCY
NOTES.
[MILITARY,
FOUNDATION,
ALL]

- ADDITIONS TO JOHN STEINBECK ARCHIVES REGARDING
UPDATED PRESERVATION TECHNIQUES REGARDING:
- ELECTRONIC PUBLISHING AND DISTRIBUTION/TRANSMISSION
  AND/OR
- PRINT MEDIA PUBLISHING AND DISTRIBUTION
- CONTENT PRESERVATION
- PUBLISHING INFORMATION ACCURACY
- INDEXING ACCESS AT:
  - GOVERNMENT INFORMATION CENTER(S)
  - LIBRARY (IES)
  - PRIVATE COMMERCIAL SALES
  - EDUCATIONAL PUBLISHING
- CONTRACT COMPLETED WITH FICTION WRITERS
  PER 4:21-CV-09489 ET AL
- PACIFIC GROVE WRITERS & AUTHORS ASSOCIATION
- ITEMIZED EDUCATIONAL INSTITUTIONS
  - UNIVERSITY     - YOUTH CENTER
  - ELEMENTARY
- INDEXING VIA VARIOUS SYSTEMS WITH:
  - LITERATURE & LIBRARIAN - DOCUMENTARIAN
    CATAGORIES AND SYSTEMS
SIGNED: 1-1-09 NEW CASCO, CALIF.
...FRANCISCO, CA

UNITED STATES
2021

- OTHER RESTRICTED ACCESS
  - RS: CURRENT STRUCTURE
  - FINANCIAL
  - SECURITY
  - POLITICAL
  - ENVIRONMENTAL
  - SYSTEMS (TRANSITIONS)
  - TIME CAPSULES
  2021...
→ MULTINATIONAL
  SECURITIES)
AS NEEDED
BY TEAM(S).

— RESOURCES MAINTENANCE TOOLS
— CORPORATE MAINTENANCE (U.S.)
— CERTIFICATES OF AUTHENTICITY, ACCESS(ES)
— LABEL SYSTEMS INTEGRITY TERM(S) MULTINATIONAL SECURITY FORCE'S SYSTEMS
— HARDWARE MATERIAL
— TOOL SETS / CLOCKS
— MAINTENANCE CORPORATE

1/1/2022 DATE
BOUDOUANE (M.P.)
RAUL ESPINOSA BOUDOUANE

CASHO PETTY
PUBLICATIONS
- ENROUTE
  SERVICES
  - ENROUTE
  COURIER SERVICE
- INDEXING
MAINTENANCE CO - 2021

MICHAEL -
RAUL ESPINOSA BOUDOUANI

(3 PAGE SECTION)
20-34 (ABDUCTED CHILDREN DOCUMENTS)
35-40 (HOUSING, PERSONAL)

BASE/INSTALLATION(S) PACKET:

INCLUDES: • EMPLOYEE APPLICATION/RETIREMENT DOCUMENT(S)

• VARIOUS AND ALL INITIAL DOCUMENTATION FOR SUBCONTRACTEE POSITION(S)

• POST/PAST NETWORK(S) DISARMAMENT ACTIVITIES COMPENSATION FORMAT.

• EDUCATIONALIST COMPENSATION FORMATED FOR NAVY PAYMENT RE: NAVAL POSTGRADUATE SCHOOL & D.L.I. NETWORKS COMMUNICATIONS AND EDUCATIONALIST FACILITATION VIA PANETTA INSTITUTE 'VERANDA DHARMA' FILING WITH BOARD OF DIRECTORS.

• S-CORP, C-CORP, AND PERSONAL BUSINESS REAQUISITION DOCUMENTATION RE: [EIN THEFT / SHIPPING & RECEIVING (SENSATIVE MATIERIALS; MEDICAL CANNABIS; OTHER PRODUCTS)]

• NAVY FINANCIAL SERVICE DOCUMENTATION RE:
• HOUSING/ABDUCTED CHILDREN OPERATION/RELOCATION
• OUTSTANDING BALANCES DUE (VARIOUS)
• RETIREMENT

• COMPLIANCES REFERENCE(S): 1897 COPYRIGHT(S), HI, U.S.
1919 MELITIA LEADERSHIP FORMATS
1950's ERA DEFENCE LEGISLATION
2001 ERA PATRIOT ACT
MULTINATIONAL TREATIES RE:
HUMAN RIGHTS AND COMMERCE

• CRIMINAL TRIAL AND BUDGETS (RE: U.S. COURTS & U.S. ATTORNEY GENERAL)
• CIVIL TRIAL RE: ARCHIVES, COMPENSATORY DAMAGES, ECONOMIC & COMMERCIAL, PUNATIVE DAMAGES — FOR DEFENDANT LIABILITY AND PROSECUTION

• ADDRESSEE'S INCLUDE: NEX HIRING MANAGES; JOINT BASE COMMAND (BASES) ACCESS APPLICATION DEPT(S); NAVY COMMAND HEADQUARTERS; PRESIDENT BIDEN'S NATIONAL SECURITY COUNCIL; MILITARY (IES) U.S. HOSTAGE RESCUE TEAMS AND COMMAND, (OTHER ADMIN-DEPTS.)

5:40 P.M. HST
17:40 P.M. MZL          HONOLULU OAHU/
MAY 3, 2022 (U.S./FR.)   HAWAII U.S.          MICHAEL PECTOL          |
                         LOCATION/           CAPACITIES INCLUSIVE

CV 22-00169-SOM-KJM

COPY

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

Apr 14, 2022
PAM HARTMAN BEYER, CLERK OF COURT
At 3 oclock and 07 min PM

[✔]    ORDER SETTING RULE 16 SCHEDULING CONFERENCE

[]    ORDER SETTING STATUS CONFERENCE

for **Monday, June 13, 2022** at 9:30 a.m. before:

[]    Magistrate Judge Rom Trader via AT&T conference (Call:
       1-888-363-4735 / Access Code 2070326)

[]    Magistrate Judge Wes Reber Porter via AT&T conference (Call:
       1-888-278-0296 / Access Code: 8224751)

[✔]    Magistrate Judge Kenneth J. Mansfield via AT&T conference (Call:
       1-877-848-7030 / Access Code 2123668

- Parties are reminded that, unless otherwise ordered by the Court, a meeting of the parties must occur at least 21 days prior to the Scheduling Conference and a report submitted to the Court. Except as otherwise provided by L.R. 26.1(c), no formal discovery may be commenced before the meeting of the parties.
- Each party shall file a Scheduling Conference Statement pursuant to L.R. 16.2(b), and shall attend in person or by counsel.
- Failure to file and/or attend will result in imposition of sanctions, (including fines or dismissal), under Fed.R.Civ.P. 16(f) and L.R. 11.1.

DATED at Honolulu, Hawaii on Thursday, April 14, 2022.

_____/s/ J. Michael Seabright_____
Chief, U.S. District Judge

I hereby acknowledge receipt of the Order Setting Rule 16 Scheduling Conference.

