UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MICHAEL PECTOL,

    Plaintiff,

v.

BRENT PECTOL,

    Defendant.

Case No. 22-cv-04657-HSG

**JUDGMENT**

    Judgment is hereby entered consistent with the Court's Order Denying Motion to Proceed In Forma Pauperis and Dismissing Complaint Without Leave to Amend,

    This document constitutes a judgment and a separate document for purposes of Federal Rule of Civil Procedure 58(a).

    Dated at Oakland, California, this 15th day of December, 2022.

Mark B. Busby
Clerk of Court

By: _____
Nikki D. Riley
Deputy Clerk to the Honorable
HAYWOOD S. GILLIAM, JR.