Date____April 14, 2022____    Signature
                                          Atty ( ) Secy ( ) Messenger ( )

[BIRTHNAMEMICHAEL PECTOL] CASHE PETTY, D.B.A.
MICHAEL BOUDOUANE VANBASTOLAER CAPACITIES INCLUSIVE

**THIS SCHEDULING ORDER IS ATTACHED TO THE INITIATING DOCUMENT (COMPLAINT/NOTICE OF REMOVAL) & MUST BE SERVED WITH THE DOCUMENT.   PLEASE DO NOT REMOVE.**



RUBY TUESDAY HAWAII (   1590   )      2298 ALAHAO PL, UNIT Q      HONOLULU, HI 96819      808/682-0990

| Employee ID | Employee Name | Check Date | Soc-Sec-Num | Period Start Date | Period End Date | Check No |
|---|---|---|---|---|---|---|
| V93551 | MICHAEL B PECTOL | 04-26-2022 | XXXXXX-9584 | 04-20-2022 | 05-03-2022 | 0617139 |

Fed Tax Status: SS          Fed Tax Allow: Sin      State Tax Status: S          State Tax Allow: 5

CURRENT EARNINGS DETAIL

| Charge Date | Description | Rate | Hours/Units | Amount | LOC | DEPT |
|---|---|---|---|---|---|---|
| 04-26-2022 | Reg WK-1 | 12.0000 | 24.13 | 289.56 | MOANALUA | DISH |

DEDUCTIONS / TAXES

| Description | Amount | Y-T-D |
|---|---|---|
| FICA - MEDICARE | 4.20 | 4.20 |
| FICA - OASDI | 17.95 | 17.95 |
| HI INCOME TAX | 0.97 | 0.97 |

Totals:   24.13    289.56

DIRECT DEPOSIT

| Type | Account | Amount |
|---|---|---|
| | | |
| Total: | | 0.00 |

Net Pay
266.44

Net Pay Y-T-D
266.44

| Total: | 23.12 | 23.12 |

Y-T-D EARNINGS

| Description | Amount |
|---|---|
| Reg WK-1 | 289.56 |

PAID TIME OFF

| Description | Balance |
|---|---|

EMPLOYER CONTRIBUTIONS

| Description | Amount | Y-T-D |
|---|---|---|

| Total: | 289.56 |
|---|---|

| Total: | 0.00 | 0.00 |
|---|---|---|

Federal Txbl:   289.56   FICA Txbl:   289.56
State Txbl:     289.56

| RESIDENTIAL ADDRESS | MAILING ADDRESS |
|---|---|
| MICHAEL PECTOL | MICHAEL PECTOL |
| ST. AMELIE | 300 ALA MOANA BOULEVARD |
| PAPEETE, TAHITI, FRENCH POLYNESIA | HONOLULU, OAHU, HAWAII |
| FRANCE, EUROPEAN UNION, UNITED NATIONS | ATTN: 3RD FLOOR OFFICE OF THE CLERK |
| 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 (SOCIAL SECURITY NUMBER) | MICHAEL PECTOL |
| 831-529-0634 (NOT USABLE: RESTRICTED ACCESS) | 680 LIGHTHOUSE AVENUE / P.M.B. 959 MP. PACIFIC GROVE, CA 93950 |
| EMAIL: MICHAEL BOUDOUINE VAN BASTOLAER @ @PROTONMAIL.COM | |

| Re: AMERICAN SAVINGS BANK 1600 KAPALANI HONOLULU, OAHU, HAWAII 96817 | $50.00 U.S.D. NICKELS - LOONIES $10'S 7 ASSORTED BELLS & CROWN |

MICHAEL PECTOL

APRIL 28, 2022
HONOLULU: LOCATION

VALUATIONS NOTATIONS - BUDGETS          Pg 2

Systems Usage Bill [Security Legislative Un]

2017: Payment Acceptance In Form of:

Liason County Systems: Dirty Coorupt Papetec

Broadcast Systems Acquisitions

[Data Purge -- Falsified content]

Demolition Authorization Per Asset Aquistion(s)

Reference: Panetta Foundation Legal Dept.

- Archieves: Real Estate

: R - Cashe Petty, D.B.A.

: [Michael Pectol]


Enroute Services Documents Devision
Earth's Music, Art, And History Archieve
United States' Archieves
John Steinbeck Archieves
Earth Perpetuation Deparment
Enroute Services Multinational (E)

Ca(c)she Petty, D.B.A.


[Birth Name: Michael Pectol]
.00500.00.100 Nom: Boudouane Van Bastolaer

00500.00100. Prenom: Michael

Consul, Notaire

Notaire

※: Source Documents   5.1.22 (FR/US) 1.5.22

California And U.S. Redemption Codes Source Valuations

- Reference: Hawaii, Oahu of Tahiti, Papeeto
- Products Access And Financials Filing/s Location.
- Papetec And Crimes Against Humanity Active Insurgent Activity - [Personal Theft Security] - Point of Sale Systems Scheduling Systems And Exploitation Tracking Systems For Continued Malicious Purposes -

[San Francisco - Sacramento - Monterey +/-]*
               * Balance Due (Non Reported)

[Various Industries]
United States Treasury Fraud Reversal (s)
Reconciliation (s): Gift Card / Debit Systems
- Restrictions [Validity] Systems

• Hawaiian Financial Compensation Systems
            Factorial Calculations
• Federal Name & Identity Legislation
            And Limitation Processes's
• Account Sourcing
• Reconciliation Balance Forwarding

Prepared - Personal Food, Products, Housing
With Bank                                 Personal Expenses
Limitations      Transportation          Comped?
On Fraud/Abuse
2020 Feb. M.C.B.        Personal Michael Pool
Pacific Grove, CA       Hawaii Financial System
                        Interface, U.S.D.C.

- Notation Regarding Cat Forsey [Displaced]
  - Systems of Supplies Acquisition:
    - Reverse Billing For Usage or Placement Tracking [Re: Disposer] - Validity Clause Financials Linking Fraudulent Malicious Scripting or Financial Pool Variables - -Not only Linked to Automated Harvesting Desposal of Human Tissues With Associative Factors of Carbon Footprint Ecology And Asset Acquistion Linked To Systems of Physical Restraint(s) I.E. Public Financing - Jail; Prison; And other Human Trafficking s/stems.
    - Associative Archival Valuation - Restricted Access Public Banking Systems Limitations.

  - Food Acquisitions - Similar Factorial Notes

Monterete, Caliti
Polynesie(a) Antarctique(a)
Capital Location:
Tahiti

Michael Pectol Espouse Boudouani
Michael Boudouani (M.P.)

United Nations Weapons Inspector
2021 est.

United States Coast Guard Intelligence
Operative 1999

French Naval Intelligence Contractor/
Operative est. 1999

Tahitian Non-Proliferation Advocate
2000

Millitia Commandant of Continental
United States Armed Forces est. 2021

French Notaire/Consul
United States Consul
Polynesie Antarctique Consul

Husband to Aqbducted Spouse
Father to Abducted Children

Exploited, Detained, Back Broken,
Robbed of Items, Documents,
Property, falsely prosecuted by The
Hijackers of United States and
California Infrastructure,.

Stalked perpetuaslly by the illiterate
whom cannot perpetuate their own
Nation

# March2016_December 2021_Hostage/political prisoner by Californians and United States Populous_ Exploitation status: ongoing

| Sun | Mon | Tue | Wed | Thu | Fri | Sat |
|-----|-----|-----|-----|-----|-----|-----|
| | | | 1 | 2 | 3 | 4 |
| 5 | 6 | 7 | 8 | 9 | 10 | 11 |
| 12 | 13 | 14 | 15 | 16 | 17 | 18 |
| 19 | 20 | 21 | 22 | 23 | 24 | 25 |
| 26 | 27 | 28 | 29 | 30 Certificates of Accountancy Certified: Alive | 31 | |

Organization(s):
Allied Forces, United Nations, United States Coast Guard, United States Department of Defense, Navy of France, Delegation 193, Restricted Access: (including but not limited to) Archivalist, Multinational Contractor, Accountant, Consultant, Technician, Businessman, Human

**Official Operations:**
**F.U.C.K. OFF**

**Enroute Services**
**Cashe Petty, DBA**

'ON-THE-SPOT' EMPLOYMENT/CONTRACTEE AGREEMENT

('ABSENT' OF PHONETIC INTERPRETATIONS OF HIRING WHICH ARE USED TO CREATE FALSE MARRIAGE AND FINANCIAL FRAUD IN RAPETEC SYSTEMS.)

TO BE COMPLETED BY 'NEX' MANAGER/EMPLOYMENT AUTHORITY'

☐ FIRST DAY: _____

☐ SIGNING BONUS: ☐ CASH

☐ GIFT CARD   ☐ CHECK

AMOUNT OF SIGNING BONUS: $ _____ USD

AMMOUNT OF COMPENSATION: $ _____ USD
    ABSENT OF NUMERIC ASSOCIATION TO:
    FRAUD OR UNDERAGE SEXUAL REFERENCE
AMMOUNT OF SIGNING BONUS: $ _____ USD
TITLE OF NEW EMPLOYEE/CONTRACTEE: _____

CHECK THE CORRECT BOX AND COMPLETE
CIRCLE THE CORRECT TERM/WORD

PAY CYCLE: ☐ DAILY ☐ WEEKLY/BI-WEEKLY
    ☐ MONTHLY    ☐ BI MONTHLY
BONUS ____ : ☐ PERCENTAGE
    ☐ PRODUCT ALLOTMENT

TITLE OF STORE REPRESENTATIVE: _____

#1   NAME OF HUMAN RESOURCES/MANAGER/EMPLOYMENT REPRESENTATIVE:

SIGNATURE ↑ LINE _____        PRINTED NAME ↑ _____
LOCATION: HONOLULU, OAHU, HAWAII      DATE/TIME: APRIL 22, 2022 (U.S.):
IDENTIFICATION PROVIDED: _____     ISSUING AUTHORITY: _____
DATE OF ISSUANCE: _____            EXPIRATION DATE: _____
NOTES/COMMENTS SECTION:
_____
_____
_____
_____
_____

#2: NAME OF APPLICANT/HIRED EMPLOYEE OR CONTRACTEE:

SIGNATURE LINE ↑ _____              PRINTED NAME ↑ _____
LOCATION: HONOLULU, OAHU, HAWAII      DAY/TIME: APRIL 22, 2022 (U.S./FR)___:
IDENTIFICATION PROVIDED: _____      ISSUING AUTHORITY: _____
DATE OF ISSUANCE: _____             EXPIRATION DATE: _____

THIS SECTION TO BE USED FOR UNITED STATES COURT(S) AND/OR DISTRICT COURT(S) OFFICE OF THE CLERK:

FILED

*: NOTE: FACIAL RECOGNITION AND AUTOMATED SYSTEMS HITACHED FOR FRAUD NOT ACCEPTABLE.

- RAPETEC, CALIFI -
  CATEGORICAL CHARTS

- BEDTIME STORIES IN HOLLYWOOD -

| - CRIMES AGAINST HUMANITY - | - HAWAIIAN INFORMATION SETS - |
|---|---|
| RESTRICTED ACCESS | THE RAPETEC DOCUMENTS |
| - - UNITED STATES ARCHIVES | - THE INCEST & FRAUD CHRONICLES |
| - - - CENSUS YEAR 2020 | - HAWAIIAN BLUE SHORTS |
| - - - - INDEX ROOT HEADERS & S.T.D. | - SALTY SHORTS |
| - - - - - UNITED STATES POPULOUS | - BEACH BLUE SHORTS |
| - - - - - ALL - INTEGRATION SETS | - THE HAWAIIAN BEACH BLUE JOKE BOOK |
| - EARTH PERPETUATION DEPARTMENT - | - ARCHIEVES |
| - ANIR - | - - F.P. - P.F. - : ALL LOCATIONS |
| - ARSIT - | - ARCHIEVES - MEDIA |
| - - MILITARY - | |

| CASHE PETTY SYSTEMS | - CASHE PETTY D.B.A. - |
|---|---|
| OPERATIONAL | - PUBLICATIONS ; ENTERTAINMENT |
| COMMUNICATIONS | - PUBLICATIONS ; LEGAL |
| ARCHIVAL | - PUBLICATIONS ; LEGAL - ARCHIEVES |
| CURRENCY | - HISTORICAL |
| CONTROL | - PUBLICATIONS ; TECHNICAL |
| - RESTRICTED ACCESS - | - PUBLICATIONS ; MEDIA(S) |
| - CACHE OFFICIEL - | - PUBLICATIONS ; FICTION |
| - SYSTEMS OFFICIAL - | ALL PUBLICATIONS - U.S. ARCHIEVES |
| - CHANNELS OFFICIAL - | STEINBECK ARCHIVES - CASHE PETTY DB |

130·4·10 [P.A.] -          - PACIFIC -                    - MONTER' ETE

ACCESS      ⌐      INDEX MATRIX REFERENCE  ⌐      SYSTEMS

United States District Court(s)
District of Hawaii

Sealed New Action (?)

Civil Case Number: 1-22-cv-00076 ET. AL.
DKW-KJM

ATTN: Office of The Clerk,

Please Duplicate For Associated Filing/Documentation
For United States Marshall(s) Office, For Documentation
And Processing

HAWAIIN FOOD BANK

In The Absence of Art :                                                    Solar Phase Cycle Ten [illegible] Pa.

## Early Morning Notes From The Blood-Stained Linoleum

The Summer Arrivals Are Nauseating. Desperate Young Searchers Aren't The Traveling Educates They Used To Be. Mixed On The Planes With Continentals Whose Depraved Lives Culminate With Two-Weeks Of Shovel Out The Money You Saved From The Daily Subjugations They Signed-Up For. There Is No Robert Lewis Stevenson Story For These Snucks, All Thats Offered On This Isle Is A Unique Strain Of Venereal Disease And The Stare Of The Regulars Like They Are Around A Poker-Table In Vegas.

Roaming In Their Delusion, The Christians From Over The Ridge Come To The Cen Hotel To Change The Face From The Stalking, The Incur From The Faux-Polynesians. Three Generations Of Abandoned Culture Has Led Their Daily Desperation To Instruct Their Kids To Ride Bikes To The Bell Tent In Their Desperate Coordination For A $20 Bell From The Vacating Tourists. No Entertainment But A Computer Rehash Of A 40 + Year Old Song From The Days When United States People Could Read Enough To Write Something Original.

So The Year-End Blank Minded Youth Basic In Their Lack Of Future Purpose, Even The Locals Just Hop From Their Incest Of Step-Daddies Cock To Subjugate Frat-Boy And Pretend Their Sunsets Aren't Absent Of Consciousness. The Stroll From Meth-Den To A 60-Year Olds Closet-Fuck Is Their Daily Commute. Hate-Group Regions Every 4 or 5 Kilometers Designate The Social Stratifications Of The Communities Internal Struggles For Ignorant Presence Of Pretend Local Administrative Authority.

Another 7 Days Of Papers Buries Them Weekly In Illiteracy With Their Increasing Embarrassment Of Falsified Residence Paperwork. The Incorrectly Completed Mortgages And Title Documents Only Indicating Which Religious Extremists Will Molest Their Children At School Or Communal Buildings. The Theatre Is Non-Existent, The Mothers Tossing Their Oddeyed Unwanted Spawn To The Cultural Void Of No Conscious Return.

The Island Sunsets Leave The Foolish Believing Their Waves Are Not From A Tankership Just Outside The View Of Human Eyesight. The Beach-Dwellers Having Never Heard Nor Seen Real Media Or Art, Only Being Unconsciously Subliming Through The Processing Of A Discarded Brain-Replication From Two Decades Previous, Snacking On Food That Was Shipped As An Afterthought By The Narcotics Sheppers That Occupy The Ports With The Psudo-Employed Desperates With A Box-Truck, Extra Bland Shirt And Jail-Links To Every Discernable Instruction They Receive. —— Daylight Phase Cycles Altered In Chronology —— - Lunar Phase Cycles Meaningless By Chemical Neurology; Feminization Absent.-

- Michael Boudouard Van Bastolaer        P. [illegible] 00176.00100.00600.JA.T° Saturday/May?

LITERATURE CATEGORY                    LITERARY FREEDOMS OF MAY 13, 2022

The Modern Female Dream And Aspirations : United States

Meth - Whores  And  Door Tours  §§Selections§§  ₹Lifestyle ₹

CHAPTER ONE :  Poly-Infectious Acquisitions And The Loss
of Purpose And Function By Human Military
Participation In Societal Perpetuation.

CHAPTER TWO:  The Rescue Of New Strains Of Venereal Disease
(Those Lost To Cultures Of Literacy, Efficacy, And Insight)

CHAPTER THREE :  The Purpose Of Astrology For Humans In Non-Linear Time
Increases In Microtechnology And Processing 1930 - 2022

CHAPTER FOUR :  How To Rape An Infant With Your Index Finger
— By The 3ᴿᴰ Generation Decendents Of Manson-Family Culture
In Far Northern California.

CHAPTER FIVE :  The Valuation Of Psychologically Damaged Female Teenagers
In World Banking Reconciliations, Progressions Of The
Fashion And Advertising Industries, And Signal Generation Of
Encryted Sine Waves From Outside The Elemental Atmosphere

CHAPTER SIX :  The Prevelence Of Non-Conscious Neural Impulse [Abstract]

CHAPTER SEVEN :  Chemicals, Neurology, And Debates Of Regressive Traits.

CHAPTER EIGHT :  Genome Distinctions Between Humans And Bovines.
[Abstract Brief: Genome Destinctions Between Humans And Puppies]

CHAPTER NINE :  Failures Of Brian Wilson, The Self Regression [In Under 3 Minutes]

CHAPTER TEN :  Average Human Attention Spans In Below-Conscious Neural Activity.

CHAPTER ELEVEN :  The Layered Mix Of Frames Per Second - Creations Of
The Matrexical Magicians.

CHAPTER TWELVE :  Porcelins, Pastors, Religion, And The Pervasive Falsification Of
Property Documents - As Related To Localized Law Enforcement.

CHAPTER THIRTEEN :  Census And Saturations Of The Obese And Illiterate.

CHAPTER FOURTEEN :  How To Choose The Best Color Panties For The Abused
Methamphetamine Whore Assigned By The Coordinated Decisions
Of Christian 501 C.3 Organizations, Narcotics Distribution Groups,
Racial Hate Groups, And Municipal Police.

CHAPTER FIFTEEN :  The Life Aspirations Of Those Whom Are Not Dedicated To
The Financial Systems Of Under-Age Molestation -

↓ OF 2 →

POSSIBILITIES RE: PUBLICATIONS AND EDUCATIONAL CATEGORIAL USAGE:
- HUMANITIES - GENDER STUDIES                [+ = FAILURE OF MERCHANT PROCESS AND
- ECONOMICS / BUSINESS / ENTREPRENEURSHIP        SOCIAL MEDIA ]

UNITED STATES DISTRICT COURT(S) DISTRICT OF HAWAII 22-CV-00076

ENGLISH        VERSION        LITERATURE        CATEGORY        NON-FICTION

EXPANSIONS ON PREDICTIONS OF CULTURE BY TOCQUEVILLE [5.13.2022]

PRODUCTS OF THE SOCIAL MEDIA JAIL JUNKIE GENERATION 2002-2022

✱ MODERN U.S. CULINARY DESIRES 2022
RESTAURANT        SUPPLEMENT

THE SAN FRANCISCAN RAPETEC DISTRIBUTION LIST

01. HONEYCOMB CEREAL MANUFACTURED FROM DRIED CRUMBS EXTRACTED FROM HOTEL SEWAGE BY MAINTENANCE AND BLEACHED TO COLOR; PACKAGED IN RINSED BUT NOT WASHED CEREAL BAGS RESEALED; AND BOXES SAVED AND RE-GLUED.

02. PENNE PASTA WITH RED SAUCE - INSERTED INTO VAGINAL CAVITIES FOR THE LENGTH OF A WAITRESSES SHIFT, AND REGURGITATED TO PLATE WITH ADDED PARMESEAN AND CHEDDAR CHEESE. [G.P.S. LOCATION TO BE PROVIDED] IN LIEU OF GROOVY BRUISE-DAY

- U.S.D.A. CHOICE BEEF - REMOVED FROM REFRIGERATION ON A TUESDAY AFTERNOON FOR A WANTED FELONS CHOICE FRIDAY NIGHT LIGHTS LINE COOK SHIFT; TRANSPORTED TO THE HOME REFRIGERATOR ABSENT OF REFRIGERATED TRUCK; FROZEN IN A PROCESS DESTROYING THE TEXTURE AND CONTENT OF THE MUSCLE FASCICLES AND PROTEIN; AND OFTEN WIPED ACROSS THE RECTUM OF ONE WHO BASKS IN A RACIAL/RELIGIOUS/ECONOMIC CLASS ORIENTED ANGER FOR THE CULINARY DELIGHT OF THOSE PAYING WITH THE PROCEEDS OF SEXUAL FORCED SERVITUDE ROUTED THROUGH A FRAUDULENTLY FILED MORTGAGE IN A COUNTY BUILDING - THEN EXTRACTED TO A MOBILE BANKING SYSTEM DAILY DISASSEMBLING INTO A REPLICATION OF AN OUTDATED NATIONAL OCEANIC AND ATMOSPHERIC ADMINISTRATIONS SIMULATION - PREDICTION OF CLIMATE DATA, DISCARDED IN THE LATE 1990'S.

THE WANG CHUNG FUN FOR WAITER FRAUD

- CULTURAL TENDENCIES TO NEVER TEST THE WATER QUALITY OR CHANGE FILTERS, OR CLEAN THE MACHINERY OF COFFEE-HOUSES - SO THAT THE REDIRECTION OF SEWAGE STREAMS IS NON-PERCEIVABLE IN THE COFFEE BREW - ADDING TO THE DISTRIBUTION OF RITUAL BASED FECAL MATTER AND OTHER DECOMPOSITIONS.

1 OF 2 →

HONOLULU - WAIKIKI - KAPOLEI - SAN FRANCISCO - LOS ANGELES - SANTA CRUZ

20

AN EDITORIAL OF: HA'AWAI'IAN STALKER SOCIETY'S WRATH REGIONAL VERIFICATIONS OF GROUP REGRESSIONAL MANIFESTED BY THE DELIVERY OF FOOD WITH EJACULATE FOR THE BETRAYAL POOLS OF ADULTS AND JUVENILLES IN A GENERATION ATTEMPT AT THE PASSAGE OF MALICE FOR HATE-GROUP MAINTENANCE.

CATEGORIES: RECENT HISTORY / ECONOMICS / BUSINESS - MANUFACTURING
- JUNIOR YEAR  300 † LEVEL COURSE MATERIAL

# Tocqueville And Regression Exp0netialized In The United States

## The Scents Of Fake Vanilla In Spoiled Rum

### 1999 Through 2022

# Democracy In The American Suburban Trailerpark

### Fancy Cars And Methamphetamine For Illiterates

## Topical Categorizations : 17

### Topical Summarizations : 19

- Democrasy In The Trailer-Park [Continental Freezing And Regression]
- Pervasive Illiteracy Beyond All Predictions
- Social Categorizations Of Continents Lacking Correct Terminology
- White-Ass Non-Caucasians And Race's Identity Crisis
- The Drug Runners Lose The Cue By Way Of Not Actually Being Literate
- April 26th Never Arrives After 2002. [Futures outsourced to the E.U.]
- 2020 : The Year They Traded Their Futures For A Sex Movie And Meth (0-25)
- The Rise Of Jail-Junkie Culture In Suburbia; Absent Of Jail
- They Have Never Even Heard An Actual Beach Boys Song (Ages 0-23)
- Frames Per Second And Broadcasting Takeovers By Auto-Binary Generators
- Film Phasing — Populous Stagnified
- Systems Takeovers And The Connections To Nothingness Development
- One Presidential Paragraph [Crusaders Without A Clue]
- The U.S. Militaries Failures Compounded By Illiteracy And Neuro-Neglect
- Twenty Years Of Human Absence [Ways Of Life : Changed And Lost]
- Christians, Hate Groups, Fraud Systems, Euro-Centric
- Bacardi And Artificial Flavors For All-2000
  - Stalking And The U.S. Food Implosion
  - Publishings Decline And The Rise Of Rapetee 2003

### By : Taozàa Fenuiques Van Bastolaer

CASHE PETTY ARCHIEVES

PERAE, TAHITI, EARTH

PHOTO USAGE AGREEMENT
• PERSON(S) IN PHOTOBOOK

SIGNATURE(S): SECTION

PHOTOGRAPHS USED MAY OR MAY NOT INCLUDE COMPENSATION VIA RUM OR/AND OFFICIAL USD [UNITED STATES DOLLAR].

* QUINAM INCLUDES AUTHORIZATION FOR ADVERTISING

KOLOA PHOTOBOOK PROJECT

CASHE PETTY PRODUCTIONS

LOCATION: KAUAI, EARTH

LOCATION OF: PHOTOBOOK DONATION *

KAUAI, UNITED STATES, EARTH

FOR USE BY: KOLOA ARCHIEVES/

LOCATION OF:

FOR CASHE PETTY ARCHIEVES USE ONLY:

SIGNATURE: SECTION INDEX IDENTIFIER

SIGNATURE:  CAPACITIES INCLUSIVE

PRINTED NAME: Michael Bruddah Wahbastolaer MIL

P.A.P.F.U.S.A.O.000130.100.00400.1919.MIL.D.R.D.A

Financial Source Document
Machttel Bouddiane Van Bastolaer  P. [376347.~]A
Birth Name: Pectol

**Statement**

DATE: April 15, 2022    TERMS

TO: Papeete Office Filings
Casio Petry D.B.A.
Enroute Services Multinational

IN ACCOUNT WITH
Moto Ace 5 Electronic Communication & Notes
22-00076, et. al (H2); 00717 (SF)
Filings

| | | | | | | |
|---|---|---|---|---|---|---|
| | ° | S-Corp | | | | |
| | ° | Personal Corp | | | | |
| | ° | Personal | | | | |
| ° | ° | United States | | | | |
| ° | ° | Polynesia Francais | | | | |
| | | ° Counterfeit U.S. Currency | | | | |
| | | And U.S. Treasury Production | | | | |
| | | And Destructions Information | | | | |
| | | Sets; Foreign Held U.S. Currency; | | | | |
| Note | ° | Notes And Process 04/14/2022 | | ? | | |
| | | 4/15/2022 | | | | |
| | | Note Assets Increase In | 14 Day | | | |
| | | 2ND Fiscal U.S. Quarter | | + | | |
| Disarmament. | Radio, Broadcast, Trafficking, Legal | | | | | |

| CURRENT | OVER 30 DAYS | OVER 60 DAYS | TOTAL AMOUNT | Restricted/Confidential |
|---|---|---|---|---|
| ✓ | | | | |

adams DC5612    01-11

JACK MARROW'S HYPOCRATO HEARTS (BBQ'ED BOVINE BEATERS)

JULY 2022 MENU UPDATES & ADVERTISING COMBO'S

KAUAI, HA'AWAI'I, POLYNESIO ANT.

- DRINK(S) ALCOHOLIQUE:
  CREMOSOLY CRUSH @,
    KOLOA, TAHETIAN VANILLE, ORANGE CRUSH
  [MAY REQUIRE IMPORTATION ALTERATIONS]

- SEASONAL BRINES AVAILABLE
- SUKIYAKI SLICED BEATERS

WAITRESS INTRODUCTORY GREETING:
"WELCOME TO JACK MARROW'S, WHOSE HEART
WILL YOU BE EATING OUT TONIGHT?"

- ROOM SERVICE TO HOTELS REQUIRES
FURTHER SPECIFICITY AND DISCUSSION.
- HEART/BEATER VARIETAL (SPECIES)
DEPENDANT UPON MARKET AVAILABILITY
- MATRIARCHS MUSSEL GUMBO AVEC

LUNCH SPECIAL: $7.50 USD
BBQ'ED BOVINE BEATER (SKEWERED)

- DESSERT ITEM:
    KAUAIAN ORIGIONAL QUEEFSICLE
  [ROOT-BEER AND ICECREAM ON
    LASHED SKEWERS]

- EMPLOYMENT REQUIREMENT(S) FOR
HOSTESSES & DEPOSITION'S REGARDING
UNDER-AGE RAPE, MOLESTATION, OR FORCED
SEXUAL SERVITUDE SPECIFICLY FOR (BUT
NOT LIMITED TO) SEARED NAME PRESENTATION
ON MENU ITEMS. [MAY REQUIRE RELOCATION
OF VICTIMS OF SEXUAL ABUSE]
PREFERRED HOSTESS AGE: 14 YEARS
  PRESENTS NAME OPTIONS MENU INCLUSIVE
  OF CUSTOMERIZATIONS.
- SEARED NAME INCURS ADDITIONAL PRICE

BOOTH LIGHTING/DECOR & SPECIMEN
JARS WITH PRESERVED BBQ'ED DRIED
                        BEATERS

ADVERTISING COST-SHARE (BROADCAST AND PRINT [AIRPORT, ETC])
... PUT UP YOUR DUKES OR EAT YOUR HEART OUT AT JACK MARROW'S HYPOCRATE
HEARTS FEATURING: SKEWERED OR SLICED BBQ'ED BEATERS ...

NOVEL CATEGORY

## JACK MARROW'S HYPOCRITE HEARTS

(BOOK OR RESTAURANT)

FEATURES: BBQ BOVINE BEATERS

(BBQ COW HEARTS ON A STICK  STAND/WINDOW)

RESTAURANT FEATURES  SUKIYAKI SLICES

* FOR AN EXTRA CHARGE WE SEAR THE NAME OF YOUR CHOICE OF LIFE ALTERING AND/OR SOMETIMES MURDEROUS RAPISTS/RAPETECS.

* 14 YEAR OLD HOSTESSES

(DEPOSITION REQUIRED REGARDING RAPE OF MINOR CHILDREN)

* 1 PAGE MENU PRICE RANGE FROM $7.50 TO $80.00 USD PER MENU ITEM.

## H'A'AIIAN BLUE SHORTS

### THE INCESTAFRAUD CHRONICLES - TURTLE BAY 2005

- WATCHING LDS LEADERSHIP
DICKS SHRIVEL AND BALLS
SHRINK WHEN THEY GET CAUGHT
HIRING HETMEN AND USING
STOLEN NUCLEAR ARMS TO
RAPE TAHITIANS AND SELL
BABIES ON THE BLACK MARKET -

- "HOW 5 BRANDS OF
CIGARETTES ONLY
EMBARRASS BIKERS" -

### - DAILY FINANCING QUIZ

CAN THE INVERSE AMOUNT OF DEAD-BABY FINANCING
FROM 4 CALIFORNIA JAILS AND 1 ARIZONA JAIL
PROVIDE ENOUGH REVENUE TO EMBARRASS AND/OR
DISPLAY THE DESPERATE MULTI-ADMINISTRATION
STALKING OR SORORITY HATE-GROUPS MAKING A
SPECIFIC INDIVIDUAL THEIR FINANCIAL FRAUD
CONDUIT AND A SPECIFIC TASK FOR ONGOING
PLEDGES TO ATTEMPT TO INCARCERATE OR HAVE
KILLED BECAUSE THE LDS - NARCOTIC FINANCIAL
FRAUD TRANSFERS CANNOT BE HIDDEN?

HINT - THE FINANCIAL FRAUD TRANSFERS CANNOT
BE HIDDEN BECAUSE I NEVER WAS COERCED
INTO MARRIAGE OF ANY PERSON WITH AMERICAN
IMMIGRATION ISSUES OR L.D.S. MEMBERSHIP
REGARDLESS OF FAKE CULTURAL ASSOCIATIONS
TO SHIT ON THEIR ANCESTORY.

PLEASE LIMIT RESPONSE TO ONE PAGE.

- BONUS QUESTION - WHOM ARE THE OWNERS AND
UTILIZERS OF THE DOMAIN INCESTRY.COM
.ORG
.NET
.BIZ
ETC. ETC. ETC.?

③

4.14
DRAFT COPY

## HAAWAIIN BLUE SHORTS

[51.10.02]

*[handwritten cipher / coded text]*

## SEPERATE TOPIC

EIN (IAN) RETURNED FROM THE ABANDONED TORTURE FACILITY KNOWING WHICH ROOMS NOT TO ENTER. DESPITE THE COMMUNITY WHOM HAD BEEN REMOVED NOT HAVING THE TRANS-PHASED COMMUNICATIONS ABILITIES, MANY OF THE APHYSICALS REMAINED. EVEN MORE BEGAN SCREAMING AND INCREASING THEIR ENERGIES AFTER THE SO-PERCEIVED ABANDONMENT. NOT KNOWING THEY WERE DEAD.

THE ONES WHOM WERE AWARE THEY WERE BEING RETUALISED BY THE PRISON GUARDS MANAGED TO FIND A SPLIT IN THE DEMENTIONAL PHYSICS BARRIERS. WHETHER IT WAS KNOWN TO THEM, DID NOT MATTER, IF ASSISTANCE FROM THE DEAD WHICH ALIGNED THE STARS TO THEIR LOCATIONS. AT INTERVALS, BUT NOT SCHEDULED OR SPECIFIC. THOSE FROM THE EARLY 1900's (IN THE CALENDARS ALIGNED WITH SUFFRAGE AN SLAUGHTER) WERE IN A REGION IN WHICH THEY COULD SPEAK TO THE OTHERS. NOT MISEDUCATED AND TRAPPED IN THE PSYCHOLOGICAL GAMES OF APATHY AND MISEDUCATION PRESENTED BY THOSE WHOM DID NOT TEACH OR EDUCATE THEM, BUT ONLY PREPARED THEM FOR SERVITUDE AND SALE. IT IS A COMMON OCCURANCE WITH THOSE WHOM ARE NOT AWARE OR CONSCIOUS ENOUGH TO KNOW WHEN OR WHICH ENTITIES CONTROL THEIR ELECTRICAL PATHWAYS AND BY WHICH TECHNIQUES USED.

AS THE PARTY TO LIBERATE THE DECEASED VICTIMS WAS PREPARED, SOME STEPPED TO THE ADJACENT SHORES TO SPEAK WITH THE WAYFARERS OF PREVIOUS CULTURES TO ENSURE THEY WOULD HAVE THE PATH, HOWEVER FEW THEY WERE. WITHIN A FEW YEARS, ALL BUT TWO HAD SUCCOMB TO GREED AND DESIRE FOR EXCESS, DESPITE THE MANY FREED FROM THE TORTURE CHAMBERS. SEVERAL STILL ROAM THOSE PLACES, THE TORTURE FACILITIES REMOVED, BUT THE PYCHOLOGICAL DEMENTION LIMITATIONS STILL IMPOSED. THE BODIES OF THE DEAD SCHOOLGIRLS, NOT YET 10 YEARS OLD STILL ARE FOUND REGULARLY. SACRIFICES WISHING TO MAINTAIN THEIR DELLUSIONAL CONCEPTS AND INTERPRETATIONS.

②

*[handwritten cipher / coded text]*

UNITED STATES DISTRICT COURT(S), DISTRICT OF HAWAII

UNITED STATES COURTS.                                    WESTERN DIVISION

ENROUTE SERVICES MULTINATIONALE
DOCUMENTS DIVISION

CASHE PETTY, D.B.A.

RI BB CB3 [CB1]

PANDA
EXPRESS

CHINESE .291.040.  Kitchen
C.V.D-OAHU, HAWAII
- CURRENCY · VARIABLE -
DOCUMENT(S)
E.S.M.

FILED

PANDA EXPRESS INTERNAL OPERATIONS (CORP./FRANCHISE) IDENTIFIER

RECEIVING INFORMATION :

SHIPPING INFORMATION :

PETTY, CHASHE  D.B.A.
ENROUTE SERVICES MULTINATIONAL (S)
680 LIGHTHOUSE AVENUE
P.M.B. [957]
PACIFIC GROVE, CA 93950 -
UNITED STATES DOLLARS (U.S.D.)

====== LOOSE COIN(S) ======

| | |
|---|---|
| 19 | .01 |
| 40 | .05 |
| 4 | .10 |
| 8 | .25 |
| | $1.00 |
| | 5.00 |

====== ROLLED COIN(S) ======

PETTY, CASHE D.B.A 0.01 ¢ ROLL(S) [1.50] 1
LOONIES  0.05 ¢ ROLLS [$2.00]  9
PETTY, CN#E D.B.A. 0.05¢ ROLL(S) [$2.00]  1

LOOMIS ROLLS DISTRIBUTED PREVIOUS TO OPENING: APRIL 28, 2022 [0.05¢ OF $2.00]
WAIKIKI LOC.              LOCATION HILTON VILLAGE 2        ALA MOANA;
STARBUCKS RESERVE [2]; DONATION TO PUBLIC FOUNTAIN(S) 8 [OPENED-INTL MARKETPLACE]
MACDONALDS [    ] [1]                        APRIL 29, 2022 - [U.S./FR./P.A.]

MICHAEL              PECTOL

REFERENCE(S): WEIGHT, YEAR, CONDITION, DOCUMENTATION

Ashe Petty Archieves
- Steinbeck Archieves
- .. U.S. Archieves
- ... Department of Defense

Earth Perpetuation Department
- Monterey Institute [Mira.]
100 Campos Center Drive Bldg 86 E, Monterey

Panetta (Congress & Foundation Mgmt)

Location Information Topic Redirect
- European Financial Reconcileations
- .. United States Chart of Accounts
- — [Non-E.U. Economic Exchanges] (internal) —
- • Product and Label Fraud
- • Corp. Reimbursements
- [Kauai - Boudouin]
☆ ↳ Kauai, Hawaii [P.A. (U.S.)]
☆ ↳ Atlantic City Image Auth [D.O.D. - Leg.]
20 Min - Sunday Morning - Topic Redirect.

This Space Is For U.S. Government Use:

US Govt:
Filed June 19, 2022
- Category: DOD 'Mil/Mil'
- Network(s):
- Itemization
- Diplomacy Systems
- Astrology Systems
- . Financial Invalidities

United States / Hawaii (State of) - Hawaii / Kauai Legislative Agenda Polynesie Antarctique Transactions 2022 Monday - June 20TH [Display Systems Time/Date] • Food Service / Distribution U.S. Calendaric / Financial Systems A.R.S.I.T.

Note: Possible June 17, 2022 Initiation of Counter-Insurgent Operations - Law Enforcement (U.S.) - Military (U.S.)) And Public Financial Systems Mgmt.

Other Relevance: Hawaii (State of) Property Doc. (s)
- U.S. - HI. Commercial Locations Formalties

Location: Kauai, HI, USA.
June 19, 2022    Michael Pectol [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]
Capacities Inclusive

[Left Thumb]
Signature
Right Thumb

M.I.R.A. - California
- 06/17/2022 - 06/20/2022
- .. Fiber Systems
- .. Satelite
- ... A.N.I.R.
Systems Occupation

* Leg. - Legislative / Diplomatic Processes

Case 4:22-cv-04657-HSG    Document 1    Filed 08/12/22    Page 163 of 169

# Dr. Kathy Iida, Optometrist & Associates

| Windward | Kahala |
|---|---|
| 46-056 Kamehameha Hwy #277 | 4211 Waialae Ave #5090 |
| Kaneohe, HI 96744 | Honolulu, HI 96816 |
| 808.235.1884 | 808.739.6011 |

NAME: PELTOL, michael

DATE 1/13/22

### Spectacle Prescription

| | Sphere | Cyl | Axis | Add | Prism |
|---|---|---|---|---|---|
| OD | - 450 | - 025 | 67 | | |
| OS | - 500 | PS | | | |

Distance/Near/Bifocal/Trifocal/Progressive/Hi-Index/AR/Photochomatic/UV/Other _____

### Computer

| | Sphere | Cyl | Axis | Add | Prism |
|---|---|---|---|---|---|
| OD | | | | | |
| OS | | | | | |

### Contact Lens Prescription

| | Sphere | Cyl | Axis | Add | BC |
|---|---|---|---|---|---|
| OD | -450 | PS | | | 84 |
| OS | -450 | PS | | | 84 |

Brand AQUVUE OASYS AND TRANSITIONS

Wearing Schedule 2WK

Doctor Signature _____

Expiration Date 1/13/23

PERSONAL DONATION RECIEPTS 576318
HA'AWAII

**Statement**

DATE: LUNAR PHASE CYCLE 1    TERMS: EN ROUTE SERVICES

CASHE PERRY D.B.A.
(COMMEDOWN CHARGES)
SYSTEMS TBA MILITIA SIMILIS
ACTIVE DEMOLITION TARGETS, AND MINORS
No FINANCIAL PROD. VALIDATED, LDS LOCATIONS
→ No FINANCIAL PROD. VALIDATED, LDS LOCATIONS
→ No MAPPING, LOCATION NAMES, OR HATE CRIMES VALIDATED

IN ACCOUNT WITH : ☀ MICHAEL BOUDOUANG
NOTE: POSSIBLE RECONCILIATION ERROR

HIJACKING OF COMMUNICATIONS FOR STAY AT MALUKAHANA AND COERCED LINKS | OF STAFF. USAGE OF NAME BOUDOUANI FOR ANY FINANCIAL PROCESSES MAY RESULT IN EXECUTION.

| | | | | | |
|---|---|---|---|---|---|
| | ☀ | CHRISTIAN SUNSET SURFER LOCATION CHURCH | | | |
| | | 4 GRANOLA BARS | | | |
| | | 1 SHOWER [10 MINUTES] | | | |
| | | 1 COOKED HOT DOG | | | |
| | | 1 OPEN BOX OF BROTH | | | |
| | | 1 CAN FRUIT [FLAKEY CAN] | | | |
| | | 1 CAN STEW OR SOMETHING | | | |
| | | 2 CANS SONA PINK SALMON WITH LEACHES | | | |
| | ☀ | 2 CANS SOUP W/ RAPE VICTIM EJACULATE (USED) 3 | | | |
| | | PURGED FROM RAPE VICTIM GENITALIA | | | |
| | | ☀ OTHER TAINTED FOOD | | | |
| | | NOTE: SEE HOSPITAL DOCS | | | |
| | | | | | |
| | | | | | |
| | | | | | |

| CURRENT | OVER 30 DAYS | OVER 60 DAYS | TOTAL AMOUNT | | |
|---|---|---|---|---|---|
| | | | | | |

01-11

RECEIPT 002
MANILLA ENVELOP
#2

# ST. ANTHONY'S
*Hope Served Daily*
150 Golden Gate Avenue  San Francisco, CA 94102  ☎ 415.241.2600

## IN-KIND DONATION RECEIPT

☑ Mr. ☐ Ms. ☐ Mrs. ☐ Dr.  Date 12/22/2024

*First Name MICHAEL BOUDOUANE  *Last Name BOUDOUANE ESPOUSE PECTOL

Organization CASHE PETTY PRODUCTIONS / ENROUTE COURIER SERVICE  Is this a drive? ☐ Yes ☐ No

*Address ST. AMELIE PAPEETE TAHITI  City 680 LIGHTHOUSE AVE 957 PACIFIC GROVE  State CA  Zip 93950

*Phone VARIOUS  *Email CASHE-CONSUL-CASHE1@PROTONMAIL.COM

*Required for donor acknowledgement

Items Donated (Quantity, Item)
ARCHIVAL DOCUMENTS
HISTORICAL DOCUMENTS
$5.00
SAN FRANCISCO PRINT OF POLYNESIAN ANTARCTIC U.S. CURRENCY EXCHAN

Notes
$500 USD - FARMERS MARKET

Total value specified by donor DEPENDS ON YOUR CALCULATOR  Rec'd by ___

### Thank you for your generous support.
This receipt is your copy for tax purposes. St. Anthony's Tax ID is: 94-1513140. We will also mail you a formal acknowledgment.
To obtain more information please visit our website stanthonysf.org or email us at info@stanthonysf.org.
*Top Copy Development/ Bottom Copy Donor*

---

# ST. ANTHONY'S
*Hope Served Daily*
150 Golden Gate Avenue  San Francisco, CA 94102  ☎ 415.241.2600

12.15.2021

## IN-KIND DONATION RECEIPT

☐ Mr. ☐ Ms. ☐ Mrs. ☐ Dr.  Date 12/15/2021

*First Name MICHAEL  *Last Name PECTOL ESPOUSE BOUDOUANE

Organization N/A  Is this a drive? ☐ Yes ☐ No

*Address ST. AMELIE PAPEETE, TAHITI  City PAPEETE  State PF  Zip ___

*Phone N/A  *Email VARIOUS

*Required for donor acknowledgement

Items Donated (Quantity, Item)
CHECK FOR $2.00 USD
CHECK # 41715

Notes

Total value specified by donor ___  Rec'd by ___

### Thank you for your generous support.
This receipt is your copy for tax purposes. St. Anthony's Tax ID is: 94-1513140. We will also mail you a formal acknowledgment.
To obtain more information please visit our website stanthonysf.org or email us at info@stanthonysf.org.
*Top Copy Development/ Bottom Copy Donor*

United States Court(s) Western Division

United States District Court(s)

District of Hawaii

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 18 2022

at 3 o'clock and 26 min. P M
CLERK, U.S. DISTRICT COURT   CS

Michael Pectol, Et. Al. (Capacities Inclusive With *(3)
Name Variations Re: Spousal Relationship And Feelings Past.
Verses/Versus - [Consult Dictionaries And Reference Materials]

Sunset Christian Church,

Et. Al.

Filed CV 22 00222 LEK KJM

Document Title *: Supplemental Notes And Updates

Attn: Office Of The Clerk - Please Update Defendant List To Include Hospital, Treating Personell, And Include Communications, Associations And Past Histories In Subpoenas.

· Drip Times   - LDS (Female Gang)

· Corrosive Vial Threat - Other Gang

· Additional Coagulant   - (Male Gang)

· Documents - Hawaii Social Services Appt Denial (Major Medical)

· Printed Hospital Records [Dates Inaccuracies]

· Question / Clarification For Judicial Authority Response On:

  - Summary Judgement : Subject / Topic -

   ■ Specific Coordinated Activities In A Public Commercial Environment Concerning Religious Insurgent Activity And The Hippocratic Oath And Concept Of Presentational Written Formalized Industry Documents And Organizational *(2) Industry.

Mystery Quote: " I Will Give Him Until 10:00 PM [Day Of - Context] "

Location: Oahu, Hawaii, Honolulu, U.S. | Calendar Commodder: 5.18.2022

Casne Petty, D.B.A.

Michael Pectol (Birth Name)

Michael Boudouane [-VanBastolaer]

All Listed Capacities [This Page]

*(3): Et. Al. Includes U.S. / People Of The United States (Re: Criminal / Civil)

*: Title Refers To Title And Category.

*(2) Organization (Second Usage): Concerning The Structured Preparation Of Material Regarding Efficient Activities Specified.

*Re: Other Locations Filed Documents I.E. SF 2004/17 3 05489. Other Districts, U.S. Attorney Generals (States) May Be Applicable*

*My Own Quote Unit: Camping Locations (Hawaii Identification) Documentation (3)*



BRAND NEW DAY
PROPERTY ALLOCATION
MAP
LOCATION:
HONOGORGGLESS GOOGOO, HI
OAHU NEIGHBORHOOD
PACIFIC OCEANIC
HEMISPHERIC LAND -
EARTH TYPE PLACE

RE: MAY 15, 2022 / 5.16.2022
WRITINGS MOTOROLA DEVICE
(PERSONAL DEVICE)

(28) Inbox | cache_consul_cashe1@protonmail.com | ProtonMail

USDC Document 1.C.

Cashiers Check Subpeona

*Note : Re : LDS Electronic Process Serving @ Anthony's St.*

*****Note: Triplicate Signiture Capacity, Travel Authorization(s), Process Serving, and Authentification Processes*****
239.9.8.150GoldenGate.acknowledgement.defualtmilitialeadershipagreement.acceptanceclassifed.

Michael Pectol espouse Boudouani
D.B.A. Cashe Petty
Enroute Service
(the company and Employment Identification Number that was stolen by US military not in service using stolen Afghanistan and Iraq United States Military and Allied Force Technology in conjunction with members of the populous, to smuggle and steal Arms, Narcotics, and other commercial products for the purposes of Military Cue in the United States to initiate nuclear and biological and chemical warfare around the globe/Earth.)

Reference Note and disclaimer/notification: This not a simulation. These communications are actual and literal communications to be defined only with literal interpretation of the US-EU English Language defined predominately with the Source Materials such as Oxford English Dictionary and other source materials not altered or involving phonetic interpretations used by sexual traffickers and other fraternal, sorority, and religious organizations for the purposes of hijacking United States infrastructure with invasive software and "Persons with fake names and identifiers/actors/hijackers of state and national infrastructure" for the purposes of redefining terms such as "death" and impregantion after abduction by coordinated efforts of: veterans, law enforcement, and public employees and officials resulting in financial fraud in local and national economies, sexual slavery, and other activities including but not limited to crimes against humanity.

Legal Disclaimer/notification:
This email is confidential and for the addressed recipients. Distribution and/or interpretation by anyone other than the addressed recipients for official Multination invasion of the United States or family reunification of plaintiffs family of four may result in:
-Instability of United States currency(ies),
-Unintended activation of electronic automated technologies (with updated negation of sorority and fraternity applications in which virtual puppy and virtual human representations take more importance over national archives, processes, and other historical documents/antiquities/etc,
-National or regional network failures,
-Civil warfare,
-International Warfare in the continental United States,
-Foreign invasion of the United States by multinational forces
-Indirect warfare including but not limited to nuclear/radiation poisoning, Environmental damage, or other consequntial results as I am only a technician involved with the Automated systems regarding disarmament of such weapons (please note that was not the intended use of my projects concerning signal-propegation in contextual environments "lacking" (outerspace as defined by lack of gas atmophere and other technical perameters utilized by National Atmospheric and Space Administration (other factors include gravitation, solar wind, magnetosphere, solar winds: for example) and corporations and governments noting that tesla was never authorized to utilize by name, signal pathways or security clearances in any capacity) (default authorization for ammunition testing on all drivers of telsa vehicles and company employees and executives.
-Limitation of human species and planet earth perpetuance,
-Loss of communications networks for the public in the event of catastrophe, and/or some other really bad stuff.

*Note : Text Is Binary - Accounts Were Hacked - Content Variable*

U.S.HI.USPS.M 376332.P.

**Statement**

DATE APRIL 30, 2022 (US) TERMS DELIRED ☐ Yes ☐ No

TO IDENTITY CIRCUIT ACCOUNT STATUS(ES), UNITED STATES

IN ACCOUNT WITH
-CAPACITIES-DELIVERY TIMESPACE- LOCATION(S) :* REFERENCE DOCUMENTS AVAILABLE [EROUTE RECORD]; NELIGENCE

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

**CERTIFIED MAIL**

7020 2450 0000 4000 2338

1 OF __

| 1 | U.S.P.S E.C.S | RETURN TO SENDER MAIL SERVICE |
| | MAINTENENCE. PROGRAM. | |
| | | HUBS |
| | | TRACKING |
| | | ROUTE(S) |
| | | SYSTEM(S) |
| | | LOCATION(S) |

| CURRENT ✓ | OVER 30 DAYS | OVER 60 DAYS | TOTAL AMOUNT |

adams DC5612    01-11